| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Samuel H. Rudman, Esq.<br>Robbins Geller Rudman & Dowd LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone No: 631-367-7100   FAX No: 631-367-1173 | | | | |
| Attorney for: Plaintiff | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Southern District Of New York | | | | |
| Plaintiff: Katherine Wandel, et al.<br>Defendant: Jing Gao, et al. | | | | |
| **PROOF OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>20CV03259PAC |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Civil Cover Sheet; Class Action Complaint; Individual Practices of Judge Paul A. Crotty; ECF Rules & Instructions

3. a. *Party served:* Richard Arthur
   b. *Person served:* Richard Arthur, Personally

4. *Address where the party was served:* 649 South Ridgeley Drive, # 201
   Los Angeles, CA 90036

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Apr. 30, 2020 (2) at: 9:25AM

7. *Person Who Served Papers:*                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. John Gonzalez
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) *Registration No.:* 2971
      (iii) *County:* Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Fri, May. 01, 2020

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
Summons & Complaint

(John Gonzalez)        sarud.206267