**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

KATHERINE WANDEL, Individually and on Behalf of All Others Similarly Situated,

       Plaintiff,

  vs.

JING GAO, DEREK BOYANG SHEN, YAN CUI, WENBIAO LI, ERHAI LIU, XIAN CHEN, WILLIAM WANG, GANG JI, EDWIN FUNG, JIANPING YE, JASON ZHENG ZHANG, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, J.P. MORGAN SECURITIES LLC, TIGER BROKERS (NZ) LIMITED, US TIGER SECURITIES, INC., COGENCY GLOBAL INC., RICHARD ARTHUR and PHOENIX TREE HOLDINGS LIMITED,

       Defendants.

Civil Action No. 1:20-cv-03259-PAC

---

**UNDERWRITERS' NOTICE OF MOTION TO DISMISS**
**PLAINTIFFS' AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Underwriters' Motion to Dismiss Plaintiffs' Amended Complaint, and the accompanying declaration of Adam J. Goldstein and the exhibits attached thereto, Defendants Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, J.P. Morgan Securities LLC, Tiger Brokers (NZ) Limited, and US Tiger Securities, Inc. (collectively, the "Underwriters"), through the undersigned, hereby move this Court, before the Honorable Paul A. Crotty, United States District Judge, United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, New York, at a date and time to be

set by the Court, for an order dismissing with prejudice the claims asserted against Underwriters

in the above-captioned action pursuant to Federal Rule of Civil Procedure 12(b)(6).


Dated: May 3, 2021

/s/ Daniel Lewis
Adam S. Hakki
Daniel Lewis
Emily Griffen
Adam J. Goldstein
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022-6069
Telephone:  (212) 848-4000
Facsimile:  (212) 848-7179
Email:  adam.hakki@shearman.com
          daniel.lewis@shearman.com
          egriffin@shearman.com
          adam.goldstein@shearman.com

*Attorneys for Underwriters*