**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KATHERINE WANDEL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>JING GAO, DEREK BOYANG SHEN, YAN CUI, WENBIAO LI, ERHAI LIU, XIAN CHEN, WILLIAM WANG, GANG JI, EDWIN FUNG, JIANPING YE, JASON ZHENG ZHANG, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, J.P. MORGAN SECURITIES LLC, TIGER BROKERS (NZ) LIMITED, US TIGER SECURITIES, INC., COGENCY GLOBAL INC., RICHARD ARTHUR and PHOENIX TREE HOLDINGS LIMITED,<br><br>Defendants. | Civil Action No. 1:20-cv-03259-PAC |

**DECLARATION OF ADAM J. GOLDSTEIN IN SUPPORT OF UNDERWRITERS'**
**MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

I, Adam J. Goldstein, declare as follows:

1.     I am a member in good standing of the bar of the State of New York.  I am an attorney with the firm Shearman & Sterling LLP, attorneys for defendants Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, J.P. Morgan Securities LLC, Tiger Brokers (NZ) Limited, and US Tiger Securities, Inc. (collectively, the "Underwriters"), in the above-captioned action. I have personal knowledge of the following facts and, if called upon to testify, I could and would testify competently thereto.

1

2.      I submit this declaration in support of the Underwriters' Motion to Dismiss Plaintiffs' Amended Class Action Complaint (the "Motion").  For the convenience of the Court, copies of certain documents referenced in the Memorandum of Law in Support of the Underwriters' Motion to Dismiss Plaintiffs' Amended Complaint are attached hereto as follows:

a.      Attached hereto as Exhibit 1 is a true and correct copy of Phoenix Tree Holdings Limited Form F-1 filed with the SEC on January 15, 2020.

b.      Attached hereto as Exhibit 2 is a true and correct copy of *Danke Announces Unaudited Fourth Quarter and Fiscal Year 2019 Financial Results*, Press Release published in Danke Investor Room on March 25, 2020.

c.      Attached hereto as Exhibit 3 is a true and correct copy of Phoenix Tree Holdings Limited Form 20-F filed with the SEC on April 29, 2020.

d.      Attached hereto as Exhibit 4 is a true and correct copy of Catharine I. Paules, Hilary D. Marston, Anthony S. Fauci, *Coronavirus Infections—More Than Just the Common Cold*, an article published in JAMA (Feb. 25, 2020), https://jamanetwork.com/journals/jama/fullarticle/2759815.

e.      Attached hereto as Exhibit 5 is a true and correct copy of SEC Press Release, *CF Disclosure Guidance: Topic No. 9*, SEC (Mar. 25, 2020), https://www.sec.gov/corpfin/coronavirus-covid-19.

f.      Attached hereto as Exhibit 6 is a true and correct copy of Hou Liqiang, Zhou Lihua, *27 quarantined in Wuhan due to viral pneumonia*, an article published in CHINA DAILY (Jan. 1 2020, 7:53 AM), https://www.chinadaily.com.cn/a/202001/01/WS5e0bdf82a310cf3e35581d8a.html.

g.      Attached hereto as Exhibit 7 is a true and correct copy of Zhang Zhouxiang, *Prompt action arrests spread of virus, panic*, an article published in CHINA DAILY (Jan. 2, 2020, 7:34 AM), https://global.chinadaily.com.cn/a/202001/02/WS5e0d2c86a310 cf3e35581eae.html.

h.      Attached hereto as Exhibit 8 is a true and correct copy of Cao Yin, Zhou Lihua, *44 diagnosed with viral pneumonia in Wuhan*, an article published in CHINA DAILY (Jan. 3, 2020 7:38 PM), https://www.chinadaily.com.cn/a/202001/03/WS5e0f27b7 a310cf3e3558265a.html.

