# EXHIBIT 8

## *44 diagnosed with viral pneumonia in Wuhan*

China Daily

January 3, 2020 Friday

Copyright 2020 China Daily Information. Provided by Syndigate Media Inc. All Rights Reserved



**Length:** 193 words

**Byline:** chinadaily.com.cn

## Body

By CAO YIN in Beijing and ZHOU LIHUA in Wuhan | chinadaily.com.cn | Updated: 2020-01-03 19:38

A total of 44 people in Wuhan, capital of Central China's Hubei province, had been diagnosed with viral pneumonia by 8 am on Friday, local health authorities said.

Of the patients with symptoms, including fever and breathing difficulties, 11 were in serious conditions and the rest remained stable, according to a release from the Wuhan Health Commission.

Tests on the exact pathogens and the search for the cause of the infections are still under way. Common respiratory illnesses, such as flu, avian influenza and adenovirus infection, have been ruled out, the release said.

All the patients have been quarantined and are receiving medical treatment in hospitals in Wuhan. A total of 121 people who had close contact with the patients are under medical observation and health authorities are tracking more close contacts, according to the commission.

Epidemiological investigation shows that some patients are vendors in a seafood market in Wuhan. "So far, there is no clear signs of human-to-human transmission, and no medical worker has been infected," the release said.

**Load-Date:** January 3, 2020

**End of Document**