# EXHIBIT 14

Case 1:20-cv-03259-PAC     Document 58-14     Filed 05/03/21     Page 2 of 3

 **U.S. Embassy & Consulates**
in China

# Health Alert Update – Novel Coronavirus in China

Location: Wuhan, Hankou area

Event: U.S. Centers for Disease Control and Prevention has issued a Watch Level 1 Alert (be aware and practice usual precautions) for an outbreak of pneumonia in Wuhan, China, preliminarily identified to be caused by a novel (new) coronavirus.

Travelers to Wuhan should:

- Avoid animals (alive or dead), animal markets, and products that come from animals (such as uncooked meat).
- Avoid contact with sick people.
- Wash hands often with soap and water.

If you have traveled to Wuhan and feel sick, you should

- Stay home. Except for seeking medical care, avoid contact with others.
- Don't travel while sick.
- Seek medical care right away. Before you go to a doctor's office or emergency room, call ahead and tell the doctor about your recent travel and your symptoms.
- Cover your mouth and nose with a tissue or your sleeve (not your hands) when coughing or sneezing.

Please see https://wwwnc.cdc.gov/travel/notices/watch/novel-coronavirus-china for further updates.
 Read more: https://www.cdc.gov/coronavirus/2019-ncov/index.html

**U.S. Consulate General Wuhan**
New World International Trade Tower I,
No. 568, Jianshe Avenue
Hankou, Wuhan 430022
China
Telephone: +(86)(027) 8555-7791

Emergency After-Hours Telephone: +(86)(10) 8531-4000

Fax: +(86)(027) 8555-7761

Please note that Wuhan does not provide regularly scheduled consular services. Contact the Embassy in Beijing for consular assistance.

USConsulateWuhan@state.gov

**U.S. Embassy Beijing**

No. 55 An Jia Lou Road

Chaoyang District, Beijing 100600

China

Telephone: +(86)(10) 8531-4000

Emergency After-Hours Telephone: +(86)(10) 8531-4000

Fax: +(86)(10) 8531-3300

BeijingACS@state.gov

State Department – Consular Affairs – 888-407-4747 or 202-501-4444

China Country Information sheet

Enroll in Smart Traveler Enrollment Program (STEP) to receive security updates

This is the official website of the U.S. Embassy and Consulates in China. External links to other Internet sites should not be construed as an endorsement of the views or privacy policies contained therein.

