# EXHIBIT 25



**Phoenix Tree Holdings Limited (DNK)**
NYSE - Nasdaq Real Time Price. Currency in USD

☆ Add to watchlist    👥 Visitors trend  2W ↑   10W ↑   9M ↑

Quote Lookup

**2.3670** 0.0000 (0.00%)
At close: March 15 11:41AM EDT

Summary    Company Outlook 🔷    Chart    Conversations    Statistics    **Historical Data**    Profile    Financials    Analysis    Options    Holders    Sustainability

Time Period: Feb 01, 2020 - Mar 30, 2020 ⌄    Show: Historical Prices ⌄
Frequency: Daily ⌄                                    Apply

Currency in USD                                    ⤓ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Mar 30, 2020 | 9.4550 | 9.4790 | 8.6000 | 8.6000 | 8.6000 | 6,400 |
| Mar 27, 2020 | 8.3500 | 9.0000 | 8.3400 | 9.0000 | 9.0000 | 8,000 |
| Mar 26, 2020 | 7.7000 | 8.1000 | 7.7000 | 7.9100 | 7.9100 | 4,300 |
| Mar 25, 2020 | 7.7100 | 7.9670 | 7.6000 | 7.6500 | 7.6500 | 10,000 |
| Mar 24, 2020 | 7.6500 | 7.6500 | 7.6500 | 7.6500 | 7.6500 | 800 |
| Mar 23, 2020 | 7.7500 | 7.7500 | 7.6100 | 7.6100 | 7.6100 | 4,000 |
| Mar 20, 2020 | 7.9900 | 8.0000 | 7.5000 | 7.5000 | 7.5000 | 3,200 |
| Mar 19, 2020 | 8.0000 | 8.4000 | 8.0000 | 8.2000 | 8.2000 | 4,100 |
| Mar 18, 2020 | 8.7300 | 8.8600 | 7.9900 | 8.0000 | 8.0000 | 10,000 |
| Mar 17, 2020 | 8.4100 | 8.7400 | 7.9100 | 8.7400 | 8.7400 | 21,600 |
| Mar 16, 2020 | 8.5000 | 8.5000 | 8.0000 | 8.3000 | 8.3000 | 18,200 |
| Mar 13, 2020 | 10.6100 | 10.6200 | 8.9300 | 9.4000 | 9.4000 | 26,200 |
| Mar 12, 2020 | 11.0200 | 11.1600 | 10.6300 | 10.6300 | 10.6300 | 20,100 |
| Mar 11, 2020 | 11.2500 | 11.5000 | 11.1600 | 11.1600 | 11.1600 | 7,100 |
| Mar 10, 2020 | 11.5500 | 11.5500 | 11.3400 | 11.3400 | 11.3400 | 3,100 |
| Mar 09, 2020 | 11.6700 | 11.6700 | 11.1700 | 11.1700 | 11.1700 | 19,100 |
| Mar 06, 2020 | 11.6700 | 11.9000 | 11.6600 | 11.6800 | 11.6800 | 6,300 |
| Mar 05, 2020 | 11.5500 | 11.6800 | 11.4800 | 11.5000 | 11.5000 | 6,600 |
| Mar 04, 2020 | 11.7000 | 11.8100 | 11.5000 | 11.5000 | 11.5000 | 3,700 |
| Mar 03, 2020 | 11.7200 | 11.9000 | 11.7000 | 11.7000 | 11.7000 | 2,500 |
| Mar 02, 2020 | 11.5200 | 11.7500 | 11.5000 | 11.7000 | 11.7000 | 5,500 |

*Close price adjusted for splits.    **Adjusted close price adjusted for both dividends and splits.

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Feb 28, 2020 | 11.7660 | 11.7660 | 11.2400 | 11.6200 | 11.6200 | 14,300 |
| Feb 27, 2020 | 11.5700 | 11.6800 | 11.2840 | 11.6800 | 11.6800 | 13,800 |
| Feb 26, 2020 | 11.4000 | 11.6400 | 11.2000 | 11.6300 | 11.6300 | 23,500 |
| Feb 25, 2020 | 11.5000 | 11.7000 | 11.1000 | 11.1000 | 11.1000 | 53,400 |
| Feb 24, 2020 | 11.3900 | 11.4400 | 11.0100 | 11.1500 | 11.1500 | 25,800 |
| Feb 21, 2020 | 12.1800 | 12.1800 | 11.7000 | 11.7200 | 11.7200 | 14,900 |
| Feb 20, 2020 | 11.4000 | 12.3400 | 11.3000 | 12.2800 | 12.2800 | 63,100 |
| Feb 19, 2020 | 11.0800 | 11.7300 | 11.0600 | 11.5000 | 11.5000 | 99,700 |
| Feb 18, 2020 | 13.1900 | 13.2000 | 12.1200 | 12.2000 | 12.2000 | 67,700 |
| Feb 14, 2020 | 13.4000 | 13.5500 | 13.4000 | 13.5000 | 13.5000 | 45,900 |
| Feb 13, 2020 | 13.4200 | 13.7000 | 13.4200 | 13.5000 | 13.5000 | 12,400 |
| Feb 12, 2020 | 13.3100 | 13.6900 | 13.3100 | 13.5000 | 13.5000 | 16,600 |
| Feb 11, 2020 | 13.4430 | 13.7500 | 13.4300 | 13.7100 | 13.7100 | 40,700 |
| Feb 10, 2020 | 13.4500 | 13.5750 | 13.1000 | 13.5000 | 13.5000 | 30,800 |
| Feb 07, 2020 | 13.5100 | 13.7220 | 13.5000 | 13.5000 | 13.5000 | 10,600 |
| Feb 06, 2020 | 13.8900 | 13.9000 | 13.6000 | 13.6900 | 13.6900 | 16,900 |
| Feb 05, 2020 | 13.5500 | 13.8290 | 13.3100 | 13.7800 | 13.7800 | 34,700 |
| Feb 04, 2020 | 13.4600 | 13.7000 | 13.0900 | 13.5500 | 13.5500 | 144,100 |
| Feb 03, 2020 | 12.7000 | 13.5700 | 12.2500 | 13.5700 | 13.5700 | 98,700 |

*Close price adjusted for splits.     **Adjusted close price adjusted for both dividends and splits.





**People Also Watch**

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **WEI**<br>Weidai Ltd. | 1.3300 | -0.0700 | -5.00% |
| **LIZI**<br>Lizhi Inc. | 7.96 | -0.18 | -2.21% |
| **KXIN**<br>Kaixin Auto Holdings | 2.8000 | -0.1100 | -3.78% |
| **YJ**<br>Yunji Inc. | 2.1400 | -0.0100 | -0.47% |
| **ANPC**<br>AnPac Bio-Medical Science Co., Ltd. | 5.77 | +0.12 | +2.12% |



Advertise with us

Data Disclaimer  Help  Suggestions

Privacy Dashboard

Privacy (Updated)  About Our Ads  Terms
© 2021 Verizon Media. All rights reserved.
(Updated)  Sitemap