**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| KATHERINE WANDEL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>JING GAO, DEREK BOYANG SHEN, YAN CUI, WENBIAO LI, ERHAI LIU, XIAN CHEN, WILLIAM WANG, GANG JI, EDWIN FUNG, JIANPING YE, JASON ZHENG ZHANG, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, J.P. MORGAN SECURITIES LLC, TIGER BROKERS (NZ) LIMITED, US TIGER SECURITIES, INC., COGENCY GLOBAL INC., RICHARD ARTHUR and PHOENIX TREE HOLDINGS LIMITED,<br><br>Defendants. | Civil Action No. 1:20-cv-03259-PAC |

**DECLARATION OF JOANNA A. DIAKOS IN SUPPORT OF THE COGENCY DEFENDANTS' JOINDER IN THE UNDERWRITER DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT**

I, Joanna A. Diakos, declare as follows:

1.      I am a member in good standing of the bar of the State of New York.  I am a partner at K&L Gates LLP, attorneys for Cogency Global Inc. and Richard Arthur (the "Cogency Defendants") in the referenced action. I have personal knowledge of the following facts and, if called upon to testify, I could and would testify competently thereto.

2.      I submit this declaration in support of the Cogency Defendants' Joinder in the Underwriter Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint (the "Motion").

1

3.      Attached hereto as Exhibit 1 is a true and correct copy of Phoenix Tree Holdings Limited Form F-1 filed with the SEC on January 15, 2020, also available at https://sec.report/Document/0001047469-20-000244/.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: May 3, 2021

/s/ *Joanna A. Diakos*

Joanna A. Diakos