i.      Attached hereto as Exhibit 9 is a true and correct copy of Sui-Lee Wee & Donald G. McNeil Jr., *From Jan. 2020: China Identifies New Virus Causing Pneumonialike Illness*, an article published in N.Y. TIMES (Jan. 8, 2020), https://www.nytimes.com/2020/01/08/health/china-pneumonia-outbreak-virus.html.

j.      Attached hereto as Exhibit 10 is a true and correct copy of Associated Press, *China didn't warn public of likely pandemic for 6 key days*, an article published in U.S. NEWS & WORLD REPORT (Apr. 16, 2020), https://www.usnews.com/news/ politics/articles/2020-04-15/china-didnt-warn-public-of-likely-pandemic-for-6-key-days.

k.      Attached hereto as Exhibit 11 is a true and correct copy of Erin Schumaker, *Human-to-human transmission of new coronavirus reported in China*, ABC NEWS (Jan. 20, 2020), https://abcnews.go.com/Health/human-human-transmission-coronavirus-reported-china/story?id=68403105.

l.      Attached hereto as Exhibit 12 is a true and correct copy of Andrew Joseph, *First death from Wuhan pneumonia outbreak reported as scientists release DNA sequence of virus*, an article published in STAT NEWS (Jan. 11, 2020),

https://www.statnews.com/2020/01/11/first-death-from-wuhan-pneumonia-outbreak-reported-as-scientists-release-dna-sequence-of-virus/.

m.      Attached hereto as Exhibit 13 is a true and correct copy of Jin Ding, *1 dead, 41 diagnosed with coronavirus-related pneumonia in Wuhan*, an article published in CHINA DAILY (Jan. 11, 2020, 7:29 AM), https://www.chinadaily.com.cn/a/202001/11/WS5e1908eba310cf3e35583dcf.html.

n.      Attached hereto as Exhibit 14 is a true and correct copy of Health Alert Update – Novel Coronavirus in China, an alert published in U.S. Embassy & Consulates in China/News & Events, https://china.usembassy-china.org.cn/health-alert-update-novel-coronavirus-in-china/.

o.      Attached hereto as Exhibit 15 is a true and correct copy of Wang Xiaodong, *Wuhan intensifies monitoring of virus*, an article published in CHINA DAILY (Jan. 16, 2020, 12:00 AM), https://epaper.chinadaily.com.cn/a/202001/16/WS5e1fa74fa310a2fabb7a1923.html.

p.      Attached hereto as Exhibit 16 is a true and correct copy of Cate Cadell, Yawen Chen, *"Painful lesson": how a military-style lockdown unfolded in Wuhan*, an article published in REUTERS (Apr. 8, 2020, 6:06 AM), https://archive.is/jkTlG.

q.      Attached hereto as Exhibit 17 is a true and correct copy of Kate Hodal, Sarah Boseley & Calla Wahlquist, *Coronavirus: more cases and second death reported in China*, an article published in THE GUARDIAN (Jan. 17, 2020, 9:54 PM), https://www.theguardian.com/world/2020/jan/17/corona-second-death-in-china-after-sars-like-outbreak.

4

r. Attached hereto as Exhibit 18 is a true and correct copy of Brenda Goh, Sophie Yu, *Update 1-China confirms person-to-person spread of virus as fourth death reported*, an article published in REUTERS (Jan. 20, 2020), https://www.reuters.com/article/china-health-pneumonia/update-1-china-confirms-person-to-person-spread-of-new-virus-as-fourth-death-reported-idUSL4N29P406.

s. Attached hereto as Exhibit 19 is a true and correct copy of Amy Qin & Vivian Wang, *Wuhan, Center of Coronavirus Outbreak, is Being Cut off by Chinese Authorities*, an article published in N.Y. TIMES (Jan. 22, 2020), https://www.nytimes.com/2020/01/22/world/asia/china-coronavirus-travel.html.

t. Attached hereto as Exhibit 20 is a true and correct copy of Matthew J. Belvedere, *Trump says he trusts China's Xi on coronavirus and the US has it "totally under control,"* an article published in CNBC NEWS (Jan. 22, 2020, 5:01 AM), https://www.cnbc.com/2020/01/22/trump-on-coronavirus-from-china-we-have-it-totally-under-control.html.

u. Attached hereto as Exhibit 21 is a true and correct copy of Yunhong International's IPO Prospectus filed pursuant to Rule 424(b)(4), Registration Nos. 333-232432 and 333-236403, Feb. 12, 2020.

v. Attached hereto as Exhibit 22 is a true and correct copy of Huize Holding Limited's Amendment No. 3 to Form F-1 filed with the SEC on Feb. 6, 2020.

w. Attached hereto as Exhibit 23 is a true and correct copy of Jing Zhang, *Coronavirus spread now a global emergency declares World Health Organization*, an article published in UN NEWS SERVICE (Jan. 30, 2020), https://news.un.org/en/story/2020/01/1056372.

x.    Attached hereto as Exhibit 24 is a true and correct copy of  Yujing Liu, *Evicted tenants, unpaid landlords furious at cash-strapped New York-listed Chinese home rental platform Danke*, an article published in SOUTH CHINA MORNING POST (Nov. 18, 2020, 7:15 PM), https://www.scmp.com/business/china-business/article/3110390/evicted-tenants-unpaid-landlords-furious-cash-strapped-new.

y.    Attached hereto as Exhibit 25 is a true and correct copy of a chart showing Phoenix Tree's stock prices at relevant times, YAHOO FIN. (Mar. 15, 2020, 11:41 AM).

3.    In connection with the Motion, our team analyzed the offering documents for all initial public offerings of common stock, including American depositary shares, in the United States launched between January 1, 2020 and February 28, 2020.  We obtained the information regarding the number of public offerings that took place during that time span from an online resource called Deal Point Data, www.dealpointdata.com (last visited Apr. 26, 2020, 11:05 AM). Our team also confirmed the data and information obtained from Deal Point Data using LexisNexis's *Intelligize*® platform and the SEC's EDGAR platform.  We then reviewed the publicly available offering documents for each of those 32 companies.  Based on our research, we confirmed the following:

a.    From January 1, 2020 through February 28, 2020 a total of 32 companies (including Phoenix Tree) commenced initial public offerings ("IPOs") in the United States. Those companies are: Velocity Financial, Inc., Lizhi Inc., I-Mab, Gores Holdings IV, Inc., SCVX Corp., Annovis Bio, Inc., Black Diamond Therapeutics, Inc., Reynolds Consumer Products Inc., AnPac Bio-Medical Science Co., Ltd., Arcutis Biotherapeutics, Inc., 1Life Healthcare, Inc., InterPrivate Acquisition Corp., PPD, Inc., Casper Sleep Inc., Schrodinger, Inc., Beam Therapeutics Inc., NexPoint Real Estate Finance, Inc., OneWater Marine Inc.,

Professional Holding Corp., CITIC Capital Acquisition Corp., Greenrose Acquisition Corp., Huize Holding Limited, Revolution Medicines, Inc., Muscle Maker, Inc., Yunhong International, Newborn Acquisition Corp., Churchill Capital Corp III, East Stone Acquisition Corporation, dMY Technology Group, Inc., Zhongchao Inc., and Passage Bio, Inc.

        b.      Nine of the 32 companies that conducted IPOs in January and February 2020 were based in China, and one of those nine, Yunhong International, was headquartered in Wuhan.

        c.      Only one of the 32 companies that conducted IPOs during January and February 2020—Huize Holding Limited—mentioned the novel coronavirus in its offering documents, referring to it as "the coronavirus originated in Wuhan at the end of 2019" in its February 6, 2020 prospectus.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:          May 3, 2021

                                                    /s/ Adam J. Goldstein
                                                    Adam J. Goldstein