Table of Contents

**LEGAL MATTERS**

We are being represented by Simpson Thacher & Bartlett LLP with respect to certain legal matters of United States federal securities and New York state law. The underwriters are being represented by Latham & Watkins LLP with respect to certain legal matters as to United States federal securities and New York state law. The validity of the Class A ordinary shares represented by the ADSs offered in this offering and legal matters as to Cayman Islands law will be passed upon for us by Maples and Calder (Hong Kong) LLP. Certain legal matters as to PRC law will be passed upon for us by Haiwen & Partners and for the underwriters by Tian Yuan Law Firm. Simpson Thacher & Bartlett LLP and Maples and Calder (Hong Kong) LLP may rely upon Haiwen & Partners with respect to matters governed by PRC law. Latham & Watkins LLP may rely upon Tian Yuan Law Firm with respect to matters governed by PRC law.

221

Table of Contents

**EXPERTS**

The consolidated financial statements of Phoenix Tree Holdings Limited as of December 31, 2017 and 2018 and for the years then ended, have been included herein and in the registration statement in reliance upon the report of KPMG Huazhen LLP, independent registered public accounting firm, appearing elsewhere herein, and upon the authority of said firm as experts in accounting and auditing.

The office of KPMG Huazhen LLP is located at 8th floor, KPMG Tower, Oriental Plaza, No. 1 East Chang An Avenue, Dongcheng District, Beijing, the People's Republic of China.

222

Table of Contents

## WHERE YOU CAN FIND MORE INFORMATION

We have filed with the SEC a registration statement on Form F-1, including relevant exhibits and schedules under the Securities Act with respect to underlying Class A ordinary shares represented by the ADSs, to be sold in this offering. A related registration statement on F-6 will be filed with the SEC to register the ADSs. This prospectus, which constitutes a part of the registration statement, does not contain all of the information contained in the registration statement. You should read the registration statement and its exhibits and schedules for further information with respect to us and our ADSs.

Immediately upon closing of this offering, we will become subject to periodic reporting and other informational requirements of the Exchange Act as applicable to foreign private issuers. Accordingly, we will be required to file reports, including annual reports on Form 20-F, and other information with the SEC. All information filed with the SEC can be inspected and copied at the public reference facilities maintained by the SEC at 100 F Street, N.E., Washington, D.C. 20549. You can request copies of these documents upon payment of a duplicating fee, by writing to the SEC. Please call the SEC at 1-800-SEC-0330 for further information on the operation of the public reference rooms. Additional information may also be obtained over the internet at the SEC's web site at *www.sec.gov*.

As a foreign private issuer, we are exempt under the Exchange Act from, among other things, the rules prescribing the furnishing and content of proxy statements, and our executive officers, directors and principal shareholders are exempt from the reporting and short-swing profit recovery provisions contained in Section 16 of the Exchange Act. In addition, we will not be required under the Exchange Act to file periodic reports and financial statements with the SEC as frequently or as promptly as U.S. companies whose securities are registered under the Exchange Act. However, we intend to furnish the depositary with our annual reports, which will include a review of operations and annual audited consolidated combined financial statements prepared in conformity with U.S. GAAP, and all notices of shareholders' meeting and other reports and communications that are made generally available to our shareholders. The depositary will make such notices, reports and communications available to holders of ADSs and will mail to all record holders of ADSs the information contained in any notice of a shareholders' meeting received by the depositary from us.

223

Case 1:20-cv-03259-PAC   Document 60-2   Filed 05/03/21   Page 4 of 93
https://sec.report/Document/0001047469-20-000244/a2240464zf-1a.htm

**PHOENIX TREE HOLDINGS LIMITED**

**INDEX TO THE CONSOLIDATED FINANCIAL STATEMENTS**

| CONTENTS | PAGE |
|---|---|
| Report of Independent Registered Public Accounting Firm | F-2 |
| Consolidated Balance Sheets as of December 31, 2017 and 2018 | F-3 |
| Consolidated Statements of Comprehensive Loss for the years ended December 31, 2017 and 2018 | F-8 |
| Consolidated Statements of Changes in Shareholders' Deficit for the years ended December 31, 2017 and 2018 | F-10 |
| Consolidated Statements of Cash Flows for the years ended December 31, 2017 and 2018 | F-11 |
| Notes to Consolidated Financial Statements | F-13 |
| Unaudited Condensed Consolidated Balance Sheets as of December 31, 2018 and September 30, 2019 | F-52 |
| Unaudited Condensed Consolidated Statements of Comprehensive Loss for the nine month periods ended September 30, 2018 and 2019 | F-57 |
| Unaudited Condensed Consolidated Statements of Cash Flows for the nine month periods ended September 30, 2018 and 2019 | F-59 |
| Notes to Unaudited Condensed Consolidated Financial Statements | F-61 |

F-1

Table of Contents

**Report of Independent Registered Public Accounting Firm**

To the Shareholders and Board of Directors
Phoenix Tree Holdings Limited:

*Opinion on the Consolidated Financial Statements*

    We have audited the accompanying consolidated balance sheets of Phoenix Tree Holdings Limited and subsidiaries (the "Company") as of December 31, 2017 and 2018, the related consolidated statements of comprehensive loss, changes in shareholders' deficit, and cash flows for the years then ended, and the related notes (collectively, the "consolidated financial statements"). In our opinion, the consolidated financial statements present fairly, in all material respects, the financial position of the Company as of December 31, 2017 and 2018, and the results of its operations and its cash flows for the years then ended, in conformity with U.S. generally accepted accounting principles.

*Basis for Opinion*

    These consolidated financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these consolidated financial statements based on our audits. We are a public accounting firm registered with the Public Company Accounting Oversight Board (United States) (PCAOB) and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

    We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the consolidated financial statements are free of material misstatement, whether due to error or fraud. Our audits included performing procedures to assess the risks of material misstatement of the consolidated financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the consolidated financial statements. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the consolidated financial statements. We believe that our audits provide a reasonable basis for our opinion.

/s/ KPMG Huazhen LLP

    We have served as the Company's auditor since 2019.

Beijing, China
August 28, 2019

F-2

**PHOENIX TREE HOLDINGS LIMITED**

**CONSOLIDATED BALANCE SHEETS**

**(All amounts in thousands, except for share and per share data)**

| | As of December 31, | | |
| --- | --- | --- | --- |
| | 2017 | 2018 | |
| | RMB | RMB | US$ (Note 2(d)) |
| **ASSETS** | | | |
| **Current assets:** | | | |
| Cash | 214,002 | 1,087,258 | 152,113 |
| Term deposits | — | 137,264 | 19,204 |
| Restricted cash | — | 1,362,266 | 190,588 |
| Short-term investments | 150,549 | — | — |
| Accounts receivable, net | 3,728 | 1,456 | 204 |
| Advance to landlords | 62,453 | 301,190 | 42,138 |
| Prepayments and other current assets | 43,152 | 265,794 | 37,186 |
| **Total current assets** | **473,884** | **3,155,228** | **441,433** |
| **Non-current assets:** | | | |
| Restricted cash | — | 16,010 | 2,240 |
| Property and equipment, net | 507,057 | 1,989,630 | 278,359 |
| Intangible asset, net | — | 2,053 | 287 |
| Deposits to landlords | 103,481 | 414,754 | 58,026 |
| Other non-current assets | 50,324 | 251,936 | 35,247 |
| **Total non-current assets** | **660,862** | **2,674,383** | **374,159** |
| **Total assets** | **1,134,746** | **5,829,611** | **815,592** |

The accompanying notes are an integral part of these consolidated financial statements.

F-3

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**CONSOLIDATED BALANCE SHEETS (Continued)**

**(All amounts in thousands, except for share and per share data)**

| | As of December 31, | | |
|---|---|---|---|
| | 2017 | 2018 | |
| | RMB | RMB | US$ (Note (2d)) |
| **LIABILITIES** | | | |
| **Current liabilities:** | | | |
| Short-term borrowings and current portion of long-term borrowings (including short-term borrowings and current portion of long-term borrowings of the consolidated VIEs and their wholly-owned subsidiaries without recourse to the Company of RMB750,679 and RMB2,890,842 as of December 31, 2017 and 2018, respectively) | 750,679 | 2,890,842 | 404,444 |
| Accounts payable (including accounts payable of the consolidated VIEs and their wholly-owned subsidiaries without recourse to the Company of RMB129,825 and RMB358,466 as of December 31, 2017 and 2018, respectively) | 129,825 | 718,890 | 100,576 |
| Rental payable (including rental payable of the consolidated VIEs and their wholly-owned subsidiaries without recourse to the Company of RMB31,678 and RMB180,994 as of December 31, 2017 and 2018, respectively) | 31,678 | 180,994 | 25,322 |
| Advance from residents (including advance from residents of the consolidated VIEs and their wholly-owned subsidiaries without recourse to the Company of RMB105,656 and RMB279,534 as of December 31, 2017 and 2018, respectively) | 105,656 | 279,534 | 39,108 |
| Amount due to a related party (including amount due to a related party of the consolidated VIEs and their wholly-owned subsidiaries without recourse to the Company of nil and RMB10,343 as of December 31, 2017 and 2018, respectively) | — | 10,343 | 1,447 |
| Deposits from residents (including deposits from residents of the consolidated VIEs and their wholly-owned subsidiaries without recourse to the Company of RMB90,447 and RMB287,304 as of December 31, 2017 and 2018, respectively) | 90,447 | 287,304 | 40,195 |
| Accrued expenses and other current liabilities (including accrued expenses and other current liabilities of the consolidated VIEs and their wholly-owned subsidiaries without recourse to the Company of RMB52,594 and RMB203,994 as of December 31, 2017 and 2018, respectively) | 52,594 | 214,170 | 29,963 |
| **Total current liabilities** | **1,160,879** | **4,582,077** | **641,055** |

The accompanying notes are an integral part of these consolidated financial statements.

F-4

Case 1:20-cv-03259-PAC   Document 60-2   Filed 05/03/21   Page 8 of 93
https://sec.report/Document/0001047469-20-000244/a2240464zf-1a.htm

**PHOENIX TREE HOLDINGS LIMITED**

**CONSOLIDATED BALANCE SHEETS (Continued)**

**(All amounts in thousands, except for share and per share data)**

| | As of December 31, | | |
| --- | --- | --- | --- |
| | 2017 | 2018 | |
| | RMB | RMB | US$ (Note (2d)) |
| **Non-current liabilities:** | | | |
| Long-term borrowings, excluding current portion (including long-term borrowings, excluding current portion of the consolidated VIEs and their wholly-owned subsidiaries without recourse to the Company of RMB186,891 and RMB182,646 as of December 31, 2017 and 2018, respectively) | 186,891 | 182,646 | 25,553 |
| Deposits from residents (including deposits from residents of the consolidated VIEs and their wholly-owned subsidiaries without recourse to the Company of RMB12,710 and RMB51,539 as of December 31, 2017 and 2018, respectively) | 12,710 | 51,539 | 7,211 |
| **Total non-current liabilities** | 199,601 | 234,185 | 32,764 |
| **Total liabilities** | 1,360,480 | 4,816,262 | 673,819 |
| **Commitments and contingencies (Note** 17) | | | |

The accompanying notes are an integral part of these consolidated financial statements.

F-5

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**CONSOLIDATED BALANCE SHEETS (Continued)**

**(All amounts in thousands, except for share and per share data)**

| | As of December 31, | | |
| --- | --- | --- | --- |
| | 2017 | 2018 | |
| | RMB | RMB | US$ (Note (2d)) |
| **MEZZANINE EQUITY** | | | |
| Series A-1 Convertible Preferred Shares (US$0.00002 par value, 118,750,000 shares authorized, issued and outstanding as of December 31, 2017 and 2018; Liquidation value of RMB1,335 and RMB1,402 as of December 31, 2017 and 2018) | 1,335 | 1,402 | 196 |
| Series A-2 Redeemable Convertible Preferred Shares (US$0.00002 par value, 143,750,000 shares authorized, issued and outstanding as of December 31, 2017 and 2018, Redemption value of RMB28,615 and RMB32,156 as of December 31, 2017 and 2018; Liquidation value of RMB33,814 and RMB35,517 as of December 31, 2017 and 2018) | 28,615 | 32,156 | 4,499 |
| Series A-2-I Redeemable Convertible Preferred Shares (US$0.00002 par value, 16,967,466 shares authorized, issued and outstanding as of December 31, 2017 and 2018, Redemption value of RMB6,256 and RMB6,826 as of December 31, 2017 and 2018; Liquidation value of RMB7,046 and RMB7,401 as of December 31, 2017 and 2018) | 6,256 | 6,826 | 955 |
| Series A-3 Redeemable Convertible Preferred Shares (US$0.00002 par value, 275,076,555 and 283,220,939 shares authorized, 275,076,555 shares issued and outstanding as of December 31, 2017 and 2018, Redemption value of RMB104,455 and RMB118,316 as of December 31, 2017 and 2018; Liquidation value of RMB142,792 and RMB149,981 as of December 31, 2017 and 2018) | 104,455 | 118,316 | 16,553 |
| Series B-1 Redeemable Convertible Preferred Shares (US$0.00002 par value, nil and 183,823,115 shares authorized, issued and outstanding as of December 31, 2017 and 2018, Redemption value of nil and RMB440,721 as of December 31, 2017 and 2018; Liquidation value of nil and RMB617,688 as of December 31, 2017 and 2018) | — | 440,721 | 61,659 |
| Series B-2 Redeemable Convertible Preferred Shares (US$0.00002 par value, nil and 141,000,686 shares authorized, issued and outstanding as of December 31, 2017 and 2018, Redemption value of nil and RMB510,802 as of December 31, 2017 and 2018; Liquidation value of nil and RMB731,473 as of December 31, 2017 and 2018) | — | 510,802 | 71,464 |
| Series C Redeemable Convertible Preferred Shares (US$0.00002 par value, nil and 226,297,396 shares authorized, issued and outstanding as of December 31, 2017 and 2018, Redemption value of nil and RMB1,749,409 as of December 31, 2017 and 2018; Liquidation value of nil and RMB1,715,800 as of December 31, 2017 and 2018) | — | 1,749,409 | 244,751 |
| **Total mezzanine equity** | **140,661** | **2,859,632** | **400,077** |

The accompanying notes are an integral part of these consolidated financial statements.

F-6

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**CONSOLIDATED BALANCE SHEETS (Continued)**

**(All amounts in thousands, except for share and per share data)**

| | As of December 31, | | |
| --- | --- | --- | --- |
| | 2017 | 2018 | |
| | RMB | RMB | US$ (Note (2d)) |
| **SHAREHOLDERS' DEFICIT** | | | |
| Ordinary Shares (US$0.00002 par value, 1,945,455,979 shares and 1,386,190,398 shares authorized as of December 31, 2017 and 2018; 287,500,000 shares issued and outstanding as of December 31, 2017 and 2018) | 35 | 35 | 5 |
| Accumulated other comprehensive income/(loss) | 1,754 | (3,061) | (428) |
| Accumulated deficit | (368,184) | (1,839,123) | (257,303) |
| **Total shareholders' deficit attributable to ordinary shareholders** | **(366,395)** | **(1,842,149)** | **(257,726)** |
| Non-controlling interest | — | (4,134) | (578) |
| **Total shareholders' deficit** | **(366,395)** | **(1,846,283)** | **(258,304)** |
| **Total liabilities, mezzanine equity and shareholders' deficit** | **1,134,746** | **5,829,611** | **815,592** |

The accompanying notes are an integral part of these consolidated financial statements.

F-7

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**CONSOLIDATED STATEMENTS OF COMPREHENSIVE LOSS**

**(All amounts in thousands, except for share and per share data)**

| | For the Year Ended December 31, | | |
| | 2017 | 2018 | |
| | RMB | RMB | US$ (Note (2d)) |
| --- | ---: | ---: | ---: |
| Revenues | 656,782 | 2,675,031 | 374,251 |
| **Operating expenses:** | | | |
| Rental cost | (511,697) | (2,171,755) | (303,840) |
| Depreciation and amortization | (98,984) | (373,231) | (52,217) |
| Other operating expenses | (46,456) | (295,141) | (41,292) |
| Pre-opening expense | (62,119) | (270,399) | (37,830) |
| Sales and marketing expenses | (80,991) | (471,026) | (65,899) |
| General and administrative expenses | (49,960) | (203,847) | (28,519) |
| Technology and product development expenses | (25,194) | (110,954) | (15,523) |
| **Operating loss** | **(218,619)** | **(1,221,322)** | **(170,869)** |
| Change in fair value of convertible loan | (441) | (6,962) | (974) |
| Interest expenses | (55,013) | (163,357) | (22,854) |
| Interest income | 831 | 20,226 | 2,830 |
| Investment income | 1,606 | 1,778 | 249 |
| **Loss before income taxes** | **(271,636)** | **(1,369,637)** | **(191,618)** |
| Income tax benefit/(expense) | 112 | (112) | (16) |
| **Net loss** | **(271,524)** | **(1,369,749)** | **(191,634)** |
| Loss attributable to non-controlling interest | — | (4,134) | (578) |
| **Net loss attributable to Phoenix Tree Holdings Limited** | **(271,524)** | **(1,365,615)** | **(191,056)** |
| Accretion and modification of redeemable convertible preferred shares | (14,123) | (111,132) | (15,548) |
| **Net loss attributable to ordinary shareholders of Phoenix Tree Holdings Limited** | **(285,647)** | **(1,476,747)** | **(206,604)** |

The accompanying notes are an integral part of these consolidated financial statements.

F-8

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**CONSOLIDATED STATEMENTS OF COMPREHENSIVE LOSS (Continued)**

**(All amounts in thousands, except for share and per share data)**

| | For the Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2017 | 2018 | |
| | RMB | RMB | US$ (Note (2d)) |
| **Net loss** | (271,524) | (1,369,749) | (191,634) |
| **Other comprehensive income (loss):** | | | |
| Foreign currency translation adjustment, net of nil income taxes | 1,777 | (4,478) | (626) |
| Unrealized gain on available-for-sale securities, net of income taxes of RMB112 | 337 | — | — |
| Less: reclassification adjustment for gain on available-for-sale securities realized in net income, net of income taxes of RMB112 | — | (337) | (47) |
| **Comprehensive loss** | (269,410) | (1,374,564) | (192,307) |
| Comprehensive loss attributable to non-controlling interest | — | (4,134) | (578) |
| **Comprehensive loss attributable to ordinary shareholders of Phoenix Tree Holdings Limited** | (269,410) | (1,370,430) | (191,729) |
| **Net loss per share** | | | |
| —Basic and diluted | (2.55) | (7.95) | (1.11) |
| **Weighted average number of shares outstanding used in computing net loss per share** | | | |
| —Basic and diluted | 111,848,958 | 185,677,083 | 185,677,083 |

The accompanying notes are an integral part of these consolidated financial statements.

F-9

**PHOENIX TREE HOLDINGS LIMITED**

**CONSOLIDATED STATEMENTS OF CHANGES IN SHAREHOLDERS' DEFICIT**

**(All amounts in thousands, except for share and per share data)**

| | Ordinary Shares | | Additional paid in capital | Accumulated other Comprehensive Income/(loss) | Accumulated Deficit | Shareholders' deficit attributable to Phoenix Tree Holdings Limited | Non-Controlling Interest | Total Shareholders' Deficit |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Shares | RMB | RMB | RMB | RMB | RMB | RMB | RMB |
| **Balance as of January 1, 2017** | **300,000,000** | **35** | **—** | **(360)** | **(91,106)** | **(91,431)** | **—** | **(91,431)** |
| Net loss | — | — | — | — | (271,524) | (271,524) | — | (271,524) |
| Cancellation of restricted shares forfeited | (75,000,000) | — | — | — | — | — | — | — |
| Share-based compensation | 62,500,000 | — | 8,569 | — | — | 8,569 | — | 8,569 |
| Foreign currency translation adjustment, net of nil income taxes | — | — | — | 1,777 | — | 1,777 | — | 1,777 |
| Unrealized holding gains on available-for-sale security, net of income taxes of RMB112 | — | — | — | 337 | — | 337 | — | 337 |
| Accretion and modification of redeemable convertible preferred shares | — | — | (8,569) | — | (5,554) | (14,123) | — | (14,123) |
| **Balance as of December 31, 2017** | **287,500,000** | **35** | **—** | **1,754** | **(368,184)** | **(366,395)** | **—** | **(366,395)** |
| Net loss | — | — | — | — | (1,365,615) | (1,365,615) | (4,134) | (1,369,749) |
| Share-based compensation | — | — | 5,808 | — | — | 5,808 | — | 5,808 |
| Foreign currency translation adjustment, net of nil income taxes | — | — | — | (4,478) | — | (4,478) | — | (4,478) |
| Reclassification adjustment for gain on available for sale securities, net of income taxes of RMB112 | — | — | — | (337) | — | (337) | — | (337) |
| Accretion and modification of redeemable convertible preferred shares | — | — | (5,808) | — | (105,324) | (111,132) | — | (111,132) |
| **Balance as of December 31, 2018** | **287,500,000** | **35** | **—** | **(3,061)** | **(1,839,123)** | **(1,842,149)** | **(4,134)** | **(1,846,283)** |
| **Balance as of December 31, 2018—US$(Note (2d))** | | **5** | **—** | **(428)** | **(257,303)** | **(257,726)** | **(578)** | **(258,304)** |

The accompanying notes are an integral part of these consolidated financial statements.

F-10

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**CONSOLIDATED STATEMENTS OF CASH FLOWS**

**(All amounts in thousands, except for share and per share data)**

| | For the Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2017 | 2018 | |
| | RMB | RMB | US$ (Note (2d)) |
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | | |
| Net loss | **(271,524)** | **(1,369,749)** | **(191,634)** |
| **Adjustments to reconcile net loss to net cash used in operating activities:** | | | |
| Depreciation and amortization | 98,984 | 373,231 | 52,217 |
| Share-based compensation | 8,569 | 5,808 | 813 |
| Loss on disposal of property and equipment | 1,470 | 7,859 | 1,100 |
| Foreign currency exchange loss, net | — | 2,971 | 416 |
| Investment income | (1,606) | (1,778) | (249) |
| Change in fair value of convertible loan | 441 | 6,962 | 974 |
| **Changes in operating assets and liabilities:** | | | |
| Accounts receivable | 3,505 | 2,272 | 318 |
| Advance to landlords | (44,817) | (238,737) | (33,401) |
| Prepayments and other current assets | (8,220) | (222,642) | (31,149) |
| Deposits to landlords | (78,769) | (311,273) | (43,549) |
| Other non-current assets | (35,302) | (156,612) | (21,911) |
| Accounts payable | (24,830) | 16,984 | 2,376 |
| Rental payable | 31,678 | 149,316 | 20,890 |
| Advance from residents | 91,073 | 173,878 | 24,326 |
| Current and non-current deposits from residents | 75,348 | 235,686 | 32,974 |
| Accrued expenses and other current liabilities | 39,422 | 161,576 | 22,605 |
| **Net cash used in operating activities** | **(114,578)** | **(1,164,248)** | **(162,884)** |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | | |
| Purchase of property and equipment | (340,788) | (1,291,460) | (180,682) |
| Purchase of intangible assets | — | (2,175) | (304) |
| Investment in term deposits | — | (137,264) | (19,204) |
| Prepaid deposit for business acquisition | — | (45,000) | (6,296) |
| Purchase of short-term investments | (490,100) | (80,000) | (11,192) |
| Proceeds from sales of short-term investments | 341,606 | 231,878 | 32,441 |
| **Net cash used in investing activities** | **(489,282)** | **(1,324,021)** | **(185,237)** |

The accompanying notes are an integral part of these consolidated financial statements.

F-11

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**CONSOLIDATED STATEMENTS OF CASH FLOWS (Continued)**

**(All amounts in thousands, except for share and per share data)**

| | For the Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2017 | 2018 | |
| | RMB | RMB | US$ (Note (2d)) |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | | |
| Proceeds from bank borrowings | 1,725,476 | 5,637,551 | 788,722 |
| Repayment of bank borrowings | (1,002,595) | (3,501,633) | (489,896) |
| Proceeds from Series A-3 Redeemable Convertible Preferred Shares | 100,559 | — | — |
| Payments of issuance cost of Series A-3 Redeemable Convertible Preferred Shares | (1,000) | — | — |
| Proceeds from Series B-1 Redeemable Convertible Preferred Shares | — | 379,542 | 53,100 |
| Payments of issuance cost of Series B-1 Redeemable Convertible Preferred Shares | — | (8,091) | (1,132) |
| Loan provided by a related party | — | 10,343 | 1,447 |
| Proceeds from Series B-2 Redeemable Convertible Preferred Shares | — | 321,040 | 44,915 |
| Payments of issuance cost of Series B-2 Redeemable Convertible Preferred Shares | — | (3,249) | (455) |
| Proceeds from Series C Redeemable Convertible Preferred Shares | — | 1,737,750 | 243,120 |
| Payments of issuance cost of Series C Redeemable Convertible Preferred Shares | — | (6,800) | (951) |
| Proceeds from issuance of convertible loan | — | 126,206 | 17,657 |
| **Net cash provided by financing activities** | 822,440 | 4,692,659 | 656,527 |
| Effect of foreign currency exchange rate changes on cash and restricted cash | (6,110) | 47,142 | 6,595 |
| **Net increase in cash and restricted cash** | 212,470 | 2,251,532 | 315,001 |
| Cash and restricted cash at the beginning of the year | 1,532 | 214,002 | 29,940 |
| **Cash and restricted cash at the end of the year** | 214,002 | 2,465,534 | 344,941 |
| **Supplemental disclosure of cash flow information:** | | | |
| Interest paid | 55,013 | 161,833 | 22,641 |
| Income tax paid | — | — | — |
| Accrual of purchase of property and equipment | 129,825 | 701,906 | 98,200 |
| Issuance of Series A-2-I Redeemable Convertible Preferred Shares upon conversion of convertible loan | 6,250 | — | — |
| Issuance of Series B-2 Redeemable Convertible Preferred Shares upon conversion of convertible loan | — | 133,168 | 18,631 |

The accompanying notes are an integral part of these consolidated financial statements.

F-12

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**

**(All amounts in thousands, except for share and per share data)**

**1. Description of Business and Organization**

*(a)   Description of business*

Phoenix Tree Holdings Limited ("Phoenix Tree" or "the Company"), through its wholly-owned subsidiaries, consolidated variable interest entities ("VIEs") and VIEs' wholly-owned subsidiaries (collectively referred to as "the Group"), leases apartments from property owners, designs, renovates and furnishes such apartments and rents them out to residents and corporate clients. The Group provides, repair and maintenance for private rooms, common area maintenance and utilities to the residents. All of the Group's principal operations and geographic markets are in the People's Republic of China ("PRC").

*(b)   Organization*

The Group operates its business in the PRC through Zi Wutong (Beijing) Asset Management Co., Ltd. ("Zi Wutong") and Yishui (Shanghai) Information Technology Co., Ltd. ("Shanghai Yishui"), limited liability companies established under the laws of the PRC in January 2015 and November 2016, respectively. Shanghai Yishui holds the license of telecommunications and information services, or ICP license, from the government in order to carry out online rental platform operations in China. The recognized and unrecognized revenue-producing assets that were held by VIEs primarily consisted of leasehold improvement, furniture and appliance, leasehold improvements under construction, operating leases for the apartments and ICP license. The equity interests of Zi Wutong and Shanghai Yishui (the "VIEs") are legally held by individuals who act as nominee equity holders of VIEs on behalf of Xiaofangjian (Shanghai) Internet Information Technology Co., Ltd. ("Xiaofangjian" or "WOFE"), the Company's wholly-owned subsidiary. A series of contractual agreements, including Exclusive Business Cooperation Agreement, Equity Pledge Agreement, Exclusive Call Option Agreement, Spousal Consent Letters and Power of Attorney Agreements (collectively, the "VIE Agreements"), were entered among Zi Wutong, Xiaofangjian and nominee equity holders of Zi Wutong and among Shanghai Yishui, Xiaofangjian and nominee equity holders of Shanghai Yishui. Through the VIE Agreements, the nominee equity holders of the VIEs have granted all their legal rights including voting rights and disposition rights of their equity interests in the VIEs to WOFE. The nominee equity holders of the VIEs do not participate significantly in income and loss and do not have the power to direct the activities of the VIEs that most significantly impact their economic performance. Accordingly, the VIEs are considered variable interest entities.

In accordance with Accounting Standards Codification ("ASC") 810-10-25-38A, the Company, through the WOFE, has a controlling financial interest in the VIEs because the WOFE has (i) the power to direct activities of the VIEs that most significantly impact the economic performance of the VIEs; and (ii) the obligation to absorb the expected losses and the right to receive expected residual return of the VIEs that could potentially be significant to the VIEs. Thus, the Company, through the WOFE, is the primary beneficiary of the VIEs.

Under the terms of the VIE Agreements, the WOFE has (i) the right to receive economic benefits that could potentially be significant to the VIE in the form of service fees under the Exclusive Business Cooperation Agreement; (ii) the right to receive all dividends declared by the VIE and the right to all undistributed earnings of the VIE; (iii) the right to receive the residual benefits of the VIE through its exclusive option to acquire 100% of the equity interests in the VIE, to the extent permitted under PRC

F-13

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**1. Description of Business and Organization (Continued)**

law. Accordingly, the financial statements of the VIEs are consolidated in the Company's consolidated financial statements.

Under the terms of the VIE Agreements, the VIEs' nominee equity holders have no rights to the net assets nor have the obligations to fund the deficit, and such rights and obligations have been vested to the Company. All of the deficit (net liabilities) and net loss of the VIEs are attributed to the Company.

The principal terms of the VIE Agreements are further described below.

*1) Exclusive Business Cooperation Agreement*

WOFE and the VIEs entered into an Exclusive Business Cooperation Agreement, whereby WOFE is appointed as the exclusive service provider for the provision of business support, technology and consulting services to the VIEs. Unless a written consent is given by WOFE, the VIEs are not allowed to engage a third party to provide such services, while WOFE is able to designate another party to render such services to the VIEs. WOFE shall bill the VIEs on a quarterly basis for the service fee at an amount determined by the workload and commercial value. WOFE have the rights to adjust the basis of calculation of the service fee amount according to service provided to the VIEs. WOFE owns the exclusive intellectual property rights, whether created by WOFE or the VIEs, as a result of the performance of the Exclusive Business Cooperation Agreement. The Exclusive Business Cooperation Agreement will be in effect until terminated upon written consent by WOFE and VIEs.

*2) Equity Pledge Agreement*

Pursuant to the equity pledge agreement, each nominee equity holder of the VIEs has pledged all of his equity interest in the VIEs to guarantee the nominee equity holders' and the VIEs' performance of their obligations under the contractual arrangements, which include the Power of Attorney Agreements, Exclusive Business Cooperation Agreements and Exclusive Call Option Agreements. If the VIEs or the nominee equity holders breach their contractual obligations under these agreements, WOFE, as pledgee, will be entitled to certain rights regarding the pledged interests, including receiving proceeds from the auction or sale of all or part of the pledged interests of the VIEs in accordance with the law. Each nominee equity holder of the VIEs agrees that, during the term of the equity pledge agreement, he will not dispose of the pledged equity interests or create or allow any encumbrance on the pledged equity interests without the prior written consent of WOFE. The equity pledge agreements remain effective until the VIEs and their nominee equity holders discharge all their obligations under the contractual arrangements or all secured indebtedness has been fully paid. The pledge was registered with the relevant local administration for industry and commerce in January 2019 and will remain binding until the VIEs and their nominee equity holders discharge all their obligations under the contractual arrangements. The registration of the equity pledge enables the WOFE to enforce the equity pledge against third parties who acquire the equity interests of the VIEs in good faith.

*3) Exclusive Call Option Agreement*

Pursuant to the exclusive call option agreement, each shareholder of the VIEs has irrevocably granted WOFE an exclusive option to purchase, or have its designated person or persons to purchase,

F-14

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**1. Description of Business and Organization (Continued)**

at its discretion, to the extent permitted under PRC law, all or part of the equity interests in the VIEs. The purchase price shall be RMB1 or the minimum price permitted under PRC law. The equity holders should remit to the Company any amount that is paid by the Company or its designated person(s) in connection with the purchased equity interest. Without prior written consent of WOFE, the VIEs and the equity holders shall not amend its Memorandum and Articles of Association, increase or decrease the registered capital, sell, pledge or otherwise dispose of its assets, business or beneficial interest, create or allow any encumbrance on its assets, business or other beneficial interests, commit to any liabilities, provide any loans to any person, enter into any material contract with a value of more than RMB500,000 (except those contracts entered into in the ordinary course of business), conduct mergers or acquisitions or make any investments, liquidate the VIEs or distribute dividends to the equity holders. Each equity holder of the VIEs has agreed that, without prior written consent of WOFE, he will not sell, pledge or otherwise dispose his or her equity interests in the VIEs or create or allow any encumbrance on their equity interests. The VIEs and the equity holders shall appoint those individuals recommended by WOFE as directors of the VIEs. The agreement will remain effective until all equity interests in the VIEs held by the equity holders are transferred or assigned to WOFE or its designee.

*4)   Spousal Consent Letters*

Pursuant to the Spousal Consent Letters executed by each spouse of each nominee equity holder of the VIEs, each signing spouse confirmed that she does not enjoy any right or interest in connection with the equity interests of the VIEs. The spouse also irrevocably agreed that she would not claim in the future any right or interest in connection with the equity interests in the VIEs held by her spouse.

*5)   Power of Attorney Agreements*

Pursuant to the power of attorney agreements, each nominee equity holder of VIEs has irrevocably authorized the WOFE, or any individuals designated by the WOFE to act as such nominee equity holder's exclusive attorney-in-fact to exercise all shareholder rights, including without limitation to: (1) the right to attend on shareholder's meetings of the VIEs, (2) the right to exercise all the nominee equity holder's rights and shareholder's voting rights such shareholder is entitled to under the laws of China and the Articles of Association of the VIEs, including but not limited to the sale or transfer or pledge or disposition of their shareholding in part or in whole, and (3) designate and appoint on behalf of such nominee equity holder the legal representative, the directors, supervisors, the chief executive officer and other senior management members of the VIEs. Each power of attorney agreement is irrevocable and continuously effective from the execution date.

The Company relies on the VIE Agreements to operate and control VIEs. All of the VIE Agreements are governed by PRC laws and provide for the resolution of disputes through arbitration in China. Accordingly, these contracts would be interpreted in accordance with PRC laws and any disputes would be resolved in accordance with PRC legal procedures. The legal environment in the PRC is not as developed as in some other jurisdictions, such as the United States. As a result, uncertainties in the PRC legal system could limit the Company's ability to enforce these contractual arrangements. In the event that the Company is unable to enforce these contractual arrangements, or if the Company suffers significant time delays or other obstacles in the process of enforcing these contractual arrangements, it

F-15

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**1. Description of Business and Organization (Continued)**

would be difficult to exert effective control over VIEs, and the Company's ability to conduct its business and the results of operations and financial condition may be materially and adversely affected.

In the opinion of management, based on the legal opinion obtained from the Company's PRC legal counsel, the above contractual arrangements are legally binding and enforceable and do not violate current PRC laws and regulations. However, there are uncertainties regarding the interpretation and application of existing and future PRC laws and regulations. Accordingly, the Company cannot be assured that PRC regulatory authorities will not ultimately take a contrary view to its opinion. If the Company's corporate structure and contractual arrangements are found to be in violation of any existing or future PRC laws or regulations, the relevant regulatory authorities would have broad discretion in dealing with such violations, including:

- revoking the business and operating licenses of the Company;

- levying fines on the Company;

- confiscating any of the income that they deem to be obtained through illegal operations;

- shutting down the Company's services or imposing onerous conditions on the Company's operation through any transactions between the Company's PRC subsidiaries and VIEs;

- discontinuing or restricting the Company's operations in China;

- imposing conditions or requirements with which the Company may not be able to comply;

- requiring the Company to change its corporate structure and contractual arrangements;

- restricting or prohibiting the use of the proceeds from overseas offering to finance the Company's VIEs' business and operations; and

- taking other regulatory or enforcement actions that could be harmful to the Company's business.

If the imposition of any of these penalties or requirement to restructure the Company's corporate structure causes it to lose the rights to direct the activities of the VIEs or the Company's right to receive its economic benefits, the Company would no longer be able to consolidate the financial results of the VIEs in its consolidated financial statements. In the opinion of management, the likelihood of deconsolidation of the VIEs is remote based on current facts and circumstances.

The equity interests of VIEs are legally held by Gao Jing and Cui Yan as nominee equity holders on behalf of the Company. Gao Jing and Cui Yan each holds 18% and 3% of the total ordinary shares and preferred shares issued and outstanding of the Company as of December 31, 2018, respectively, assuming the conversion of the Series A, Series B and Series C convertible redeemable preferred shares to ordinary shares and the vesting of all outstanding restricted shares held by Gao Jing and Cui Yan as of such date. The Company cannot assure that when conflicts of interest arise, either of the nominee equity holders will act in the best interests of the Company or such conflicts will be resolved in the Company's favor. Currently, the Company does not have any arrangements to address potential conflicts of interest between the nominee equity holders and the Company, except that the Company could exercise the purchase option under the Exclusive Call Option agreement with the nominee equity holders to request them to transfer all of their equity ownership in VIEs to a PRC entity or individual designated by the Company. The Company relies on the nominee equity holders, who are both the

F-16

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**1. Description of Business and Organization (Continued)**

Company's directors and owe a fiduciary duty to the Company, to comply with the terms and conditions of the contractual arrangements. Such fiduciary duty requires directors to act in good faith and in the best interests of the Company and not to use their positions for personal gains. If the Company cannot resolve any conflict of interest or dispute between the Company and the nominee equity holders of VIEs, the Company would have to rely on legal proceedings, which could result in disruption of the Company's business and subject the Company to substantial uncertainty as to the outcome of any such legal proceedings.

The Company's involvement with the VIEs under the VIE Agreements affected the Company's consolidated financial position, results of operations and cash flows as indicated below.

The following consolidated assets and liabilities of the Group's VIEs as of December 31, 2017 and 2018, and consolidated revenues, net loss and cash flows for the years ended December 31, 2017 and 2018, have been included in the accompanying consolidated financial statements:

| | As of December 31, | |
| --- | --- | --- |
| | 2017 | 2018 |
| | RMB | RMB |
| Cash | 124,264 | 25,287 |
| Restricted cash | — | 139,581 |
| Short-term investments | 150,549 | — |
| Accounts receivable, net | 3,728 | 1,456 |
| Amounts due from related parties* | 1,000 | 473,641 |
| Advance to landlords | 62,453 | 301,190 |
| Prepayments and other current assets | 43,152 | 258,269 |
| **Total current assets** | **385,146** | **1,199,424** |
| Restricted cash | — | 16,010 |
| Property and equipment, net | 507,057 | 1,989,630 |
| Intangible asset, net | — | 2,053 |
| Deposits to landlords | 103,481 | 414,754 |
| Other non-current assets | 50,324 | 251,936 |
| **Total non-current assets** | **660,862** | **2,674,383** |
| **Total assets** | **1,046,008** | **3,873,807** |
| Short-term borrowings and current portion of long-term borrowings | 750,679 | 2,890,842 |
| Accounts payable | 129,825 | 358,466 |
| Rental payable | 31,678 | 180,994 |
| Advance from residents | 105,656 | 279,534 |
| Amount due to related parties* | 31,482 | 1,127,431 |
| Deposits from residents | 90,447 | 287,304 |
| Accrued expenses and other current liabilities | 52,594 | 203,994 |
| **Total current liabilities** | **1,192,361** | **5,328,565** |
| Long-term borrowings, excluding current portion | 186,891 | 182,646 |
| Deposits from residents | 12,710 | 51,539 |
| **Total non-current liabilities** | **199,601** | **234,185** |
| **Total liabilities** | **1,391,962** | **5,562,750** |

\*  Amounts due from related parties include amounts due from the Company and its wholly-owned subsidiaries, which are eliminated upon consolidation. Amounts due to related parties include amounts due to the Company and its wholly-owned subsidiaries in the amount of RMB31,482 and RMB1,117,088 as of December 31, 2017 and 2018, respectively, which are eliminated upon consolidation.

F-17

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**1. Description of Business and Organization (Continued)**

| | For the Year Ended December 31, | |
| --- | --- | --- |
| | 2017 | 2018 |
| | RMB | RMB |
| Revenues | 656,782 | 2,675,031 |
| Net loss | (263,474) | (1,342,652) |
| Net cash used in operating activities | (110,867) | (906,269) |
| Net cash used in investing activities | (489,282) | (1,183,378) |
| Net cash provided by financing activities | 722,881 | 2,146,261 |
| Net increase in cash and restricted cash | 122,732 | 56,614 |
| Cash and restricted cash at the beginning of the year | 1,532 | 124,264 |
| Cash and restricted cash at the end of the year | 124,264 | 180,878 |

In accordance with VIE Agreements, WOFE has the power to direct the activities of the VIEs. Therefore, the Company considers that there are no assets in the VIEs that can be used only to settle obligations of the VIEs, except for the restricted cash of RMB155,591 pledged to secure bank borrowings (Note 8) and registered capital of RMB30 as of December 31, 2018, The creditors of VIEs do not have recourse to the general credit of WOFE.

During the periods presented, the Company and its wholly-owned subsidiaries provided financial support to VIEs that they were not previously contractually required to provide in the form of advances. To the extent VIEs require financial support, the WOFE may, at its option and to the extent permitted under the PRC law, provide such support to VIEs through advances or loans to VIEs' nominee equity holders or entrustment loans to VIEs.

**2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

*(a) Basis of presentation*

The accompanying consolidated financial statements of the Group have been prepared in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP").

The accompanying consolidated financial statements were prepared on a going concern basis, which contemplates the realization of assets and the satisfaction of liabilities in the normal course of business. The Group has incurred losses since its inception. As of December 31, 2018, the Group had an accumulated deficit of RMB1,839,123 and its consolidated current liabilities exceeded current assets in the amount of RMB1,426,849. In addition, for the year ended December 31, 2018, the Group recorded a significant amount of net cash used in operating activities of RMB1,164,248. Historically, the Group had relied principally on proceeds from the issuance of preferred shares and borrowings from banks and financial institutions. These include rent financing arrangements where the Group received cash at the beginning of the lease term from financial institutions the majority of rental fee of the underlying lease agreements the Group entered into with individual residents, to fund the Group's working capital requirements and investing activities.

Management believes that the amount of available cash balance as of December 31, 2018 and forecasted net cash flows for a period of one year after the issuance of the consolidated financial

F-18

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (Continued)**

statements will be sufficient for the Group to satisfy its obligations and commitments when they become due for a reasonable period of time. The forecasted cash flow has taken into account the expected available rent financing arrangements in the normal course of the Group's business. In addition, the Group raised funds in the amount of US$218,985 (equivalent to RMB1,500,416) through issuance of Series C-2 redeemable convertible preferred shares (See note 19(a)) in January 2019. Management also believes that the Group can adjust the pace of its business expansion and control operating expenses when necessary. The accompanying consolidated financial statements have been prepared on the basis the Group will be able to continue as a going concern for a period extending at least one year beyond the date that the consolidated financial statements are issued.

*(b)  Principles of Consolidation*

The consolidated financial statements of the Group have been prepared in accordance with U.S. GAAP. The consolidated financial statements include the financial statements of the Company, its wholly-owned subsidiaries, VIEs in which the Company, through its WOFE, has a controlling financial interest, and VIEs' wholly-owned subsidiaries.

All intercompany transactions and balances among the Company, its wholly-owned subsidiaries, VIEs, and VIEs' wholly-owned subsidiaries have been eliminated upon consolidation.

*(c)  Use of Estimates*

The preparation of the consolidated financial statements in accordance with U.S. GAAP requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities, related disclosures of contingent assets and liabilities at the balance sheet date, and the reported revenues and expenses during the reported periods in the consolidated financial statements and accompanying notes. Significant accounting estimates include, but not limited to, useful lives and recoverability of property and equipment, the realization of deferred income tax assets, the fair value of share-based compensation awards, convertible loan, ordinary shares and convertible redeemable preferred shares. Changes in facts and circumstances may result in revised estimates. Actual results could differ from those estimates, and as such, differences may be material to the consolidated financial statements.

*(d)  Convenience Translation*

Translations of the consolidated financial statements from RMB into US$ as of and for the year ended December 31, 2018 are solely for the convenience of the readers and were calculated at the rate of US$1.00=RMB7.1477, representing the noon buying rate in The City of New York for cable transfers of RMB as certified for customs purposes by the Federal Reserve Bank of New York on September 30, 2019. No representation is made that the RMB amounts could have been, or could be, converted, realized or settled into US$ at that rate on September 30, 2019, or at any other rate.

The US$ convenience translation is not required under U.S. GAAP and all US$ convenience translation amounts in the accompanying consolidated financial statements are unaudited.

F-19

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (Continued)**

**(e)  *Commitments and Contingencies***

In the normal course of business, the Group is subject to loss contingencies, such as legal proceedings and claims arising out of its business, that cover a wide range of matters, including, among others, government investigations, shareholder lawsuits, and non-income tax matters. An accrual for a loss contingency is recognized when it is probable that a liability has been incurred and the amount of loss can be reasonably estimated. If a potential material loss contingency is not probable but is reasonably possible, or is probable but cannot be estimated, then the nature of the contingent liability, together with an estimate of the range of possible loss if determinable and material, is disclosed.

**(f)  *Cash***

Cash consist of cash on hand and cash at bank. Cash at bank are deposited in financial institutions at below locations:

| | As of December 31, | |
|---|---|---|
| | 2017 RMB | 2018 RMB |
| Financial institutions in the mainland of the PRC | | |
| —Denominated in RMB | 124,259 | 148,222 |
| —Denominated in USD | — | 69,410 |
| **Total cash balances held at mainland PRC financial institutions** | **124,259** | **217,632** |
| Financial institutions in the United States | | |
| —Denominated in USD | 89,738 | 869,575 |
| **Total cash balances held at the United States financial institutions** | **89,738** | **869,575** |
| **Total cash balances held at financial institutions** | **213,997** | **1,087,207** |

**(g)  *Term deposits***

Term deposits represent deposit placed with bank with original maturities of more than three months but less than one year. The Group's term deposits are denominated in USD and deposited at a financial institution in the mainland of the PRC.

**(h)  *Restricted Cash***

Restricted cash is cash deposited with banks or financial institutions in conjunction with borrowings from the banks or financial institutions. Restriction on the use of such cash and the interest earned thereon is imposed by the banks or financial institutions and remains effective throughout the terms of the borrowings. Restricted cash that will be released to cash within the next 12 months is classified as current asset, while the remaining balance is classified as non-current asset on the Company's consolidated balance sheets. The Group's restricted cash is denominated in USD and RMB and is deposited at banks and financial institutions in the mainland of the PRC.

F-20

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (Continued)**

*(i)   Short-term investments*

      The Group's short-term investments represent the Group's investments in financial products managed by financial institutions in the PRC which are redeemable at the option of the Group on any working day. Short-term investments are reported at fair value, with unrealized holding gains or losses, net of the related income tax effect, excluded from earnings and recorded as a separate component of accumulated other comprehensive income/(loss) until realized. Realized gains or losses from the sale of short-term investments are determined on a specific identification basis and are recorded as investment income when earned.

*(j)   Property and Equipment, net*

      Property and equipment are stated at cost less depreciation and any impairment. Property and equipment are depreciated using the straight-line method over the estimated useful lives of the assets, as follows:

| | |
|---|---|
| Apartment leasehold improvement | Shorter of 5 years or lease term |
| Apartment furniture and appliances | Shorter of useful life (3 - 5 years) or lease term |
| Office leasehold improvement, furniture, electronic equipment, and software | 3 - 5 years |

      Costs incurred in the construction of property and equipment are capitalized and transferred into their respective asset category when the assets are ready for their intended use, at which time depreciation commences. Ordinary maintenance and repairs are charged to expenses as incurred, while replacements and betterments are capitalized. When items are retired or otherwise disposed of, income is charged or credited for the difference between net book value of the item disposed and proceeds realized thereon.

*(k)   Impairment of Long-lived Assets*

      Property and equipment and intangible asset with finite lives are reviewed for impairment when events or changes in circumstances indicate that the carrying value of such assets may not be recoverable. Recoverability of a long-lived asset or asset group to be held and used is measured by a comparison of the carrying amount of an asset or asset group to the estimated undiscounted future cash flows expected to be generated by the asset or asset group. If the carrying value of an asset or asset group exceeds its estimated undiscounted future cash flows, an impairment loss is recognized by the amount that the carrying value exceeds the estimated fair value of the asset or asset group. Fair value is determined through various valuation techniques including discounted cash flow models, quoted market values and third party independent appraisals, as considered necessary. Assets to be disposed are reported at the lower of carrying amount or fair value less costs to sell, and are no longer depreciated. No impairment of long-lived assets was recognized for any of the years presented.

F-21

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (Continued)**

*(l)  Value added taxes*

The Company's PRC subsidiaries are subject to value added tax ("VAT") at the rate of 6%. The deductible input VAT balance is reflected in the prepayments and other current assets, and VAT payable balance is recorded in the accrued expenses and other current liabilities.

*(m)  Fair Value Measurements*

Fair value represents the price that would be received from selling an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date. As such, fair value is a market-based measurement that should be determined based on assumptions that market participants would use in pricing an asset or a liability.

Accounting guidance defines fair value, establishes a framework for measuring fair value and expands disclosures about fair value measurements. Accounting guidance establishes a three-level fair value hierarchy and requires an entity to maximize the use of observable inputs and minimize the use of unobservable inputs when measuring fair value. A financial instrument's categorization within the fair value hierarchy is based upon the lowest level of input that is significant to the fair value measurement. The three levels of inputs are:

Level 1—Observable inputs that reflect quoted prices (unadjusted) for identical assets or liabilities in active markets.

Level 2—Include other inputs that are directly or indirectly observable in the marketplace.

Level 3—Unobservable inputs which are supported by little or no market activity.

Accounting guidance also describes three main approaches to measuring the fair value of assets and liabilities: (1) market approach; (2) income approach and (3) cost approach. The market approach uses prices and other relevant information generated from market transactions involving identical or comparable assets or liabilities. The income approach uses valuation techniques to convert future amounts to a single present value amount. The measurement is based on the value indicated by current market expectations about those future amounts. The cost approach is based on the amount that would currently be required to replace an asset.

Financial assets and liabilities of the Group primarily consist of cash, term deposits, restricted cash, short-term investments, accounts receivable, short-term and long-term borrowings, accounts payable rental payable, advance from residents, amount due to a related party and deposits from residents. The Group measures short-term investments at fair value on a recurring basis. Short-term investments include financial products issued by financial institutions, which are valued based on price per unit quoted by financial institutions. They are categorized in Level 2 of the fair value hierarchy. The fair value of long-term borrowings is based on the amount of future cash flows associated with each debt instrument discounted at the Company's current borrowing rate for similar debt instruments of comparable terms. As of December 31, 2017 and 2018, the carrying values of the long-term borrowings approximate their fair values as the long-term borrowings' interest rates approximate the rates currently offered by the Company's bankers for similar debt instruments of comparable maturities. As of December 31, 2017 and 2018, the carrying values of other financial instruments approximated to their fair values due to the short maturity.

F-22

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (Continued)**

*(n) Revenue recognition*

The Group enters into apartment rental agreements with residents. The terms of the agreements are generally one year, renewable upon consent of both parties on an annual basis. The agreements specify monthly billing, including rent, service charge based on a fixed percentage of rent and utilities charges at a fixed amount. The monthly service charge covers common area maintenance (e.g. cleaning), repair and maintenance for private room, internet access in the apartments and resident supports for twenty-four hours seven days a week.

The Group accounts for total billing under the rental agreements with residents as leases in accordance with ASC 840. Revenues from the lease is recorded on a straight-line basis. If the resident terminates the lease prior to the end of the lease term, the Group is entitled to the rental deposits and part of the rental fee received in advance as penalties based on the rental agreements. The Group recognizes such amount as revenues when the resident terminates the lease.

The Group offers incentives to attract residents, including rental discount and cash rebate, which are accounted for as a reduction of the lease revenue and amortized over the lease term on a straight-line basis. For the years ended December 31, 2017 and 2018, the Company recorded such incentives of RMB7,295 and RMB67,111 as a reduction of revenue, respectively.

*(o) Leases*

The Group sources the apartments from property owners and lease to residents. The Group also leases offices for its own use. Rental cost, collectively with pre-opening expense, represents the cost of the Group to lease the apartments. Rental expenses recorded in sales and marketing expenses, and general and administrative expenses, represent the cost of leasing offices for own use.

A lease is classified at the inception date as either a capital lease or an operating lease. A lease is a capital lease if any of the following conditions exist: a) ownership is transferred to the lessee by the end of the lease term, b) there is a bargain purchase option, c) the lease term is at least 75% of the property's estimated remaining economic life or d) the present value of the minimum lease payments at the beginning of the lease term is 90% or more of the fair value of the leased property at the inception date. A capital lease is accounted for as if there was an acquisition of an asset and an incurrence of an obligation at the inception of the lease. The Group's leases for apartments and offices are all accounted for as operating leases.

Free lease periods and rental cost escalation are recognized on a straight-line basis commencing with the beginning of the lease term. The terms of leases with property owners are generally between four and six years with market based renewal options.

There are no capital improvement funding, other lease concessions or contingent rent in the lease agreements. The Company has no legal or contractual asset retirement obligations at the end of the lease term.

*(p) Depreciation and amortization*

The depreciation and amortization mainly consist of depreciation and amortization of leasehold improvement, furniture and appliances, electronic equipment and software.

F-23

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (Continued)**

**(q)** *Other operating expenses*

Other operating expenses mainly consist of the cost of services provided to the Group's residents and the commission fee charged by the Group's agents based on the number of apartments they helped the Group successfully lease from the property owners. The cost of services provided to the Group's residents mainly consist of apartments cleaning expenses, utilities, maintenance fee, processing fee charged by payment channel, costs related to warehouse, and low-value consumables.

**(r)** *Pre-opening expense*

Pre-opening expense represents the rental cost incurred before the leased apartment are available for use for residents.

**(s)** *Sales and marketing expenses*

Sales and marketing expenses mainly consist of payroll expenses for personnel engaged in sales and marketing activities, advertising costs, and commission fee paid to third parties based on the number of apartment units they helped the Group successfully leases to residents. Advertising expenses, which consist primarily of online and offline advertisements, are expensed as incurred. The advertising expenses were RMB31,572 and RMB203,085 for the years ended December 31, 2017 and 2018, respectively.

**(t)** *General and administrative expenses*

General and administrative expenses mainly consist of payroll and related costs for employees involved in general corporate functions, professional fees and office rental expenses.

**(u)** *Technology and product development expenses*

Technology and product development expenses, which are expensed as incurred, mainly consist of payroll and related costs for employees involved in developing or significantly improving a service or technique.

**(v)** *Share-based compensation*

The Company periodically grants share-based awards, including but not limited to, restricted ordinary shares and share options to eligible employees and directors, which are subject to service and performance conditions.

The Company recognizes compensation cost for an equity classified award with only service conditions that has a graded vesting schedule on a straight-line basis over the requisite service period for the entire award, provided that the cumulative amount of compensation cost recognized at any date at least equals the portion of the grant date fair value of such award that is vested at that date. For equity awards that contain both a service condition and a performance condition, the Company recognizes compensation cost on a tranche-by-tranche basis. To the extent the required vesting conditions are not met resulting in the forfeiture of the share-based awards, previously recognized compensation expense relating to those awards is reversed.

F-24

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (Continued)**

*(w)  Employee benefits*

The Company's subsidiaries and VIEs and VIEs' subsidiaries in PRC participate in a government mandated, defined contribution plan, pursuant to which certain retirement, medical, housing and other welfare benefits are provided to employees. PRC labor laws require the entities incorporated in China to pay to the local labor bureau a monthly contribution calculated at a stated contribution rate on the monthly basic compensation of qualified employees. The Group has no further commitments beyond its monthly contribution. Employee social benefits included as expenses in the accompanying consolidated statements of comprehensive loss amounted to RMB26,472 and RMB144,018 for the years ended December 31, 2017 and 2018, respectively.

*(x)  Income taxes*

Current income taxes are provided on the basis of net income/(loss) for financial reporting purposes, and adjusted for income and expense items which are not assessable or deductible for income tax purposes, in accordance with the regulations of the relevant tax jurisdictions. Deferred income taxes are provided using the liability method. Under this method, deferred income tax assets and liabilities are recognized for the tax effects of temporary differences and are determined by applying enacted tax rates expected to apply to taxable income in the periods in which those temporary differences are expected to be recovered or settled. The effect on deferred income tax assets and liabilities of a change in tax rates or tax laws is recognized in the consolidated statements of comprehensive loss in the period the change in tax rates or tax laws is enacted. A valuation allowance is provided to reduce the amount of deferred income tax assets if based on the weight of available evidence, it is more-likely-than-not that some portion, or all, of the deferred income tax assets will not be realized. The effect on deferred income taxes arising from a change in tax rates is recognized in the consolidated statements of comprehensive loss in the period of change.

The Group applies a "more likely than not" recognition threshold in the evaluation of uncertain tax positions. The Group recognizes the benefit of a tax position in its consolidated financial statements if the tax position is "more likely than not" to prevail based on the facts and technical merits of the position. Tax positions that meet the "more likely than not" recognition threshold are measured at the largest amount of tax benefit that has a greater than fifty percent likelihood of being realized upon settlement. Unrecognized tax benefits may be affected by changes in interpretation of laws, rulings of tax authorities, tax audits, and expiry of statutory limitations. In addition, changes in facts, circumstances and new information may require the Group to adjust the recognition and measurement estimates with regard to individual tax positions. Accordingly, unrecognized tax benefits are periodically reviewed and re-assessed. Adjustments, if required, are recorded in the Group's consolidated financial statements in the period in which the change that necessities the adjustments occurs. The ultimate outcome for a particular tax position may not be determined with certainty prior to the conclusion of a tax audit and, in certain circumstances, a tax appeal or litigation process. The Group records interest and penalties related to unrecognized tax benefits (if any) in interest expenses and general and administrative expenses, respectively. As of December 31, 2017 and 2018, the Group did not have any significant unrecognized uncertain tax positions.

F-25

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (Continued)**

*(y)   Foreign currency translation and foreign currency risks*

The Company's reporting currency is Renminbi ("RMB"). The functional currency of the Company and its wholly-owned subsidiary incorporated at Hong Kong S.A.R. is the United States dollars ("US$"). The functional currency of the Company's PRC subsidiary, VIE and VIE's subsidiaries is the RMB.

Transactions denominated in currencies other than the functional currency are remeasured into the functional currency at the exchange rates prevailing at the dates of the transactions. Monetary assets and liabilities denominated in a foreign currency are remeasured into the functional currency using the applicable exchange rate at the balance sheet date. The resulted exchange differences are recorded in general and administrative expenses in the consolidated statements of comprehensive loss.

The financial statements of the Company and its wholly-owned subsidiary incorporated at Hong Kong S.A.R. are translated from the functional currency into RMB. Assets and liabilities are translated into RMB using the applicable exchange rates at the balance sheet date. Equity accounts other than earnings (deficits) generated in the current period are translated into RMB using the appropriate historical rates. Revenues, expenses, gains and losses are translated into RMB using the average exchange rates for the relevant period. The resulted foreign currency translation adjustments are recorded as a component of other comprehensive income or losses in the consolidated statements of comprehensive loss, and the accumulated foreign currency translation adjustments are recorded as a component of accumulated other comprehensive income or losses in the consolidated statements of changes in shareholders' deficit.

RMB is not a freely convertible currency. The PRC State Administration for Foreign Exchange, under the authority of the PRC government, controls the conversion of RMB to foreign currencies. The value of the RMB is subject to changes of central government policies and international economic and political developments affecting supply and demand in the China foreign exchange trading system market.

*(z)   Concentration and risk*

*Concentration of customers and suppliers*

There are no customers or suppliers from whom revenue or purchases individually represent greater than 10% of the total revenues or the total purchases of the Group for the years ended December 31, 2017 and 2018.

*Concentration of credit risk*

Financial instruments that potentially expose the Group to concentrations of credit risk consist principally of cash, term deposits, restricted cash and short-term investments.

The Group's investment policy requires cash, term deposits, restricted cash, and short-term investments to be placed with high-quality financial institutions and to limit the amount of credit risk from any one institution. The Group regularly evaluates the credit standing of the counterparties or financial institutions.

F-26

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (Continued)**

*Interest rate risk*

The Group's exposure to interest rate risk primarily relates to the Group's short-term and long-term borrowings. As part of its asset and liability risk management, the Group reviews and takes appropriate steps to manage its interest rate exposures on its interest-bearing assets and liabilities. The Group has not been exposed to material risks due to changes in market interest rates, and not used any derivative financial instruments to manage the interest risk exposure during the year presented.

*(aa) Earnings/(Loss) per Share*

Basic earnings / (loss) per share is computed by dividing net income/(loss) attributable to ordinary shareholders, taking into consideration the accretions to redemption value of the preferred shares (if any), by the weighted average number of ordinary shares outstanding during the year. Under the two-class method, any net income is allocated between ordinary shares and other participating securities based on their participating rights, whereas any net loss is not allocated to participating securities as they do not have contractual obligation to share loss.

Diluted loss per share is calculated by dividing net loss attributable to ordinary shareholders, as adjusted for the accretions to redemption value of the preferred shares, if any, by the weighted average number of ordinary and dilutive ordinary equivalent shares outstanding during the period. Ordinary equivalent shares consist of shares issuable upon the conversion of the preferred shares using the if-converted method. Potential ordinary shares include options to purchase ordinary shares and restricted ordinary shares granted to founders, unless they were anti-dilutive. The computation of diluted earnings/(loss) per share does not assume conversion, exercise, or contingent issuance of securities that would have an anti-dilutive effect (i.e. an increase in earnings per share amounts or a decrease in loss per share amounts) on earnings/(loss) per share.

*(bb) Segment Reporting*

The Company's chief operating decision maker has been identified as the Chief Executive Officer, who reviews consolidated results when making decisions about allocating resources and assessing performance of the Group. For the purpose of internal reporting and management's operation review, the Company's Chief Executive Officer does not segregate the Group's business. All products and services are viewed as in one segment, which is residential rental segment. All the Group's long-lived assets were located in PRC as of December 31, 2017 and 2018.

*(cc) Statutory Reserves*

In accordance with the PRC Company Laws, the Group's PRC subsidiary, VIE and VIEs' subsidiaries must make appropriations from their after-tax profits as determined under the generally accepted accounting principles in the PRC ("PRC GAAP") to non-distributable reserve funds including statutory surplus fund and discretionary surplus fund. The appropriation to the statutory surplus fund must be 10% of the after-tax profits as determined under PRC GAAP. Appropriation is not required if the statutory surplus fund has reached 50% of the registered capital of the PRC companies. Appropriation to the discretionary surplus fund is made at the discretion of the PRC companies.

F-27

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (Continued)**

The statutory surplus fund and discretionary surplus fund are restricted for use. They may only be applied to offset losses or increase the registered capital of the respective companies. These reserves are not allowed to be transferred to the Company by way of cash dividends, loans or advances, nor can they be distributed except for liquidation.

For the years ended December 31, 2017 and 2018, no appropriation was made to the statutory surplus fund by the Group's PRC subsidiary, VIE and VIEs' subsidiaries as these PRC companies did not earn any after-tax profits as determined under PRC GAAP.

*(dd) Recent Accounting Pronouncements*

In February 2016, the FASB issued ASU No. 2016-02 ("ASU 2016-02"), *Leases (Topic 842)*. ASU 2016-02 is intended to increase transparency and comparability among organizations by recognizing lease assets and lease liabilities on the balance sheet and disclosing key information about leasing arrangements. Additionally, the ASU will require disclosures to help investors and other financial statement users better understand the amount, timing, and uncertainty of cash flows arising from leases, including qualitative and quantitative requirements. The update requires lessees to apply a modified retrospective approach for recognition and disclosure, beginning with the earliest period presented. In July 2018, the FASB issued ASU No. 2018-11, *Leases (Topic 842)—Targeted Improvements*, which allows an additional transition method to adopt the new lease standard at the adoption date, as compared to the beginning of the earliest period presented, and recognize a cumulative-effect adjustment to the beginning balance of retained earnings in the period of adoption. Topic 842 is effective for public companies for annual reporting periods, and interim periods within those years beginning after December 15, 2018. For all other entities, it is effective for fiscal years beginning after December 15, 2019, and interim periods within fiscal years beginning after December 15, 2020. Early adoption is permitted. As the Company is an "emerging growth company" and elects to apply for the new and revised accounting standards at the effective date for a private company, the Company will apply ASU 2016-02 for the fiscal year ending December 31, 2020. The Company is currently evaluating the impact of adopting this standard on its consolidated financial statements.

**3. CASH AND RESTRICTED CASH**

A reconciliation of cash and restricted cash in the consolidated balance sheets to the amounts in the consolidated statement of cash flows is as follows:

| | As of December 31, | |
| --- | --- | --- |
| | 2017 | 2018 |
| | RMB | RMB |
| Cash | 214,002 | 1,087,258 |
| Restricted cash-current | — | 1,362,266 |
| Restricted cash-non current | — | 16,010 |
| **Total cash and restricted cash shown in the consolidated statement of cash flows** | **214,002** | **2,465,534** |

F-28

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**4. SHORT-TERM INVESTMENTS**

Short-term investments consisted of the following:

|  | As of December 31, | |
| --- | --- | --- |
|  | 2017 | 2018 |
|  | RMB | RMB |
| Aggregate cost basis | 150,100 | — |
| Gross unrealized holding gain | 449 | — |
| **Aggregate fair value** | **150,549** | **—** |

The Group's short-term investments represent wealth management products issued by commercial banks in the PRC which are redeemed upon demand of the Group. The wealth management products are invested in debt securities issued by the PRC government, corporate debt securities, bank deposits, central bank bills and other securities issued by other financial institutions. As of December 31, 2017 and 2018, there were gross unrealized holding income of RMB449 and nil, respectively.

**5. PREPAYMENTS AND OTHER CURRENT ASSETS**

Prepayments and other current assets at December 31, 2017 and 2018 consisted of the following:

|  |  | As of December 31, | |
| --- | --- | --- | --- |
|  |  | 2017 | 2018 |
|  |  | RMB | RMB |
| Deductible input VAT |  | 5,414 | 118,850 |
| Deferred rental commission | (a) | 11,134 | 48,731 |
| Deposits to landlords |  | 12,899 | 21,924 |
| Prepaid marketing expense |  | 4,662 | 21,532 |
| Receivables from payment channels |  | 3,272 | 23,127 |
| Others |  | 5,771 | 31,630 |
| **Prepayments and Other Current Assets** |  | **43,152** | **265,794** |

(a)     The Group pays commissions to its employees or third-parties based on the number of apartments they help the Group successfully leases from the property owners or leases to the residents. As the commission fee is the cost incurred as a result of entering into the lease agreement with the property owners or residents, they are considered as part of rental cost or contract acquisition cost and amortized using the straight-line method over the lease terms with property owners or residents. The amortization are recorded in other operating expenses for the commission related with the apartments leased from property owners, and in sales and marketing expenses for the commission related with the apartments leased to residents. The unamortized commissions with terms of more than one year is recorded in non-current assets.

F-29

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

### 6. PROPERTY AND EQUIPMENT, NET

Property, plant and equipment at December 31, 2017 and 2018 consisted of the following:

|  | As of December 31, | |
| --- | --- | --- |
|  | 2017 | 2018 |
|  | RMB | RMB |
| Apartment: | | |
| —Leasehold improvement | 369,734 | 1,529,995 |
| —Furniture and appliances | 251,413 | 900,379 |
| —Leasehold improvement under construction | 16,576 | 56,140 |
| Office: | | |
| —Leasehold improvement, furniture, electronic equipment, and software | 1,598 | 6,698 |
| **Property and Equipment** | **639,321** | **2,493,212** |
| Less: Accumulated depreciation | (132,264) | (503,582) |
| **Property and Equipment, net** | **507,057** | **1,989,630** |

Depreciation expenses of leasehold improvement, furniture and appliances for apartments were RMB98,453 and RMB371,901 for the years ended December 31, 2017 and 2018, respectively. Depreciation expenses of leasehold improvement, furniture, electronic equipment and software for offices were RMB531 and RMB1,330 for the years ended December 31, 2017 and 2018, respectively.

### 7. OTHER NON-CURRENT ASSETS

Other non-current assets at December 31, 2017 and 2018 consisted of the following:

|  |  | As of December 31, | |
| --- | --- | --- | --- |
|  |  | 2017 | 2018 |
|  |  | RMB | RMB |
| Deferred rental commission | 5(a) | 50,324 | 203,295 |
| Prepaid deposit for business acquisition | (a) | — | 45,000 |
| Others |  | — | 3,641 |
| **Other non-current assets** |  | **50,324** | **251,936** |

(a)    In December 2018, the Group entered into an agreement with the shareholders of Hanzhou Aishangzu Technology Co., Ltd ("Aishangzu") to acquire its subsidiaries. The Group prepaid the amount of RMB45,000 to Aishangzu as of December 31, 2018. The transaction was closed in March 2019. See Note 19(c).

F-30

Table of Contents

PHOENIX TREE HOLDINGS LIMITED

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (Continued)

(All amounts in thousands, except for share and per share data)

8. SHORT-TERM BORROWINGS AND CURRENT PORTION OF LONG-TERM BORROWINGS

|  |  | As of December 31, | |
|  |  | 2017 | 2018 |
|  |  | RMB | RMB |
| Rent financing | (a) | 750,679 | 1,947,592 |
| Bank loans | (b) | — | 742,000 |
| Entrusted loan | (c) | — | 200,000 |
| Current portion of long-term borrowing | 10 | — | 1,250 |
| **Short-term borrowings and current portion of long-term borrowings** |  | **750,679** | **2,890,842** |

(a)    Starting from 2016, the Group entered into agreements with financial institutions in China, pursuant to which the Group receives cash at the beginning of the lease term from financial institutions the majority rental fee of the underlying lease agreements the Group enters into with individual residents. Individual residents are evaluated by the financial institutions. Individual residents enter into financing agreements with the financial institutions and pay the monthly rental fee to these financial institutions. The Group is responsible for the interest on the borrowings at annual interest rate between 6% and 10%. The Group is required to repay the principal to the financial institutions if the residents early terminate the lease agreements with the Group or if the residents are in default on repayment of monthly rental fee to the financial institutions. According to the agreements with the financial institutions, the Group is also required to deposit a certain percentage of the cash the Group receives from the financial institutions to an escrow account. The Group recognizes these payments to financial institutions as restricted cash. As of December 31, 2017 and 2018, the restricted cash of RMB nil and RMB155,591 was deposited to those financial institutions.

           The Group recognizes such arrangements as in substance sales of future lease revenue to the financial institutions, and proceeds from the financial institutions are classified as debt, in accordance with 470-10-25-2, because (i) the Group, as a lessor in the underlying lease agreements with individual residents, has significant continuing involvement in the generation of the cash flows payable to the financial institutions and (ii) the financial institutions have recourse to the Group relating to the payments due to them. Cash received from the financial institutions are recorded as short-term borrowings if the principal is due within one year, or long-term borrowings if the principal is due beyond twelve months. Cash received from financial institutions are classified as financing cash inflows on the consolidated statements of cash flows. The monthly rental fee paid by residents to financial intuitions are classified as operating cash inflows and financing cash outflows on the consolidated statements of cash flows.

(b)    In June 2018, a PRC VIE entered into a facility agreement with Xiamen International Bank Co., Ltd with line of credit in the amount of RMB500,000 with a term of three years. To facilitate each borrowing, the Company is required to place USD cash deposits with the bank for no less than 1.03 times of the amounts borrowed. The use of such cash deposits and the interest earned thereon are restricted by the bank during the period of the loans. For the year ended December 31, 2018, the VIE borrowed RMB565,000 under this agreement, among which RMB372,000 was outstanding as of 31 December 2018. Terms for these outstanding borrowings were one year or six months, and annual interest rate were 5.5% or 5.8%, respectively. Restricted cash deposits of US$78,000 (equivalent to RMB535,331) were deposited by the Company to the bank for this borrowing.

           In October 2018, a PRC VIE borrowed a loan of RMB100,000 from Huaxia Bank Co., Ltd for a term of one year at an annual interest rate of 6.5%. A restricted cash deposit of US$19,990 (equivalent to RMB137,195) was deposited by a HK subsidiary to the bank for the loan.

           In November 2018, a PRC VIE borrowed a loan of RMB150,000 from Huaxia Bank Co., Ltd for a term of one year at an annual interest rate of 6.3075%. A restricted cash deposit of US$30,000 (equivalent to RMB205,895) was deposited by a HK subsidiary to the bank for the loan.

F-31

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**8. SHORT-TERM BORROWINGS AND CURRENT PORTION OF LONG-TERM BORROWINGS (Continued)**

In December 2018, a PRC VIE borrowed a loan of RMB120,000 from Bank of Ningbo Co., Ltd for a term of six months at an annual interest rate of 5.3%. A restricted cash deposit of US$20,000 (equivalent to RMB137,264) was deposited by a HK subsidiary to the bank for the loan.

(c)  In December 2018, a PRC VIE enter into an entrusted loan agreement with the trustee, Shanghai AJ Trust Co., Ltd, to borrow a loan of RMB200,000 with a term of one year at an annual interest rate of 5%. A restricted cash deposit of RMB207,000 was deposited to the trustor, Luso International Banking Ltd, by a HK subsidiary for this borrowing.

As of December 31, 2018, the Company has an unused line of credit of RMB228,000 in total.

**9. ACCRUED EXPENSES AND OTHER CURRENT LIABILITIES**

| | As of December 31, | |
| --- | --- | --- |
| | 2017 | 2018 |
| | RMB | RMB |
| Payroll payable | 27,147 | 150,161 |
| Others | 25,447 | 64,009 |
| **Accrued expenses and other current liabilities** | **52,594** | **214,170** |

Others mainly include VAT payable and deposits refundable to residents upon termination.

**10. LONG-TERM BORROWINGS, EXCLUDING CURRENT PORTION**

| | | As of December 31, | |
| --- | --- | --- | --- |
| | | 2017 | 2018 |
| | | RMB | RMB |
| Long-term bank loans | (a) | — | 4,500 |
| Less: current portion | (a) | — | (1,250) |
| Rent financing | 8(a) | 186,891 | 179,396 |
| **Long-term borrowings, excluding current portion** | | **186,891** | **182,646** |

(a)  In July 2018, a subsidiary of the Company's VIE entered into a facility agreement with China Construction Bank Co., Ltd to obtain a loan of RMB5,000 with term of three years at an annual interest rate of 7.125%. To facilitate this borrowing, a guarantee was provided by Ding Jianwei, the Group's senior management. In December 2018, the subsidiary repaid RMB500 under this facility based on the agreed repayment plan. As of December 31, 2018, the outstanding balance was RMB4,500, among which the balance of RMB1,250 is reclassified as current portion of long-term borrowing.

F-32

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**10. LONG-TERM BORROWINGS, EXCLUDING CURRENT PORTION (Continued)**

As of December 31, 2018, the future principal payments for the Group's long-term borrowings will be due according to the following payment schedule:

| Year ending December 31, | RMB |
| --- | --- |
| 2019 | 1,250 |
| 2020 | 181,396 |
| 2021 | 1,250 |
| **Total** | 183,896 |

**11. CONVERTIBLE LOAN**

On February 15, 2016, the Group entered into a convertible loan agreement with Mr. Luo Shaohu to borrow a one-year loan in the amount of RMB5.0 million (the "2016 Convertible Loan"). During the period of the loan, Mr. Luo was entitled to convert all or part of the outstanding principal of the 2016 Convertible Loan into the Company's shares upon next round of financing. The interest rate of 2016 Convertible Loan is 10% per annum. However, no interest shall be accrued on the outstanding principal amount, if any portion of the 2016 Convertible Loan is converted to the Company's preferred shares. The conversion price is 80% of the per share price of the next round of financing if such financing is closed before December 31, 2016. On March 6, 2017, the Company issued 16,967,466 Series A-2-I Preferred Shares at the price of US$0.0420 per share, and the 2016 Convertible Loan agreement was terminated.

On February 12, 2018, the Company entered into convertible loan agreements (the "2018 Convertible Loan") with seven institutional investors (collectively "2018 Convertible Loan Holders") to borrow a loan of US$20 million (equivalent to RMB126,206) in aggregate with a term of 18 months. 2018 Convertible Loan Holders are entitled to convert all or part of the outstanding principal of the 2018 Convertible Loan to the Company's preferred shares upon next round of financing. The interest rate of 2018 convertible loan is 8% per annum. However, no interest shall be accrued on the outstanding principal amount, if any portion of the principal amount is converted to the Company's preferred shares. The conversion price is 80% of the per share price of the next round of financing if the financing occurs within 12 months from closing or or 70% of the per share price of the next round of financing if the financing occurs after 12 months from the closing. The 2018 Convertible Loan was converted to 41,777,981 Series B-2 Preferred Shares at the price of US$0.4787 per share on March 25, 2018 (Note 12).

The 2016 Convertible Loan and the 2018 Convertible Loan contained variable-share settlement which permits the holder to receive a variable number of shares of an unspecified future series of preferred shares with an aggregate fair value that is based on a fixed monetary amount. Because the payoff from such contingent exchange features is based on a fixed monetary amount, the Company considered such features are akin to contingent prepayment options that are settleable in a variable number of shares. The Company elected the fair value option for the 2016 Convertible Loan and the 2018 Convertible Loan. The Company adopted a scenario-weighted average method to estimate the fair value of the convertible loan based on the probability of each scenario and pay-off of convertible loan under each scenario. Changes in fair value of convertible loan in the amount of RMB441 and RMB6,962 for the years ended December 31, 2017 and 2018, respectively, are recognized in the consolidated statements of comprehensive loss.

F-33

PHOENIX TREE HOLDINGS LIMITED

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (Continued)

(All amounts in thousands, except for share and per share data)

## 12. CONVERTIBLE PREFERRED SHARES

The Company's preferred shares activities consist of the following:

| | Series A-1 Preferred Shares | Series A-2 Preferred Shares | Series A-2-I Preferred Shares | Series A-3 Preferred Shares | Series B-1 Preferred Shares | Series B-2 Preferred Shares | Series C Preferred Shares | Total equity |
|---|---|---|---|---|---|---|---|---|
| | RMB | RMB | RMB | RMB | RMB | RMB | RMB | RMB |
| **Balance as of January 1, 2017** | 1,417 | 27,123 | — | — | | | | 28,540 |
| Issuance for cash | — | — | — | 100,559 | — | — | — | 100,559 |
| Conversion from convertible loan | — | — | 6,250 | — | — | — | — | 6,250 |
| Issuance cost paid | — | — | — | (1,000) | — | — | — | (1,000) |
| Accretion and modification of redeemable convertible preferred shares | — | 3,170 | 345 | 10,608 | — | — | — | 14,123 |
| Foreign currency translation adjustment | (82) | (1,678) | (339) | (5,712) | — | — | — | (7,811) |
| **Balance as of December 31, 2017** | **1,335** | **28,615** | **6,256** | **104,455** | **—** | **—** | **—** | **140,661** |
| Issuance for cash | — | — | — | — | 379,542 | 321,040 | 1,737,750 | 2,438,332 |
| Conversion from convertible loan | — | — | — | — | — | 133,168 | — | 133,168 |
| Issuance costs paid | — | — | — | — | (8,091) | (3,249) | (6,800) | (18,140) |
| Accretion and modification of redeemable convertible preferred shares | — | 2,024 | 245 | 8,328 | 35,908 | 25,625 | 39,002 | 111,132 |
| Foreign currency translation adjustment | 67 | 1,517 | 325 | 5,533 | 33,362 | 34,218 | (20,543) | 54,479 |
| **Balance as of December 31, 2018** | **1,402** | **32,156** | **6,826** | **118,316** | **440,721** | **510,802** | **1,749,409** | **2,859,632** |

In March 2015, the Company issued 27,500,000 (pre share split) Series A-1 convertible preferred shares ("Series A-1 Preferred Shares") at US$0.0086 per share to Napa Time Holdings Inc. The total proceeds from the issuance of Series A-1 Preferred Shares was US$237 (equivalent to RMB1,500). No issuance cost was incurred.

In November 2015, the Company issued 28,750,000 (pre share split) Series A-2 redeemable convertible preferred shares ("Series A-2 Preferred Shares") at US$0.1200 to KIT Cube Limited, among which 3,750,000 Series A-2 Preferred Shares redesigned from 3,750,000 Series A-1 Preferred Shares. The total proceeds from the issuance of Series A-2 Preferred Shares was US$3,000 (equivalent to RMB18,851). No issuance cost was incurred. Additionally, each Series A-1 Preferred Share and Series A-2 Preferred Share was splited into 5 shares in May 2016.

In March 2017, the Company issued 16,967,466 Series A-2-I redeemable convertible preferred shares ("Series A-2-I Preferred Shares") at US$0.0420 per share to Mr. Luo Shaohu (Note 11). Additionally, the Company issued 275,076,555 Series A-3 redeemable convertible preferred shares ("Series A-3 Preferred Shares") at US$0.0530 per share to Mr. Luo Shaohu, Joy Capital I, L.P., KIT Cube Limited and Ucommune International Limited. The total proceeds from the issuance of Series A-3 Preferred Shares was US$14,569 (equivalent to RMB100,559). The issuance cost was US$145 (equivalent to RMB1,000).

In February 2018, the Company issued 183,823,115 Series B-1 redeemable convertible preferred shares ("Series B-1 Preferred Shares") at US$0.3264 to CMC Downtown Holdings Limited, Banyan Partners Fund III, L.P., Banyan Partners Fund III-A, L.P., Joy Capital II, L.P., Vision Plus Capital Fund II, L.P., BAI GmbH, G&M Capital Holding Limited and R Capital Growth Fund LP. The total proceeds from the issuance of Series B-1 Preferred Shares was US$60,000 (equivalent to RMB379,542). The issuance cost was US$1,214 (equivalent to RMB8,091).

F-34

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**12. CONVERTIBLE PREFERRED SHARES (Continued)**

In May 2018, the Company issued 141,000,686 Series B-2 redeemable convertible preferred shares ("Series B-2 Preferred Shares") at US$0.5039 to CMC Downtown Holdings Limited, Banyan Partners Fund III, L.P., Banyan Partners Fund III-A, L.P., Joy Capital II, L.P., R Capital Growh Fund LP, Vision Plus Capital Fund II, L.P., BAI GmbH, G&M Capital Holding Limited and Internet Fund IV Pte. Ltd., of which 41,777,981 Series B-2 Preferred Shares were issued upon the conversion of the 2018 Convertible Loan (Note 11). The total proceeds from the issuance of Series B-2 Preferred Shares was US$50,000 (equivalent to RMB321,040). The issuance cost was US$501 (equivalent to RMB3,249).

In September 2018, the Company issued 226,297,396 Series C redeemable convertible preferred shares ("Series C Preferred Shares") at US$1.1047 to Internet Fund IV Pte. Ltd. The total proceeds from the issuance of Series C Preferred Shares was US$250,000 (equivalent to RMB1,737,750). The issuance cost was US$1,000 (equivalent to RMB6,800).

The Company classified Series A-1 Preferred Shares, Series A-2 Preferred Shares, Series A-2-I Preferred Shares, Series A-3 Preferred Shares, Series B-1 Preferred Shares, Series B-2 Preferred Shares and Series C Preferred Shares (collectively "Preferred Shares") as mezzanine equity on the consolidated balance sheets since they are contingently redeemable at the option of the holders after a specified time period.

The Company concluded the embedded conversion and redemption option did not need to be bifurcated pursuant to ASC 815 because these terms do not permit net settlement, nor they can be readily settled net by a means outside the contract, nor they can provide for delivery of an asset that puts the holders in a position not substantially different from net settlement. The Company also determined that there was no beneficial conversion feature attributable to Preferred Shares because the initial effective conversion prices of Preferred Shares were higher than the fair value of the Company's ordinary shares at the relevant commitment dates. The fair value of the Company's ordinary shares on the commitment date was estimated by management with the assistance of an independent valuation firm. The Company also determined there was no other embedded features to be separated from Preferred Shares.

In addition, the carrying values of the Preferred Shares were accreted from the share issuance dates to the redemption value on the earliest redemption dates. The accretions were recorded against retained earnings, or in the absence of retained earnings, by charges against additional paid-in capital. Once additional paid-in capital had been exhausted, additional charges were recorded by increasing the accumulated deficit.

The rights, preferences and privileges of the redeemable convertible preferred shares are as follows:

*Redemption Rights*

Prior to the issuance of Series A-2-I and Series A-3 Preferred Shares in March 2017, Series A-2 Preferred Shares shall be redeemable at the option of holders of the Series A-2 Preferred Shares if:

(1) At any time after the fifth (5th) anniversary of the issuance date of Series A-2, if the Company has not consummated a Qualified IPO by then. The redemption price equals to the amount at the issuance price of Series A-2 Preferred Shares plus an annual internal rate of

F-35

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**12. CONVERTIBLE PREFERRED SHARES (Continued)**

return of twelve percent (12%), plus all accrued but unpaid dividends from the issuance date of Series A-2 Preferred Shares until the date of receipt by the preferred shareholder of the full redemption price.

(2)　　In the event that (i) the Company has fulfilled the conditions for Qualified IPO approved by the Director designated by the Series A-2 Preferred Shareholder, however, the Company has failed to consummate the Qualified IPO due to certain circumstances caused by any members other than the Series A-2 Preferred Shareholder. The Company and the members other than Series A-2 Preferred Shareholder shall redeem all or part of the then outstanding Series A-2 Preferred Shares. The redemption price equals to the higher of: (A) the amount at the issuance price of Series A-2 plus an annual internal rate of return of twenty five percent (25%), plus all accrued but unpaid dividends from the issuance date of Series A-2 Preferred Shares until the date of receipt by the holder the full redemption price, proportionally adjusted for any share splits, share dividends, combinations, recapitalizations or similar transactions; and (B) fair market value of the Series A-2 Preferred Shares of the Company evaluated by the international recognized third party investment bank.

Upon the issuance of Series A-2-I and A-3 Preferred Shares in March 2017, the redemption term of Series A-2 Preferred Shares were modified to be the same as Series A-2-I and A-3 Preferred Shares, in which they were redeemable at the option of holders of these preferred shares if: At any time after the fifth (5th) anniversary of the issuance date of Preferred Shares Series A-3, if the Company has not consummated a Qualified IPO by then. The redemption price equals to the amount at the issuance price of Series A-2 Preferred Shares plus an annual internal rate of return of twelve percent (12%), plus all accrued but unpaid dividends from the respective issuance date of preferred shares until the date of receipt by the holder of the full respective redemption price.

In association with the issuance of the Series B-1 Preferred Shares in February 2018, the redemption term of Series A-2, A-2-I and A-3 Preferred Shares were modified to be the same as Series B-1 Preferred Shares, in which they were redeemable at the option of holders of these preferred shares if: (A) At any time after the fifth (5th) anniversary of the issuance date of Series B-1 Preferred Shares, if the Company has not consummated a Qualified IPO by then, (B) in the event of any change in the applicable laws of the PRC that invalidates the cooperation documents or results in the Company no longer controlling the domestic companies, or any breach of the cooperation documents, and such invalidity or breach cannot be or is not cured or settled in any manner to the satisfaction of any holder of Preferred Shares within 30 days after the occurrence of such event, or (C) in the event of any material breach of the transaction documents which results in a material adverse effect, and such breach cannot be or is not cured or settled in any manner to the satisfaction of any holder of preferred shares within 30 days after the occurrence of such breach, at the written request to the Company made by the Majority Series A-2 Shareholders and/or Majority Series A-3 Shareholders and/or Majority Series A-2-I Shareholders and/or any holder of Series B-1 Preferred Shares holding more than 2% of the then outstanding shares of the Company (on an as converted and fully diluted basis). The redemption price equals to the amount at the issuance price of preferred shares plus an annual internal rate of return of eight percent (8%), plus all accrued but unpaid dividends from the respective issuance date of preferred shares until the date of receipt by the holder of the full respective Redemption Price.

F-36

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**12. CONVERTIBLE PREFERRED SHARES (Continued)**

The redemption term of Series B-2 Preferred Shares were the same as the term of Series A-2, A-2-I, A-3 and B-1 Preferred Shares.

In association with the issuance of the Series C Preferred Shares in September 2018, the redemption term of Series A-2, A-2-I, A-3, B-1, and B-2 Preferred Shares were amended to change the term of the fifth (5th) anniversary of the issuance date of Series B-1 Preferred Shares to after the fifth (5th) anniversary of the issuance date of Series C Preferred Shares.

For the periods presented, the Company concluded that it was probable that Series A-2, A-2-I, A-3, B-1, B-2 and C Preferred Shares will become redeemable. The Company accretes changes in the redemption value over the period from the date of issuance to the earliest redemption date using the interest method.

The redemption amount of Series A-2, A-2-I, A-3, B-1, B-2 and C Preferred Shares in each of the five years following December 31, 2018 assuming the Company has not consummated a Qualified IPO, are as follows:

| Year ending December 31, | RMB |
| --- | --- |
| 2019 | — |
| 2020 | — |
| 2021 | — |
| 2022 | — |
| 2023 | 4,111,837 |

*Conversion Rights*

Each preferred share is convertible, at the option of the holder, at any time after the date of issuance of such preferred shares according to a conversion ratio, subject to adjustments for share splits, combination, ordinary share dividends, distributions, reorganizations, mergers, consolidations, reclassifications, exchange, substitutions, sale of shares below the conversion price and other dilutive events. Each preferred share is convertible into a number of ordinary shares determined by dividing the applicable original issuance price by the conversion price. The conversion price of each preferred share is the same as its original issuance price and no adjustments to conversion price have occurred except the conversion price of Series A-1 and A-2. Preferred Shares was adjusted from original issuance price of US$0.0086 and US$0.1200 to US$0.0017 and US$0.0240 due to share splits, respectively, in May 2016. As of December 31, 2017 and 2018, each preferred share is convertible into one ordinary share.

Each preferred share shall automatically be converted into ordinary shares, at the then applicable preferred share conversion price (i) upon the closing of a Qualified Initial Public Offering ("Qualified IPO") or (ii) the date when the Company obtains the vote or consent of Majority Preferred Shareholders voting together as a separate class.

*Voting Rights*

Each preferred share shall be entitled to that number of votes corresponding to the number of ordinary shares on an as converted basis. Preferred shares shall vote separately as a class with respect

F-37

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**12. CONVERTIBLE PREFERRED SHARES (Continued)**

to certain specified matters. Otherwise, the holders of preferred shares and ordinary shares shall vote together as a single class.

*Dividend Rights*

Prior to the issuance of Series A-2-I and A-3 Preferred Shares in March 2017, each holder of a Series A-2 Preferred Share shall be entitled to receive, on an annual basis, preferential, non-cumulative dividends at the rate equal to eight percent (8%) of the Original Series A-2 Preferred Issue Price, payable in cash when and as such cash becomes legally available therefor on parity with each other, prior and in preference to any dividend on any other Shares; provided that such dividends shall be payable only when, as, and if declared by the Board (including the approval of Series A-2 Preferred Shareholder). All accrued but unpaid dividends shall be paid in cash when and as such cash becomes legally available to the holders of Series A-2 Preferred Shares immediately prior to the closing of a Qualified IPO or a Liquidation Event. No dividends shall be declared or paid on Series A-1 Preferred Shares, unless and until all declared dividends on each outstanding Series A-2 Preferred Share has been paid or set aside for payment to the holders of each outstanding Series A-2 Preferred Shares.

Upon the issuance of Series A-2-I and A-3 Preferred Shares in March 2017, the dividend term of 8% of the Original Issue Price for Series A-2 Preferred Shares was removed.

Upon the issuance of Series B-1 Preferred Shares in February 2018, each holder of the preferred shares shall be entitled to receive, on a pro rata basis, out of any funds legally available therefor, non-cumulative annual dividends at the simple rate of eight percent (8%) of the applicable Original Preferred Issue Price for each of its preferred shares (as adjusted from time to time for any share splits, share dividends, combinations, recapitalizations and similar transactions) per annum calculated from the closing date, payable if, as and when declared by the Board.

*Liquidation Preferences*

In the event of liquidation, dissolution or winding up of the Company or any deemed liquidation event as defined in the preferred shares agreements, the assets or surplus funds of the Company available for distribution will be distributed as follows:

(a)     The holders of Series C Preferred Shares are entitled to receive an amount equal to their respective purchase price as adjusted for any share splits, share dividends, combinations, recapitalizations and similar transactions, plus all declared but unpaid dividends ("Liquidation Preference Amount"), in preference to any distribution to any ordinary shareholders and any other preferred shareholders of the Company. If the liquidation amount, based on the assets of the Company or proceeds received by the Company or its shareholders available for distribution to shareholders, that each holder of the Series C Preferred Shares of the Company is entitled to receive per share, if the distribution is made on a pari passu and pro rata basis, will not be less than two point five (2.5) times the purchase price of Series C Preferred Shares (as adjusted for any share splits, share dividends, combinations, recapitalizations and similar transactions), the Series C Liquidation Preference Amount shall not apply, and all the assets and proceeds available for distribution shall be allocated to all the holders of the Shares of the Company on a pro-rata and as-converted basis.

F-38

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**12. CONVERTIBLE PREFERRED SHARES (Continued)**

(b)    After the full payment to the holders of Series C, holders of the Series B-2, Series B-1, Series A-3, Series A-2-I and Series A-2 Preferred Shares shall be entitled to receive a per share amount equal to 150% of the original preferred share issue price of the respective series of Preferred Shares, as adjusted for share dividends, share splits, combinations, recapitalizations and similar transactions, plus all accrued and declared but unpaid dividends thereon, in the sequence of Series B-2, Series B-1, Series A-3, Series A-2-I and Series A-2 Preferred Shares. If the liquidation amount, based on the assets of the Company or proceeds received by the Company or its shareholders available for distribution to shareholders, that each holder of the Series B-2, Series B-1, Series A-3, Series A-2-I and Series A-2 Preferred Shares of the Company is entitled to receive per share, if the distribution is made on a pari passu and pro rata basis, will not be less than four to six (4-6) times the purchase price of Series B-2, Series B-1, Series A-3, Series A-2-I and Series A-2 Preferred Shares (as adjusted for any share splits, share dividends, combinations, recapitalizations and similar transactions), the Series B-2, Series B-1, Series A-3, Series A-2-I and Series A-2 Liquidation Preference Amount shall not apply, and all the assets and proceeds available for distribution shall be allocated to all the holders of the Shares of the Company on a pro-rata and as-converted basis;

(c)    After the full payment to the holders of Series C, Series B-2, Series B-1, Series A-3, Series A-2-I and Series A-2 Preferred Shares, the holders of Series A-1 Preferred Shares are entitled to receive an amount equal to their respective purchase price as adjusted for any share splits, share dividends, combinations, recapitalizations and similar transactions, plus all declared but unpaid dividends, in preference to any distribution to any ordinary shareholders and any other preferred shareholders of the Company;

(d)    After such liquidation amounts have been paid in full, any remaining funds or assets of the Company legally available for distribution to shareholders shall be distributed on a pro rata, pari passu basis among the holders of the Preferred Shares, on an as-converted basis, together with the holders of the ordinary shares.

Upon the issuance of Series B-1 Preferred Shares in February 2018, the liquidation term of Series A-1 and A-3 Preferred Shares were amended to add the term that the holder of Series A-1 and A-3 is also entitled to receive per share on a pari passu and pro rata basis will not be less than 4 and 6 times of the original issuance price, respectively, all the assets and proceeds available for distribution shall be allocated to all the holders of the Shares of the Company on a pro-rata and as-converted basis. The liquidation term of Series A-2 Preferred Shares were amended that Series A-2 Preferred Shares is entitled to receive per share on a pari passu and pro rata basis will not be less from 5 times of the original issuance price to 4 times of original issuance price.

The Company determines whether an amendment or modification to the terms of Series A-1, A-2, A-2-I, A-3, B 1 and B-2 Preferred Shares represents an extinguishment based on a fair value approach. If the fair value of the preferred shares immediately before and after the amendment is significantly different (by more than 10%), the amendment or modification represents an extinguishment. The Company has determined that the amendment to the terms of Series A-1, A-2, A-2-I, A-3, B-1 and B-2 Preferred Shares did not represent an extinguishment, and therefore modification accounting was applied by analogy to the modification guidance contained in ASC 718-20, Compensation—Stock

F-39

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**12. CONVERTIBLE PREFERRED SHARES (Continued)**

Compensation. The Company accounts for modifications that result in an increase to the fair value of the modified preferred shares as a deemed dividend reconciling net loss to net loss attributable to ordinary shareholders as there is a transfer of value from the ordinary shareholders to the preferred shareholders. Modifications that result in a decrease in the fair value of the modified preferred shares were not recognized.

**13. SHARE-BASED COMPENSATION**

    **(a)**     **Restricted Ordinary Shares**

In November 2015, all of the individual Founders entered into an arrangement with institutional investors of the Company, Pursuant to which all of their 300,000,000 ordinary shares (being retroactively adjusted to reflect the effect of the share split, which was approved by the Company's board of directors in May 2016) became restricted and subject to service vesting conditions. 25% of the restricted shares vested and were released from restriction at the first anniversary of November 24, 2015, and the remaining 75% of the restricted shares vest monthly in equal instalments over the next thirty-six months.

One of the Founders, who had 75,000,000 restricted shares, left the Company before November 24, 2016 and thus all of his restricted shares were forfeited. Such restricted shares were cancelled in March 2017 in accordance with the board of director's resolution.

In March 2017, pursuant to the board of director's resolution, 62,500,000 restricted shares were granted to two individual Founders, which is subject to service vesting conditions. 19,531,250 shares were immediately vested and the remaining 42,968,750 shares will vest monthly in equal instalments over the thirty-three months starting from March 24, 2019.

The following table sets forth the restricted shares' activities for the years ended December 31, 2017 and 2018:

|  | Number of shares |
|---|---|
| Unvested at December 31, 2016 | 164,062,500 |
| Granted | 62,500,000 |
| Vested | (88,802,083) |
| Unvested at December 31, 2017 | 137,760,417 |
| Vested | (71,875,000) |
| Unvested at December 31, 2018 | 65,885,417 |

The amounts of stock compensation expense in relation to the restricted ordinary shares recognized in the years ended December 31, 2017 and 2018 were RMB8,569 and RMB5,808, respectively.

As of December 31, 2018, RMB4,155 of total unrecognized compensation expense related to non-vested restricted shares is expected to be recognized over a weighted average period of approximately 0.92 year.

F-40

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**13. SHARE-BASED COMPENSATION (Continued)**

    **(b)**     **Stock Option Plan**

In 2017, the Company's Board of Directors approved 2017 Stock Incentive Plan (the "2017 Plan") under which a maximum aggregate number of ordinary shares that may be issued pursuant to all awards granted shall be 75,000,000 shares. Stock options granted to eligible employees under the 2017 Plan will be exercisable upon the Company's completion of a Qualified IPO. The options are subject to a four year service schedule, under which an employee earns an entitlement to vest 25% of his/her option on the expiry date of a 12-month period following the grant date, and the remaining 75% shall vest in equal monthly installments over the following three years commencing from the vesting date of the first installment. Before the Company completes a Qualified IPO, all stock options granted to an employee shall be forfeited at the time the employee terminates his employment with the Group. After the Company completes a Qualified IPO, vested options not exercised by an employee shall be forfeited 90 days after termination of employment of the employee.

In April and December 2017, the Company granted 24,610,000 and 22,399,066 stock options to its employees, respectively. In June and December 2018, the Company granted 5,550,000 and 3,250,000 stock options to its employees, respectively. The exercise price is US$0.0500 for these stock options granted.

A summary of the share options activities for the years ended December 31, 2017 and 2018 is presented below:

| | Number of shares | Weighted average exercise price | Weighted remaining contractual years | Aggregate intrinsic value |
|---|---|---|---|---|
| | | US$ | | US$ |
| **Outstanding at January 1, 2017** | — | — | | |
| Granted | 47,009,066 | 0.0500 | | |
| Forfeited | — | — | | |
| **Outstanding at December 31, 2017** | **47,009,066** | 0.0500 | | |
| Granted | 8,800,000 | 0.0500 | | |
| Forfeited | — | — | | |
| **Outstanding at December 31, 2018** | **55,809,066** | 0.0500 | 8.50 | 4,357 |
| **Vested and expected to vest as of December 31, 2018** | **55,809,066** | 0.0500 | 8.50 | 4.357 |
| **Exercisable as of December 31, 2018** | — | 0.0500 | — | — |

F-41

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**13. SHARE-BASED COMPENSATION (Continued)**

The fair value of the options granted is estimated on the dates of grant using the binomial option pricing model with the following assumptions used:

| Grant date: | 2017 | 2018 |
|---|---|---|
| Risk-free rate of return | 2.30% ~ 2.37% | 2.85% ~ 3.01% |
| Volatility | 50.7% ~ 52.0% | 41.1% ~ 50.2% |
| Expected dividend yield | 0% | 0% |
| Exercise multiple | 2.2 ~ 2.8 | 2.2 ~ 2.8 |
| Fair value of underlying ordinary share | US$0.0231 ~ 0.1164 | US$0.2479 ~ 0.9466 |
| Expected term | 10 | 10 |

The expected volatility was estimated based on the historical volatility of comparable peer public companies with a period of time close to the expected term of the Company's options. The risk-free interest rate was estimated based on the yield to maturity of U.S. treasury bonds denominated in USD for a term consistent with the expected term of the Company's options in effect at the option valuation date. The expected exercise multiple was estimated as the average ratio of the stock price to the exercise price of when employees would decide to voluntarily exercise their vested options. As the Company did not have sufficient information of past employee exercise history, it was estimated by referencing to a widely-accepted academic research publication. Expected dividend yield is zero as the Company has never declared or paid any cash dividends on its shares, and the Company does not anticipate any dividend payments in the foreseeable future. Expected term is the contract life of the option.

The fair value of the share options granted at the grant date amounted to RMB14,118 and RMB26,875 for the years ended December 31, 2017 and 2018, respectively. Since the exercisability is dependent upon the Company's IPO, and it is not probable that this performance condition can be achieved until the IPO is effective, no compensation expense relating to the options was recorded for the years ended December 31, 2017 and 2018. As of December 31, 2018, the total unrecognized compensation costs associated with stock options is RMB40,993.

**14. FAIR VALUE MEASUREMENT**

The following tables present the fair value hierarchy for those assets and liabilities measured at fair value on a recurring basis as of December 31, 2017:

*Recurring*

| | December 31, 2017 | | | Total |
|---|---|---|---|---|
| **RMB** | Level 1 | Level 2 | Level 3 | Fair Value |
| **Assets** | | | | |
| Short-term investments (Note 4) | — | 150,549 | — | 150,549 |

F-42

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**14. FAIR VALUE MEASUREMENT (Continued)**

The table below reflects the components effecting the change in fair value for the years ended December 31, 2017 and 2018:

| | | For the Year Ended December 31, 2017 | | | |
|---|---|---|---|---|---|
| **RMB** | **January 1, 2017** | **Change in Fair Value loss** | **Conversion** | **Foreign Exchange** | **December 31, 2017** |
| **Liabilities:** | | | | | |
| Convertible loan (Note 11) | 5,809 | 441 | (6,250) | — | — |

| | | For the Year Ended December 31, 2017 | | | |
|---|---|---|---|---|---|
| **RMB** | **January 1, 2018** | **Issuance** | **Change in Fair Value loss** | **Conversion** | **December 31, 2018** |
| **Liabilities:** | | | | | |
| Convertible loan (Note 11) | — | 126,206 | 6,962 | (133,168) | — |

**15. INCOME TAX**

*a)* **Income tax**

*Cayman Islands*

Under the current laws of the Cayman Islands, the Company is not subject to tax on income or capital gain. Additionally, the Cayman Islands does not impose a withholding tax on payments of dividends to shareholders.

*Hong Kong*

Under the current Hong Kong Inland Revenue Ordinance, the Company's Hong Kong subsidiary is subject to Hong Kong profits tax at the rate of 16.5% on its taxable income generated from the operations in Hong Kong. Payments of dividends by the Hong Kong subsidiary to the Company is not subject to withholding tax in Hong Kong. A two-tiered profits tax rates regime was introduced in 2018 where the first HK$2 million of assessable profits earned by a company will be taxed at half of the current tax rate (8.25%) whilst the remaining profits will continue to be taxed at 16.5%. There is an anti-fragmentation measure where each group will have to nominate only one company in the group to benefit from the progressive rates. No provision for Hong Kong profits tax has been made in the financial statements as the subsidiaries in Hong Kong have no assessable profits for the two years ended December 31, 2018.

*PRC*

The Group's PRC subsidiaries, the VIEs and VIEs' subsidiaries are subject to the PRC Corporate Income Tax Law ("CIT Law") and the statutory income tax rate is 25%.

F-43

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**15. INCOME TAX (Continued)**

The components of earnings/(loss) before income taxes are as follows:

| | For the Year Ended December 31, | |
|---|---|---|
| | **2017** | **2018** |
| | **RMB** | **RMB** |
| Cayman | (8,049) | (5,064) |
| Hong Kong SAR | — | 6,744 |
| PRC, excluding Hong Kong SAR | (263,587) | (1,371,317) |
| **Total** | **(271,636)** | **(1,369,637)** |

The Group had no current income tax expense for the years ended December 31, 2017 and 2018, as the entities in the Group had no taxable income in the respective years.

*Withholding tax on undistributed dividends*

The CIT Law also imposes a withholding income tax of 10% on dividends distributed by a foreign investment enterprise ("FIE") to its immediate holding company outside of China, if such immediate holding company is considered as a non-resident enterprise without any establishment or place within China or if the received dividends have no connection with the establishment or place of such immediate holding company within China, unless such immediate holding company's jurisdiction of incorporation has a tax treaty with China that provides for a different withholding arrangement. The Cayman Islands, where the Company is incorporated, does not have such tax treaty with China. According to the arrangement between Mainland China and Hong Kong Special Administrative Region on the Avoidance of Double Taxation and Prevention of Fiscal Evasion in August 2006, dividends paid by an FIE in China to its immediate holding company in Hong Kong will be subject to withholding tax at a rate of no more than 5% (if the foreign investor owns directly at least 25% of the shares of the FIE). The Group did not record any dividend withholding tax, as the Group's PRC entities have no retained earnings in any of the periods presented.

The actual income tax expense reported in the consolidated statements of comprehensive loss differed from the expected income tax expense computed by applying the statutory PRC enterprise income tax rate of 25% to loss before income taxes for the years ended December 31, 2017 and 2018 as a result of the following:

| | For the Year Ended December 31, | |
|---|---|---|
| | **2017** | **2018** |
| | **RMB** | **RMB** |
| **Computed expected income tax expense (benefit)** | (67,909) | (342,409) |
| Non-PRC entities not subject to income tax | 2,060 | 3,423 |
| Non-deductible expenses | 26,647 | 46,670 |
| Change in valuation allowance | 39,090 | 292,428 |
| **Income tax expense/(benefit)** | (112) | 112 |

F-44

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**15. INCOME TAX (Continued)**

*b)* *Deferred income tax assets and liabilities*

| | As of December 31, | |
| --- | --- | --- |
| | 2017 | 2018 |
| | RMB | RMB |
| Deferred tax assets | | |
| —Net operating loss carry forwards | 43,083 | 304,553 |
| —Advertising expense | 2,833 | 33,679 |
| Less: Valuation allowance | (45,804) | (338,232) |
| **Total deferred income tax assets** | 112 | — |
| Deferred tax liabilities | | |
| —Unrealized fair value gain for short-term investments | 112 | — |
| **Total deferred income tax liability** | **112** | — |

As of December 31, 2018, the Group had net operating loss carry forwards of approximately RMB1,218,210 attributable to the PRC subsidiaries, VIEs, and VIEs' subsidiaries. The loss carried forward by the PRC companies will expire during the period from year 2019 to year 2023.

A valuation allowance is provided against deferred income tax assets when the Group determines that it is more likely than not that the deferred income tax assets will not be utilized in the foreseeable future.

The Group has incurred accumulated net operating losses for income tax purposes since its inception. The Group believes that it is more likely than not that these accumulated net operating losses and other deferred income tax assets will not be utilized in the foreseeable future. Accordingly, the Group has provided full valuation allowance for the deferred income tax assets as of December 31, 2017 and 2018.

Changes in valuation allowance are as follows:

| | For the Year Ended December 31, | |
| --- | --- | --- |
| | 2017 | 2018 |
| | RMB | RMB |
| Balance at the beginning of the year | 6,714 | 45,804 |
| Additions | 39,090 | 292,428 |
| **Balance at the end of the year** | **45,804** | **338,232** |

According to the PRC Tax Administration and Collection Law, the statute of limitation is three years if the underpayment of taxes is due to computational errors made by the taxpayer or the withholding agent. The statute of limitation is extended to five years under special circumstances where the underpayment of taxes is more than RMB100,000. In the case of transfer pricing issues, the statute of limitation is 10 years. There is no statute of limitation in the case of tax evasion. The income tax returns of the Company's PRC subsidiaries, consolidated VIEs and VIEs' subsidiaries for the years from 2014 to 2018 are open to examination by the PRC tax authorities.

F-45

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**16. NET LOSS PER SHARE**

The following table sets forth the basic and diluted net loss per share computation and provides a reconciliation of the numerator and denominator for the periods presented:

| | For the Year Ended December 31, | |
| --- | --- | --- |
| | 2017 | 2018 |
| | RMB | RMB |
| **Numerator:** | | |
| Net loss attributable to Phoenix Tree Holdings Limited | (271,524) | (1,365,615) |
| Accretion and modification of redeemable convertible preferred shares | (14,123) | (111,132) |
| **Numerator for basic and diluted net loss per share calculation** | **(285,647)** | **(1,476,747)** |
| **Denominator:** | | |
| Weighted average number of ordinary shares | 111,848,958 | 185,677,083 |
| **Denominator for basic and diluted net loss per share calculation** | **111,848,958** | **185,677,083** |
| **Net loss per ordinary share** | | |
| —Basic and diluted | (2.55) | (7.95) |

The potentially dilutive securities that have not been included in the calculation of diluted net loss per share as their inclusion would be anti-dilutive are as follows:

| | As of December 31, | |
| --- | --- | --- |
| | 2017 | 2018 |
| Restricted shares | 137,760,417 | 65,885,417 |
| Share options | 47,009,066 | 55,809,066 |
| Convertible Preferred Shares | 554,544,021 | 1,105,665,218 |

**17. COMMITMENTS AND CONTINGENCIES**

The Group leases apartments and offices under non-cancelable operating lease agreements. Rental cost and rental expenses, including apartments and offices, were RMB574,178 and RMB2,460,401 for the years ended December 31, 2017 and 2018, respectively.

As of December 31, 2018, future minimum lease commitments, all under apartment and office non-cancelable operating lease agreements, were as follows:

| Year ending December 31, | Apartment | Office | Total |
| --- | --- | --- | --- |
| 2019 | 3,569,829 | 31,081 | 3,600,910 |
| 2020 | 3,575,416 | 19,903 | 3,595,319 |
| 2021 | 3,216,202 | 9,738 | 3,225,940 |
| 2022 | 2,091,926 | 2,740 | 2,094,666 |
| 2023 and thereafter | 1,937,251 | 2,528 | 1,939,779 |

Except for those disclosed above, the Group did not have any significant capital or other commitments or long-term obligations as of December 31, 2017 and 2018.

F-46

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**18. RELATED PARTY TRANSACTIONS**

During the year ended December 31, 2018, the Group obtained a loan of RMB10,343 from a shareholder of Series A-3 Redeemable Convertible Preferred Shares. The amounts were unsecured, non-interest bearing and due to demand.

**19. SUBSEQUENT EVENTS**

Management has considered subsequent events through August 28, 2019, which was the date these consolidated financial statements were issued.

(a)   In January 2019, the Company redesignated 27,155,688 Series A-3 redeemable convertible preferred shares ("Series A-3 Preferred Shares") from Joy Capital I, L.P. to 27,155,688 Series C-1 redeemable convertible preferred shares ("Series C-1 Preferred Shares") to Success Golden Group Limited, an associated company of Joy Capital I, L.P. The key terms of Series C-1 Preferred Shares including redemption, conversion, dividend and liquidation, are the same as Series A-3 Preferred Shares.

In January 2019, the Company issued 198,222,513 Series C-2 redeemable convertible preferred shares ("Series C-2 Preferred Shares") at US$1.1047 to Antfin (Hong Kong) Holding Limited, Ducati Investment Limited, Joy Capital Opportunity, L P., CMC Downtown Holdings Limited, Banyan Partners Fund III, L.P., and Banyan Partners Fund III-A, L.P. The total proceeds from the issuance of Series C-2 Preferred Shares was US$218,985 (equivalent to RMB1,500,416). The issuance cost was RMB2,411. The Company also redesignated 226,297,396 Series C Preferred Shares to 226,297,396 Series C-2 Preferred Shares. The key terms of Series C-2 Preferred Shares including redemption, conversion, dividend and liquidation, are the same as Series C Preferred Shares.

(b)   In January 2019, the Company repurchased 1,922,700 shares of options issued to employees for cash in the amount of RMB14,400 (US$2,125) and repurchased 6,210,000 ordinary shares from Founders for cash in the amount of RMB46,511 (US$6,862).

(c)   In December 2018, the Group entered into an agreement with the shareholders of Hanzhou Aishangzu Technology Co., Ltd. ("Aishangzu") to acquire its subsidiaries. Aishangzu is primarily engaged in leasing apartments from property owners, designs, renovates and furnishes such apartments and then leases to residents. To facilitate the transaction, Aishangzu agreed to transfer all of the equity interests of its subsidiaries it held to Hanzhou Aishangdanke Technology Co., Ltd. ("Aishangdanke"), a newly established wholly-owned subsidiary of Aishangzu. In March 2019, the Group completed the acquisition of Aishangdanke and their wholly-owned and majority-owned subsidiaries. Before March 2019, the Group paid RMB189,643 to Aishangzu, for the purpose of settling payables of those subsidiaries due to Aishangzu. The Group agreed to pay RMB200,000 to the shareholders of Aishangzu by the instalments as: (i) RMB80,000 upon closing of the transaction; (ii) RMB60,000 within 6 months after closing; (iii) RMB40,000 within 12 months after closing; and (iv) RMB20,000 within 24 months after closing. As of acquisition date, the total fair value of the considerations for the acquisition amounted to RMB369,953. The fair value of non-controlling interest amounting to RMB344 was measured based on the purchase price, taking into account a discount reflective of the non-controlling nature of the interest.

F-47

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**19. SUBSEQUENT EVENTS (Continued)**

The transaction was accounted for as a business combination. The determination of fair values of the identifiable assets acquired and liabilities assumed is based on various assumptions and valuation methodologies requiring considerable management judgment. The most significant variables in these valuations are discount rates, terminal values, the number of years on which to base the cash flow projections, as well as the assumptions and estimates used to determine the cash inflows and outflows. Management determines discount rates to be used based on the risk inherent in the related activity's current business model and industry comparisons. Terminal values are based on the expected life of products and forecasted life cycle and forecasted cash flows over that period. The Company's estimates of fair value are based upon assumptions believed to be reasonable, but which are inherently uncertain and unpredictable and, as a result, actual results may differ from estimates. Any changes to provisional amounts identified during the measurement period are recognized in the reporting period in which the adjustment amounts are determined. The fair value of assets acquired and liabilities assumed as of the date of acquisition was as follows:

|  | RMB |
|---|---|
| Cash consideration | 369,953 |
| Fair value of non-controlling interests | 344 |
| Fair values of identifiable assets acquired and liabilities assumed |  |
|     Current assets | 56,699 |
|    Property and equipment, net | 299,323 |
|    Intangible assets, net | 195,000 |
|    Other current liabilities | (518,972) |
|    Deferred tax income liabilities | (9,208) |
| Net assets acquired | 22,842 |
| Goodwill | 347,455 |

The acquired intangible assets primarily consist of trademark and internet domain name, mobile application, non-compete agreements and customer relationships.

Goodwill arising from this acquisition was attributable to the synergies expected from the combined business.

    **Unaudited Pro Forma Financial Information**:

The following unaudited pro forma financial information presents the consolidated results of operations of the Company as if the acquisitions had been completed on January 1, 2017. The unaudited pro forma financial information is supplemental information only and is not necessarily indicative of the Company's consolidated results of operations actually would have been had the acquisitions been completed on January 1, 2017. In addition, the unaudited pro forma financial

F-48

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**19. SUBSEQUENT EVENTS (Continued)**

information does not attempt to project the future consolidated results of operations of the Company after the acquisitions.

|  | Year Ended December 31, | |
|  | 2017 | 2018 |
|  | RMB | RMB |
| Revenue | 1,463,558 | 3,723,290 |
| Net loss | (555,777) | (1,612,309) |
| Net loss per share-basic and diluted | (5.10) | (9.28) |

**20. PARENT ONLY FINANCIAL INFORMATION**

For the presentation of the parent only condensed financial information, the Company records its investment in subsidiaries and VIEs which it effectively controls through contractual agreements, under the equity method of accounting as prescribed in ASC 323, *Investments-Equity Method and Joint Ventures*. Such investments are fully impaired on the condensed balance sheets and subsidiaries and VIEs' profit or loss as "Share of losses from subsidiaries, VIE and VIE's subsidiaries" on the condensed statements of operations. The parent only condensed financial information should be read in conjunction with the Company's consolidated financial statements.

As of December 31, 2018, there were no material contingencies, significant provisions of long-term obligations, mandatory dividend or redemption requirements of redeemable stocks of the Company, except for those, which have been separately disclosed in the consolidated financial statements.

F-49

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**20. PARENT ONLY FINANCIAL INFORMATION (Continued)**

*(a) Condensed Balance Sheets*

| | As of December 31, | |
| --- | --- | --- |
| | 2017 RMB | 2018 RMB |
| **Assets** | | |
| **Current assets** | | |
| Cash | 89,738 | 962,692 |
| Restricted cash | — | 535,330 |
| Prepaid expenses and other current assets | — | 4,261 |
| **Total current assets and total assets** | **89,738** | **1,502,283** |
| **Liabilities** | | |
| **Current liability** | | |
| Amounts due to subsidiaries and consolidated VIEs | 949 | 75,219 |
| **Total current liabilities and total liabilities** | **949** | **75,219** |
| **Mezzanine equity** | | |
| Series A-1 Convertible Preferred Shares | 1,335 | 1,402 |
| Series A-2 Redeemable Convertible Preferred Shares | 28,615 | 32,156 |
| Series A-2-I Redeemable Convertible Preferred Shares | 6,256 | 6,826 |
| Series A-3 Redeemable Convertible Preferred Shares | 104,455 | 118,316 |
| Series B-1 Redeemable Convertible Preferred Shares | — | 440,721 |
| Series B-2 Redeemable Convertible Preferred Shares | — | 510,802 |
| Series C Redeemable Convertible Preferred Shares | — | 1,749,409 |
| **Total mezzanine equity** | **140,661** | **2,859,632** |
| **Shareholders' deficit** | | |
| Ordinary Shares | 35 | 35 |
| Accumulated other comprehensive income (loss) | 836 | (4,291) |
| Accumulated deficit | (52,743) | (1,428,312) |
| **Total shareholders' deficit** | **(51,872)** | **(1,432,568)** |
| **Total liabilities, mezzanine equity and shareholders' deficit** | **89,738** | **1,502,283** |

F-50

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**20. PARENT ONLY FINANCIAL INFORMATION (Continued)**

**(b)   Condensed Statements of Operations**

|  | For the Year Ended December 31, | |
| --- | --- | --- |
|  | 2017 | 2018 |
|  | RMB | RMB |
| General and Administrative expenses | (9,041) | (13,052) |
| **Loss from operations** | **(9,041)** | **(13,052)** |
| Share of losses from subsidiaries, VIE and VIE's subsidiaries | (9,350) | (1,265,181) |
| Change in fair value of convertible loan | 441 | (6,962) |
| Interest income | 551 | 14,950 |
| **Loss before income tax** | (17,399) | (1,270,245) |
| Income tax expense | — | — |
| **Net loss** | **(17,399)** | **(1,270,245)** |

**(c)   Condensed statements of cash flows**

|  | For the Year Ended December 31, | |
| --- | --- | --- |
|  | 2017 | 2018 |
|  | RMB | RMB |
| Net cash provided by operating activities | 509 | 9,424 |
| Net cash used in investing activities | (3,141) | (1,196,639) |
| Net cash provided by financing activities | 100,559 | 2,551,618 |
| Effect of foreign currency exchange rate changes on cash and restricted cash | (8,189) | 43,881 |
| **Net increase in cash and restricted cash** | **89,738** | **1,408,284** |
| Cash and restricted cash at the beginning of the year | — | 89,738 |
| **Cash and restricted cash at the end of the year** | **89,738** | **1,498,022** |

F-51

**PHOENIX TREE HOLDINGS LIMITED**

**UNAUDITED CONDENSED CONSOLIDATED BALANCE SHEETS**

**(All amounts in thousands, except for share and per share data)**

|  | As of | | |
|---|---|---|---|
|  | December 31, 2018 | September 30, 2019 | |
|  | RMB | RMB | US$ (Note (1b)) |
| **ASSETS** | | | |
| **Current assets:** | | | |
| Cash | 1,087,258 | 376,527 | 52,678 |
| Term deposits | 137,264 | — | — |
| Restricted cash | 1,362,266 | 1,698,655 | 237,651 |
| Accounts receivable, net | 1,456 | 3,484 | 487 |
| Advance to landlords | 301,190 | 296,825 | 41,527 |
| Prepayments and other current assets | 265,794 | 598,937 | 83,792 |
| **Total current assets** | **3,155,228** | **2,974,428** | **416,135** |
| **Non-current assets:** | | | |
| Restricted cash | 16,010 | 222,606 | 31,144 |
| Property and equipment, net | 1,989,630 | 3,002,648 | 420,086 |
| Intangible asset, net | 2,053 | 167,564 | 23,443 |
| Goodwill | — | 347,455 | 48,611 |
| Deposits to landlords | 414,754 | 593,429 | 83,024 |
| Other non-current assets | 251,936 | 366,302 | 51,248 |
| **Total non-current assets** | **2,674,383** | **4,700,004** | **657,556** |
| **Total assets** | **5,829,611** | **7,674,432** | **1,073,691** |

The accompanying notes are an integral part of these unaudited condensed
consolidated financial statements.

F-52

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**UNAUDITED CONDENSED CONSOLIDATED BALANCE SHEETS (Continued)**

**(All amounts in thousands, except for share and per share data)**

| | As of | | |
| --- | --- | --- | --- |
| | December 31, 2018 | September 30, 2019 | |
| | RMB | RMB | US$ (Note (1b)) |
| **LIABILITIES** | | | |
| **Current liabilities:** | | | |
| Short-term borrowings and current portion of long-term borrowings (including short-term borrowings and current portion of long-term borrowings of the consolidated VIEs and their wholly-owned subsidiaries without recourse to the Company of RMB2,890,842 and RMB2,761,080 as of December 31, 2018 and September 30, 2019, respectively) | 2,890,842 | 4,507,104 | 630,567 |
| Accounts payable (including accounts payable of the consolidated VIEs and their wholly-owned subsidiaries without recourse to the Company of RMB358,466 and RMB80,850 as of December 31, 2018 and September 30, 2019, respectively) | 718,890 | 595,685 | 83,339 |
| Rental payable (including rental payable of the consolidated VIEs and their wholly-owned subsidiaries without recourse to the Company of RMB180,994 and RMB162,960 as of December 31, 2018 and September 30, 2019, respectively) | 180,994 | 443,257 | 62,014 |
| Advance from residents (including advance from residents of the consolidated VIEs and their wholly-owned subsidiaries without recourse to the Company of RMB279,534 and RMB304,019 as of December 31, 2018 and September 30, 2019, respectively) | 279,534 | 794,288 | 111,125 |
| Amount due to a related party (including due to a related party of the consolidated VIE without recourse to the Company of RMB10,343 and RMB11,343 as of December 31, 2018 and September 30, 2019, respectively) | 10,343 | 11,343 | 1,587 |
| Deposits from residents (including deposits from residents of the consolidated VIEs and their wholly-owned subsidiaries without recourse to the Company of RMB287,304 and RMB297,549 as of December 31, 2018 and September 30, 2019, respectively) | 287,304 | 621,087 | 86,893 |
| Accrued expenses and other current liabilities (including accrued expenses and other current liabilities of the consolidated VIEs and their wholly-owned subsidiaries without recourse to the Company of RMB203,994 and RMB241,091 as of December 31, 2018 and September 30, 2019, respectively) | 214,170 | 462,200 | 64,664 |
| **Total current liabilities** | **4,582,077** | **7,434,964** | **1,040,189** |

The accompanying notes are an integral part of these unaudited condensed
consolidated financial statements.

F-53

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**UNAUDITED CONDENSED CONSOLIDATED BALANCE SHEETS (Continued)**

**(All amounts in thousands, except for share and per share data)**

| | As of | | |
|---|---|---|---|
| | December 31, 2018 | September 30, 2019 | |
| | RMB | RMB | US$ (Note (1b)) |
| **Non-current liabilities:** | | | |
| Long-term borrowings, excluding current portion (including long-term borrowings, excluding current portion of the consolidated VIEs and their wholly-owned subsidiaries without recourse to the Company of RMB182,646 and RMB190,606 as of December 31, 2018 and September 30, 2019, respectively) | 182,646 | 194,158 | 27,164 |
| Deferred income tax liabilities | — | 7,042 | 985 |
| Other non-current liabilities (including other non-current liabilities of the consolidated VIEs and their wholly-owned subsidiaries without recourse to the Company of RMB51,539 and RMB3,812 as of December 31, 2018 and September 30, 2019, respectively) | 51,539 | 25,289 | 3,538 |
| **Total non-current liabilities** | **234,185** | **226,489** | **31,687** |
| **Total liabilities** | **4,816,262** | **7,661,453** | **1,071,876** |
| **Commitments and contingencies (Note 17)** | | | |

The accompanying notes are an integral part of these unaudited condensed
consolidated financial statements.

F-54

## PHOENIX TREE HOLDINGS LIMITED

### UNAUDITED CONDENSED CONSOLIDATED BALANCE SHEETS (Continued)

#### (All amounts in thousands, except for share and per share data)

| | As of | | |
| --- | --- | --- | --- |
| | December 31, 2018 | September 30, 2019 | |
| | RMB | RMB | US$ (Note (1b)) |
| **MEZZANINE EQUITY** | | | |
| Series A-1 Convertible Preferred Shares (US$0.00002 par value, 118,750,000 shares authorized, issued and outstanding as of December 31, 2018 and September 30, 2019; Liquidation value of RMB1,402 and RMB1,445 as of December 31, 2018 and September 30, 2019) | 1,402 | 1,445 | 202 |
| Series A-2 Redeemable Convertible Preferred Shares (US$0.00002 par value, 143,750,000 shares authorized, issued and outstanding as of December 31, 2018 and September 30, 2019, Redemption value of RMB32,156 and RMB34,734 as of December 31, 2018 and September 30, 2019; Liquidation value of RMB35,517 and RMB36,602 as of December 31, 2018 and September 30, 2019) | 32,156 | 34,734 | 4,859 |
| Series A-2-I Redeemable Convertible Preferred Shares (US$0.00002 par value, 16,967,466 shares authorized, issued and outstanding as of December 31, 2018 and September 30, 2019, Redemption value of RMB6,826 and RMB7,238 as of December 31, 2018 and September 30, 2019; Liquidation value of RMB7,401 and RMB7,627 as of December 31, 2018 and September 30, 2019) | 6,826 | 7,238 | 1,013 |
| Series A-3 Redeemable Convertible Preferred Shares (US$0.00002 par value, 283,220,939 and 256,065,251 shares authorized, 275,076,555 and 256,065,251 shares issued and outstanding as of December 31, 2018 and September 30, 2019, Redemption value of RMB118,316 and RMB118,982 as of December 31, 2018 and September 30, 2019; Liquidation value of RMB149,981 and RMB159,140 as of December 31, 2018 and September 30, 2019) | 118,316 | 118,982 | 16,646 |
| Series B-1 Redeemable Convertible Preferred Shares (US$0.00002 par value, 183,823,115 shares authorized, issued and outstanding as of December 31, 2018 and September 30, 2019, Redemption value of RMB440,721 and RMB481,099 as of December 31, 2018 and September 30, 2019; Liquidation value of RMB617,688 and RMB636,561 as of December 31, 2018 and September 30, 2019) | 440,721 | 481,099 | 67,308 |
| Series B-2 Redeemable Convertible Preferred Shares (US$0.00002 par value, 141,000,686 shares authorized, issued and outstanding as of December 31, 2018 and September 30, 2019, Redemption value of RMB510,802 and RMB557,600 as of December 31, 2017 and 2018; Liquidation value of RMB731,473 and RMB753,822 as of December 31, 2018 and September 30, 2019) | 510,802 | 557,600 | 78,011 |

The accompanying notes are an integral part of these unaudited condensed
consolidated financial statements.

F-55

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**UNAUDITED CONDENSED CONSOLIDATED BALANCE SHEETS (Continued)**

**(All amounts in thousands, except for share and per share data)**

| | As of | | |
| --- | --- | --- | --- |
| | December 31, 2018 | September 30, 2019 | |
| | RMB | RMB | US$ (Note (1b)) |
| Series C Redeemable Convertible Preferred Shares (US$0.00002 par value, 226,297,396 and nil shares authorized, issued and outstanding as of December 31, 2018 and September 30, 2019, Redemption value of RMB1,749,409 and nil as of December 31, 2018 and September 30, 2019; Liquidation value of RMB1,715,800 and nil as of December 31, 2018 and September 30, 2019) | 1,749,409 | — | — |
| Series C-1 Redeemable Convertible Preferred Shares (US$0.00002 par value, nil and 27,155,688 shares authorized, issued and outstanding as of December 31, 2018 and September 30, 2019, Redemption value of nil and RMB12,694 as of December 31, 2018 and September 30, 2019; Liquidation value of nil and RMB15,259 as of December 31, 2018 and September 30, 2019) | — | 12,694 | 1,776 |
| Series C-2 Redeemable Convertible Preferred Shares (US$0.00002 par value, nil and 424,519,909 shares authorized, issued and outstanding as of December 31, 2018 and September 30, 2019, Redemption value of nil and RMB3,544,785 as of December 31, 2018 and September 30, 2019; Liquidation value of nil and RMB3,317,081 as of December 31, 2018 and September 30, 2019) | — | 3,544,785 | 495,934 |
| **Total mezzanine equity** | **2,859,632** | **4,758,577** | **665,749** |
| **SHAREHOLDERS' DEFICIT** | | | |
| Ordinary Shares (US$0.00002 par value, 1,386,190,398 shares and 1,187,967,885 shares authorized as of December 31, 2018 and September 30, 2019; 287,500,000 shares and 281,290,000 shares issued and outstanding as of December 31, 2018 and September 30, 2019) | 35 | 35 | 5 |
| Accumulated other comprehensive loss | (3,061) | (91,602) | (12,816) |
| Accumulated deficit | (1,839,123) | (4,649,047) | (650,426) |
| **Total shareholders' deficit attributable to ordinary shareholders** | **(1,842,149)** | **(4,740,614)** | **(663,237)** |
| Non-controlling interest | (4,134) | (4,984) | (697) |
| **Total shareholders' deficit** | **(1,846,283)** | **(4,745,598)** | **(663,934)** |
| **Total liabilities, mezzanine equity and shareholders' deficit** | **5,829,611** | **7,674,432** | **1,073,691** |

The accompanying notes are an integral part of these unaudited condensed
consolidated financial statements.

F-56

**PHOENIX TREE HOLDINGS LIMITED**

**UNAUDITED CONDENSED CONSOLIDATED STATEMENTS OF COMPREHENSIVE LOSS**

**(All amounts in thousands, except for share and per share data)**

| | For the nine month Periods Ended September 30, | | |
|---|---|---|---|
| | 2018 | 2019 | |
| | RMB | RMB | US$(Note (1b)) |
| Revenues | 1,673,002 | 4,999,740 | 699,489 |
| **Operating Expenses:** | | | |
| Rental cost | (1,300,709) | (4,450,199) | (622,606) |
| Depreciation and amortization | (227,339) | (790,357) | (110,575) |
| Other operating expenses | (187,436) | (552,859) | (77,348) |
| Pre-opening expense | (181,292) | (186,344) | (26,070) |
| Sales and marketing expenses | (287,881) | (793,722) | (111,046) |
| General and administrative expenses | (129,307) | (395,766) | (55,370) |
| Technology and product development expenses | (71,281) | (143,601) | (20,091) |
| **Operating loss** | **(712,243)** | **(2,313,108)** | **(323,617)** |
| Change in fair value of convertible loan | (6,962) | — | — |
| Interest expenses | (101,906) | (252,981) | (35,393) |
| Interest income | 6,449 | 47,702 | 6,674 |
| Investment income | 1,778 | — | — |
| **Loss before income taxes** | **(812,884)** | **(2,518,387)** | **(352,336)** |
| Income tax benefit/(expense) | (112) | 2,167 | 303 |
| **Net loss** | **(812,996)** | **(2,516,220)** | **(352,033)** |
| Net income attributable to non-controlling interest | — | (1,194) | (167) |
| **Net loss attributable to Phoenix Tree Holdings Limited** | **(812,996)** | **(2,515,026)** | **(351,866)** |
| Accretion and modification of redeemable convertible preferred shares | (51,030) | (252,899) | (35,382) |
| **Net loss attributable to ordinary shareholders of Phoenix Tree Holdings Limited** | **(864,026)** | **(2,767,925)** | **(387,248)** |

The accompanying notes are an integral part of these unaudited condensed
consolidated financial statements.

F-57

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**UNAUDITED CONDENSED CONSOLIDATED STATEMENTS OF COMPREHENSIVE LOSS (Continued)**

**(All amounts in thousands, except for share and per share data)**

| | For the nine month Periods Ended September 30, | | |
| --- | --- | --- | --- |
| | 2018 | 2019 | |
| | RMB | RMB | US$ (Note (1b)) |
| **Net loss** | **(812,996)** | **(2,516,220)** | **(352,033)** |
| **Other comprehensive loss:** | | | |
| Foreign currency translation adjustment, net of nil income taxes | (5,695) | (88,541) | (12,387) |
| Less: reclassification adjustment for gain on available-for-sale securities realized in net income, net of income taxes of RMB112 | (337) | — | — |
| **Comprehensive loss** | **(819,028)** | **(2,604,761)** | **(364,420)** |
| Comprehensive income attributable to non-controlling interests | — | (1,194) | (167) |
| **Comprehensive loss attributable to ordinary shareholders of Phoenix Tree Holdings Limited** | **(819,028)** | **(2,603,567)** | **(364,253)** |
| **Net loss per share** | | | |
| —Basic and diluted | (4.89) | (11.40) | (1.60) |
| **Weighted average number of shares outstanding used in computing net loss per share** | | | |
| —Basic and diluted | 176,692,708 | 242,698,917 | 242,698,917 |

The accompanying notes are an integral part of these unaudited condensed
consolidated financial statements.

F-58

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**UNAUDITED CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**

**(All amounts in thousands, except for share and per share data)**

| | For the nine month Periods Ended September 30, | | |
|---|---|---|---|
| | **2018** | **2019** | |
| | **RMB** | **RMB** | **US$ (Note (1b))** |
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | | |
| **Net cash used in operating activities** | **(697,813)** | **(1,629,289)** | **(227,945)** |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | | |
| Purchase of property and equipment | (651,856) | (1,595,771) | (223,257) |
| Purchase of intangible assets | (2,175) | — | — |
| Investment in term deposits | — | (137,724) | (19,268) |
| Proceeds from maturity of term deposits | — | 274,988 | 38,472 |
| Payments for business acquisition | — | (196,930) | (27,552) |
| Cash acquired from business acquisition | — | 7,235 | 1,012 |
| Prepaid deposit for business acquisition | — | (20,624) | (2,885) |
| Purchase of short-term investments | (80,000) | — | — |
| Proceeds from sales of short-term investments | 231,878 | — | — |
| **Net cash used in investing activities** | **(502,153)** | **(1,668,826)** | **(233,478)** |

The accompanying notes are an integral part of these unaudited condensed consolidated financial statements.

F-59

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**UNAUDITED CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS (Continued)**

**(All amounts in thousands, except for share and per share data)**

| | For the nine month Periods Ended September 30, | | |
| --- | --- | --- | --- |
| | 2018 | 2019 | |
| | RMB | RMB | US$ (Note (1b)) |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | | |
| Proceeds from bank borrowings | 3,771,617 | 6,408,490 | 896,581 |
| Repayment of bank borrowings | (2,435,246) | (4,780,716) | (668,847) |
| Payment for initial public offering ("IPO") costs | — | (1,449) | (203) |
| Interest free loan provided by a related party | — | 1,000 | 140 |
| Proceeds from Series A-3 Redeemable Convertible Preferred Shares | — | 3,038 | 425 |
| Proceeds from Series B-1 Redeemable Convertible Preferred Shares | 379,542 | — | — |
| Payments of issuance cost of Series B-1 Redeemable Convertible Preferred Shares | (8,091) | — | — |
| Proceeds from Series B-2 Redeemable Convertible Preferred Shares | 321,040 | — | — |
| Payments of issuance cost of Series B-2 Redeemable Convertible Preferred Shares | (3,249) | — | — |
| Proceeds from Series C-2 Redeemable Convertible Preferred Shares | — | 1,500,416 | 209,916 |
| Payments of issuance cost of Series C-2 Redeemable Convertible Preferred Shares | — | (2,411) | (337) |
| Repurchase of ordinary shares | — | (46,510) | (6,507) |
| Proceeds from issuance of convertible loan | 126,206 | — | — |
| **Net cash provided by financing activities** | **2,151,819** | **3,081,858** | **431,168** |
| Effect of foreign currency exchange rate changes on cash and restricted cash | 72,032 | 48,511 | 6,787 |
| **Net increase/(decrease) in cash and restricted cash** | **1,023,885** | **(167,746)** | **(23,468)** |
| Cash and restricted cash at the beginning of the period | 214,002 | 2,465,534 | 344,941 |
| **Cash and restricted cash at the end of the period** | **1,237,887** | **2,297,788** | **321,473** |
| **Supplemental disclosure of cash flow information:** | | | |
| Interest paid | 101,896 | 249,367 | 34,888 |
| Accrual of purchase of property and equipment | 519,657 | 595,685 | 83,339 |
| Issuance of Series B-2 Redeemable Convertible Preferred Shares upon conversion of convertible loan | 133,168 | — | — |
| Consideration payable for business acquisition | — | 128,023 | 17,911 |

The fair values of non-cash assets acquired and liabilities assumed in business acquisition were RMB898,477 and RMB528,180, respectively. See notes 3.

The accompanying notes are an integral part of these unaudited condensed consolidated financial statements.

F-60

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE UNAUDITED CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**

**(All amounts in thousands, except for share and per share data)**

**1. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

*(a)*   *Basis of presentation*

The accompanying unaudited condensed consolidated financial statements of Phoenix Tree Holdings Limited ("Phoenix Tree" or "the Company"), their wholly-owned subsidiaries, consolidated variable interest entities ("VIEs") and VIEs' wholly-owned subsidiaries (collectively referred to as "the Group") have been prepared in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP"). Certain information and footnote disclosures normally included in financial statements prepared in accordance with U.S. GAAP have been condensed or omitted as permitted by rules and regulations of the U.S. Securities and Exchange Commission ("SEC"). The unaudited condensed consolidated balance sheet as of December 31, 2018 was derived from the audited consolidated financial statements of the Group. The accompanying unaudited condensed consolidated financial statements should be read in conjunction with the audited consolidated financial statements of the Group as of and for the year end December 31, 2018.

In the opinion of management, all adjustments (which include normal recurring adjustments) necessary to present a fair statement of the financial position as of September 30, 2019, the results of operations and cash flows for the nine months ended September 30, 2018 and 2019, have been made.

The preparation of the unaudited condensed consolidated financial statements in accordance with U.S. GAAP requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities, related disclosures of contingent assets and liabilities at the balance sheet date, and the reported revenues and expenses during the reported periods in the unaudited condensed consolidated financial statements and accompanying notes. Significant accounting estimates include, but not limited to, useful lives of property and equipment, impairment of goodwill and long-lived assets, the fair value of the identifiable assets acquired and liabilities assumed in the business acquisition, the realization of deferred income tax assets, the fair value of share-based compensation awards, convertible loan, ordinary shares and the convertible redeemable preferred shares. Changes in facts and circumstances may result in revised estimates. Actual results could differ from those estimates, and as such, differences may be material to the unaudited consolidated financial statements.

The accompanying unaudited condensed consolidated financial statements were prepared on a going concern basis, which contemplates the realization of assets and the satisfaction of liabilities in the normal course of business. The Group has incurred losses since its inception. As of September 30, 2019, the Group had an accumulated deficit of RMB4,649,047 and its consolidated current liabilities exceeded current assets in the amount of RMB4,460,536. In addition, for the nine month period ended September 30, 2019, the Group recorded operating cash outflows in the amount of RMB1,629,289. Historically, the Group had relied principally on proceeds from the issuance of preferred shares and borrowings from banks and financial institutions. These include rent financing arrangements where the Group received cash at the beginning of the lease term from financial institutions the majority of rental fee of the underlying lease agreements the Group entered into with individual residents, to fund the Group's working capital requirements and investing activities. In October 2019, CMC Downtown II Holdings Limited and Juneberry Investment Holdings Limited entered into agreements with the Company to purchase 71,828,809 and 64,645,928 Series D redeemable convertible preferred shares, respectively, at US$1.3922 per share with a total consideration of US$190,000. The Company received US$100,000 in October 2019 and expected to receive the remaining US$90,000 in November 2019. See Note 20.

F-61

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE UNAUDITED CONDENSED CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**1. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (Continued)**

Management believes that the amount of available cash balance as of September 30, 2019, cash proceeds from the issuance of Series D redeemable convertible preferred shares subsequent to September 30, 2019, and forecasted net cash flows for a period of one year after the issuance of the unaudited condensed consolidated financial statements will be sufficient for the Group to satisfy its obligations and commitments when they become due for a reasonable period of time. The forecasted cash flow has taken into account the expected available rent financing arrangements in the normal course of the Group's business, and cash proceeds from the issuance of Series D redeemable convertible preferred shares. Management also believes that the Group can adjust the pace of its business expansion and control operating expenses when necessary. The accompanying unaudited condensed consolidated financial statements have been prepared on the basis the Group will be able to continue as a going concern for a period extending at least one year beyond the date that the unaudited condensed consolidated financial statements are issued.

**(b)**  *Convenience Translation*

Translations of the unaudited condensed consolidated financial statements from RMB into US$ as of and for the nine-month period ended September 30, 2019 are solely for the convenience of the readers and were calculated at the rate of US$1.00=RMB7.1477, representing the noon buying rate in The City of New York for cable transfers of RMB as certified for customs purposes by the Federal Reserve Bank of New York on September 30, 2019. No representation is made that the RMB amounts could have been, or could be, converted, realized or settled into US$ at that rate on September 30, 2019, or at any other rate.

**(c)**  *Summary financial information of the Group's VIEs in the unaudited condensed consolidated financial statements*

The following unaudited condensed consolidated assets and liabilities of the Group's VIEs as of December 31, 2018 and September 30, 2019, and unaudited condensed consolidated revenues, net loss

F-62

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE UNAUDITED CONDENSED CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**1. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (Continued)**

and cash flow information for the nine-month periods ended September 30, 2018 and 2019, have been included in the accompanying unaudited condensed consolidated financial statements:

| | As of | |
| --- | --- | --- |
| | December 31, 2018 | September 30, 2019 |
| | RMB | RMB |
| Cash | 25,287 | 172,740 |
| Restricted cash | 139,581 | 136,035 |
| Accounts receivable, net | 1,456 | 1,244 |
| Amounts due from related parties* | 473,641 | 277,537 |
| Advance to landlords | 301,190 | 134,419 |
| Prepayments and other current assets | 258,269 | 550,433 |
| **Total current assets** | **1,199,424** | **1,272,408** |
| Restricted cash | 16,010 | 2,564 |
| Property and equipment, net | 1,989,630 | 1,130,108 |
| Intangible asset, net | 2,053 | 1,898 |
| Deposits to landlords | 414,754 | 336,909 |
| Other non-current assets | 251,936 | 174,827 |
| **Total non-current assets** | **2,674,383** | **1,646,306** |
| **Total assets** | **3,873,807** | **2,918,714** |
| Short-term borrowings and current portion of long-term borrowings | 2,890,842 | 2,761,080 |
| Accounts payable | 358,466 | 80,850 |
| Rental payable | 180,994 | 162,960 |
| Advance from residents | 279,534 | 304,019 |
| Amount due to related parties* | 1,127,431 | 1,616,705 |
| Deposits from residents | 287,304 | 297,549 |
| Accrued expenses and other current liabilities | 203,994 | 241,091 |
| **Total current liabilities** | **5,328,565** | **5,464,254** |
| Long-term borrowings, excluding current portion | 182,646 | 190,606 |
| Deposits from residents | 51,539 | 3,812 |
| **Total non-current liabilities** | **234,185** | **194,418** |
| **Total liabilities** | **5,562,750** | **5,658,672** |

\*    Amounts due from related parties include amounts due from the Company and their wholly-owned subsidiaries, which are eliminated upon consolidation. Amounts due to related parties include amounts due to the Company and their wholly-owned subsidiaries in the amount of RMB1,117,088 and RMB1,605,362 as of December 31, 2018 and September 30, 2019, respectively, which are eliminated upon consolidation.

F-63

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE UNAUDITED CONDENSED CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**1. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (Continued)**

| | For the nine-month periods ended September 30, | |
| --- | --- | --- |
| | 2018 | 2019 |
| | RMB | RMB |
| Revenues | 1,673,002 | 2,519,541 |
| Net loss | (786,684) | (1,521,242) |
| Net cash used in operating activities | (666,914) | 42,749 |
| Net cash used in investing activities | (502,153) | (620,118) |
| Net cash provided by financing activities | 1,336,371 | 777,367 |
| Net increase in cash and restricted cash | 167,304 | 199,998 |
| Cash and restricted cash at the beginning of the period* | 124,264 | 111,341 |
| Cash and restricted cash at the end of the period | 291,568 | 311,339 |

\*     Starting from February 2019, the Group is in the process of transferring the VIE's subsidiaries to the Company's wholly-owned subsidiaries. For the nine-month period ended September 30, 2019, there were 8 VIE's subsidiaries transferred to the Company's wholly-owned subsidiaries.

**(d)   *Impairment of goodwill***

Goodwill is not amortized, but tested for impairment annually as of December 31 or more frequently if event and circumstances indicate that they might be impaired.

Goodwill represents the excess of the purchase price and fair value of non-controlling interest over the fair value of identifiable net assets acquired in business combinations. Accounting Standards Codification ("ASC") 350-20 permits the Group to first assess qualitative factors to determine whether it is "more likely than not" that the fair value of a reporting unit is less than its carrying amount as a basis for determining whether it is necessary to perform the quantitative impairment test, using a two -step approach. If this is the case, the two-step goodwill impairment test is required. If it is more likely-than-not that the fair value of a reporting unit is greater than its carrying amount, the two-step goodwill impairment test is not required.

If the two-step goodwill impairment test is required, the first step compares the fair values of each reporting unit to its carrying amount, including goodwill. If the fair value of a reporting unit exceeds its carrying amount, goodwill is not considered impaired and the second step will not be required. If the carrying amount of a reporting unit exceeds its fair value, the second step compares the implied fair value of the affected reporting unit's goodwill to the carrying value of that goodwill. The implied fair value of goodwill is determined in a manner similar to accounting for a business combination with the allocation of the assessed fair value determined in the first step to the assets and liabilities of the reporting unit. The excess of the fair value of the reporting unit over the amounts assigned to the assets and liabilities is the implied fair value of goodwill. This allocation process is only performed for purposes of evaluating goodwill impairment and does not result in an entry to adjust the value of any assets or liabilities. An impairment loss is recognized for any excess in the carrying value of goodwill over the implied fair value of goodwill. In estimating the fair value of each reporting unit the Group estimates the future cash flows of each reporting unit, the Group has taken into consideration the

F-64

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE UNAUDITED CONDENSED CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**1. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (Continued)**

overall and industry economic conditions and trends, market risk of the Group and historical information.

No impairment of goodwill was recognized for the nine-month periods ended September 30, 2018 and 2019.

**(e)**   **Business combinations**

The Company accounts for its business combinations using the acquisition method of accounting in accordance with ASC Topic 805, *Business Combinations*. The consideration transferred in an acquisition is measured as the aggregate of the fair values at the date of exchange of the assets given. The costs directly attributable to the acquisition are expensed as incurred. Identifiable assets, liabilities and contingent liabilities acquired or assumed are measured separately at their fair value as of the acquisition date, irrespective of the extent of any non-controlling interests. The excess of (i) the total of cost of acquisition, fair value of the non-controlling interests and acquisition date fair value of any previously held equity interest in the acquiree over (ii) the fair value of the identifiable net assets of the acquiree, is recorded as goodwill. If the cost of acquisition is less than the fair value of the net assets of the subsidiary acquired, the difference is recognized directly in earnings.

**(f)**   **Concentration and risk**

*Concentration of customers and suppliers*

There are no customers or suppliers from whom revenue or purchases individually represent greater than 10% of the total revenues or the total purchases of the Group for the nine-month periods ended September 30, 2018 and 2019.

*Concentration of credit risk*

Financial instruments that potentially expose the Group to concentrations of credit risk consist principally of cash, term deposits and restricted cash.

The Group's investment policy requires cash, term deposits and restricted cash to be placed with high-quality financial institutions and to limit the amount of credit risk from any one institution. The Group regularly evaluates the credit standing of the counterparties or financial institutions.

*Interest rate risk*

The Group's exposure to interest rate risk primarily relates to the Group's short-term and long-term bank borrowings. As part of its asset and liability risk management, the Group reviews and takes appropriate steps to manage its interest rate exposures on its interest-bearing assets and liabilities. The Group has not been exposed to material risks due to changes in market interest rates, and not used any derivative financial instruments to manage the interest risk exposure during the periods presented.

F-65

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE UNAUDITED CONDENSED CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**1. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (Continued)**

*(g) Recent Accounting Pronouncements*

In January 2017, the FASB issued ASU 2017-04, Simplifying the Test for Goodwill Impairment ("ASU 2017-04"), which simplifies the accounting for goodwill impairment by eliminating Step two from the goodwill impairment test. If the carrying amount of a reporting unit exceeds its fair value, an impairment loss shall be recognized in an amount equal to that excess, versus determining an implied fair value in Step two to measure the impairment loss. The guidance is effective for annual and interim impairment tests performed in periods beginning after December 15, 2019. Early adoption is permitted for all entities for annual and interim goodwill impairment testing dates on or after January 1, 2017. The guidance should be applied on a prospective basis. The Group is still evaluating the effect that this accounting standard will have on the consolidated financial statements and related disclosures.

**2. CASH AND RESTRICTED CASH**

A reconciliation of cash and restricted cash in the unaudited condensed consolidated balance sheets to the amounts in the unaudited condensed consolidated statements of cash flows is as follows:

| | As of | |
| --- | --- | --- |
| | December 31, 2018 | September 30, 2019 |
| | RMB | RMB |
| Cash | 1,087,258 | 376,527 |
| Restricted cash-current | 1,362,266 | 1,698,655 |
| Restricted cash-non current | 16,010 | 222,606 |
| **Total cash and restricted cash shown in the unaudited condensed consolidated statement of cash flows** | **2,465,534** | **2,297,788** |

**3. BUSINESS COMBINATION**

In December 2018, the Group entered into an agreement with the shareholders of Hanzhou Aishangzu Technology Co., Ltd. ("Aishangzu") to acquire its subsidiaries. Aishangzu is primarily engaged in leasing apartments from property owners, designs, renovates and furnishes such apartments and then leases to residents. To facilitate the transaction, Aishangzu agreed to transfer all of the equity interests of its subsidiaries it held to Hanzhou Aishangdanke Technology Co., Ltd. ("Aishangzudanke"), a newly established wholly-owned subsidiary of Aishangzu. In March 2019, the Group completed the acquisition of Aishangzudanke and their wholly-owned and majority-owned subsidiaries. Before March 2019, the Group paid RMB189,643 to Aishangzu, for the purpose of settling payables of those subsidiaries due to Aishangzu. The Group agreed to pay RMB200,000 to the shareholders of Aishangzu by the instalments as: (i) RMB80,000 upon closing of the transaction; (ii) RMB60,000 within 6 months after closing; (iii) RMB40,000 within 12 months after closing; and (iv) RMB20,000 within 24 months after closing. As of acquisition date, the total fair value of the considerations for the acquisition amounted to RMB369,953. The fair value of non-controlling interest amounting to RMB344 was measured based on the purchase price, taking into account a discount reflective of the non-controlling nature of the interest. As of September 30, 2019, the outstanding consideration of RMB113,223 and

F-66

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE UNAUDITED CONDENSED CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**3. BUSINESS COMBINATION (Continued)**

RMB14,800 was recorded in accrued expenses and other current liabilities and other non-current liabilities in the unaudited condensed consolidated balance sheets, respectively.

The transaction was accounted for as a business combination. The determination of fair values of the identifiable assets acquired and liabilities assumed is based on various assumptions and valuation methodologies requiring considerable management judgment. The most significant variables in these valuations are discount rates, terminal values, the number of years on which to base the cash flow projections, as well as the assumptions and estimates used to determine the cash inflows and outflows. Management determines discount rates to be used based on the risk inherent in the current business model and industry comparisons. Terminal values are based on the expected life of products and forecasted life cycle and forecasted cash flows over that period. The Company's estimates of fair value are based upon assumptions believed to be reasonable, but which are inherently uncertain and unpredictable and, as a result, actual results may differ from estimates. Any changes to provisional amounts identified during the measurement period are recognized in the reporting period in which the adjustment amounts are determined. The fair value of assets acquired and liabilities assumed as of the date of acquisition was as follows:

|  | RMB |
| --- | --- |
| Cash consideration | 369,953 |
| Fair value of non-controlling interests | 344 |
| Fair values of identifiable assets acquired and liabilities assumed |  |
| Current assets | 56,699 |
| Property and equipment, net | 299,323 |
| Intangible assets, net | 195,000 |
| Other current liabilities | (518,972) |
| Deferred income tax liabilities | (9,208) |
| Net assets acquired | 22,842 |
| Goodwill | 347,455 |

The acquired intangible assets primarily consist of trademark and internet domain name, mobile application, non-compete agreements and customer relationships. Goodwill arising from this acquisition was attributable to the synergies expected from the combined business. The financial results of the Aishangzu have been included in the Group's consolidated financial statements since the date the Group obtained control. For the period from the acquisition date through September 30, 2019, the business acquired in 2019 contributed RMB381,433 and RMB61,636 in revenues and net loss, respectively.

**Unaudited Pro Forma Financial Information:**

The following unaudited pro forma financial information presents the consolidated results of operations of the Group as if the acquisitions had been completed on January 1, 2018. The unaudited pro forma financial information is supplemental information only and is not necessarily indicative of the Group's consolidated results of operations actually would have been had the acquisitions been

F-67

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE UNAUDITED CONDENSED CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**3. BUSINESS COMBINATION (Continued)**

completed on January 1, 2018. In addition, the unaudited pro forma financial information does not attempt to project the future consolidated results of operations of the Group after the acquisitions.

| | Nine-month periods Ended September 30, | |
| --- | --- | --- |
| | 2018 | 2019 |
| | RMB | RMB |
| Revenues | 2,454,042 | 5,197,016 |
| Net loss | (978,240) | (2,568,397) |
| Net loss per share-basic and diluted | (5.83) | (11.62) |

**4. PREPAYMENTS AND OTHER CURRENT ASSETS**

Prepayments and other current assets at December 31, 2018 and September 30, 2019 consisted of the following:

| | | As of | |
| --- | --- | --- | --- |
| | | December 31, 2018 | September 30, 2019 |
| | | RMB | RMB |
| Deductible input VAT | | 118,850 | 264,215 |
| Deferred rental commission | | 48,731 | 98,342 |
| Deposits to landlords | | 21,924 | 31,322 |
| Prepaid marketing expense | | 21,532 | 29,409 |
| Receivables from payment platform | | 23,127 | 64,393 |
| Interest receivable | | 8,260 | 27,475 |
| Other receivable | (a) | — | 21,219 |
| Others | | 23,370 | 62,562 |
| **Prepayments and Other Current Assets** | | **265,794** | **598,937** |

(a)    In January 2019, the Company made a deposit for the business acquisition of US$3,000 to Bennet Holding Co., Ltd ("Bennet"). The Company subsequently determined not to continue the acquisition and Bennet will repay the deposit to the Company according to the agreement between the Company and Bennet. The Company expects to collect the deposit by early 2020.

F-68

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE UNAUDITED CONDENSED CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**5. PROPERTY AND EQUIPMENT, NET**

Property and equipment at December 31, 2018 and September 30, 2019 consisted of the following:

|  | As of | |
|---|---|---|
|  | December 31, 2018 | September 30, 2019 |
|  | RMB | RMB |
| Apartment: | | |
| —Leasehold improvement | 1,529,995 | 2,683,800 |
| —Furniture and appliances | 900,379 | 1,512,292 |
| —Leasehold improvement under construction | 56,140 | 30,930 |
| Office: | | |
| —Leasehold improvement, furniture, electronic equipment, and software | 6,698 | 37,365 |
| **Property and Equipment** | **2,493,212** | **4,264,387** |
| Less: Accumulated depreciation | (503,582) | (1,261,739) |
| **Property and Equipment, net** | **1,989,630** | **3,002,648** |

Depreciation expenses of leasehold improvement, furniture and appliances for apartments were RMB226,998 and RMB757,292 for the nine-month periods ended September 30, 2018 and 2019, respectively. Depreciation expenses of leasehold improvement, furniture, electronic equipment and software for offices were RMB235 and RMB3,471 for the nine-month periods ended September 30, 2018 and 2019, respectively.

**6. GOODWILL AND INTANGIBLE ASSETS**

The Group's goodwill and intangible assets consist of the following:

|  |  | As of | |
|---|---|---|---|
|  | Useful life | December 31, 2018 | September 30, 2019 |
|  |  | RMB | RMB |
| Goodwill |  | — | 347,455 |
|  |  |  |  |
| Intangible assets subject to amortization |  |  |  |
| —Trademark and internet domain name | 9 years | 2,175 | 80,280 |
| —Mobile application | 3 years | — | 23,000 |
| —Non-compete | 2 years | — | 10,000 |
| —Customer relationships | 2 years | — | 84,000 |
| **Total Intangible Assets** |  | **2,175** | **197,280** |
| Less: accumulated amortization |  | (122) | (29,716) |
| **Total Intangible Assets, net** |  | **2,053** | **167,564** |

The amortization expenses incurred for the nine-month periods ended September 30, 2018 and 2019 was RMB106 and RMB29,594 respectively.

F-69

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE UNAUDITED CONDENSED CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**6. GOODWILL AND INTANGIBLE ASSETS (Continued)**

The estimated amortization expense for intangible assets in the three-month period ending December 31, 2019, and the years ending December 31, 2020, 2021, 2022, 2023 and 2024 are RMB14,718, RMB58,873, RMB36,456, RMB10,790 and RMB8,873, and RMB8,873 respectively.

**7. OTHER NON-CURRENT ASSETS**

Other non-current assets at December 31, 2018 and September 30, 2019 consisted of the following:

| | | As of | |
| --- | --- | --- | --- |
| | | December 31, 2018 | September 30, 2019 |
| | | RMB | RMB |
| Deferred rental commission | | 203,295 | 334,836 |
| Prepaid deposit for business acquisition | 4(a) | 45,000 | — |
| Deferred IPO costs | (a) | — | 9,563 |
| Others | | 3,641 | 21,903 |
| **Other non-current assets** | | **251,936** | **366,302** |

(a)     Direct costs incurred by the Company attributable to its proposed IPO of ordinary shares in the United States have been deferred and recorded as deferred IPO costs and will be offset against the gross proceeds received from such offering.

**8. SHORT-TERM BORROWINGS AND CURRENT PORTION OF LONG-TERM BORROWINGS**

| | | As of | |
| --- | --- | --- | --- |
| | | December 31, 2018 | September 30, 2019 |
| | | RMB | RMB |
| Rent financing | (a) | 1,947,592 | 3,102,045 |
| Loans from financial institutions | (b) | 742,000 | 1,095,559 |
| Entrusted loan | (c) | 200,000 | 300,000 |
| Current portion of long-term borrowing | 10 | 1,250 | 9,500 |
| **Short-term borrowings and current portion of long-term borrowing** | | **2,890,842** | **4,507,104** |

(a)     According to the rent financing agreements with the financial institutions, the Group is required to deposit a certain percentage of the cash the Group receives from the financial institutions to an escrow account. The Group recognizes these payments to financial institutions as restricted cash. As of December 31, 2018 and September 30, 2019, the restricted cash of RMB155,591 and RMB287,415 was deposited to those financial institutions.

(b)     In January 2019, a PRC VIE repaid RMB66,000 and borrowed RMB62,000 for a term of six months and at an annual interest rate of 5.8% from Xiamen International Bank Co., Ltd. A restricted cash deposit of US$10,000 (equivalent to RMB68,747) was deposited by the Company to the bank for this borrowing. In June 2019, the VIE borrowed RMB132,000 for a term of one year and at an annual interest rate of 2.33% from Xiamen International Bank Co., Ltd. A restricted cash deposit of US$20,000 (equivalent to RMB137,494) was deposited by the

F-70

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE UNAUDITED CONDENSED CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**8. SHORT-TERM BORROWINGS AND CURRENT PORTION OF LONG-TERM BORROWINGS (Continued)**

Company to the bank for this borrowing at the interest rate of 0.08%. As of September 30, 2019, the outstanding balance from Xiamen International Bank Co., Ltd was RMB500,000.

In January 2019, WOFE borrowed a loan of RMB70,000 from Bank of Ningbo Co., Ltd for a term of nine months and at an annual interest rate of 5.5%. A restricted cash deposit of RMB70,000 was deposited by WOFE to the bank for this borrowing at an annual interest rate of 3.6%.

In January 2019, a PRC VIE entered into an agreement with Bank of Ningbo Co., Ltd for a borrowing of RMB134,626. To facilitate this borrowing, a restricted cash deposit of RMB134,626 was deposited to the bank for a term of six months. The borrowing was repaid on July 2019.

In April 2019, a PRC VIE entered into an agreement with Bank of Ningbo Co., Ltd for a borrowing of RMB133,590. The borrowing will mature on April 2020. To facilitate this borrowing, a restricted cash deposit of RMB133,590 was deposited to the bank for a term of one year.

In June 2019, a PRC subsidiary borrowed a loan of RMB10,000 from Bank of China Co., Ltd for a term of one year and at an annual interest rate of 4.56%. To facilitate this borrowing, a guarantee was provided by a PRC VIE.

In June 2019, a PRC subsidiary borrowed a loan of RMB10,000 from Bank of China Co., Ltd for a term of six months and at an annual interest rate of 4.56%. To facilitate this borrowing, a guarantee was provided by a PRC VIE. The subsidiary repaid RMB5,010 based on the agreed repayment plan and the outstanding balance as at September 30, 2019 was RMB4,990.

In September 2019, a PRC VIE repaid RMB100,000 to Huaxia Bank Co., Ltd. As of September 30, 2019, the outstanding balance for Huaxia Bank Co., Ltd was RMB150,000.

In August 2019, a PRC VIE entered into factoring agreement with Haier Factoring (Chongqing) Co., Ltd ("Haier Factoring"), pursuant to which the VIE received a financing of RMB100,000 by factoring the right of receiving future rental fee of underlying lease agreements from the residents to Haier Factoring. The term is one year and the annual interest rate is 8.3%. The VIE is responsible to repay the borrowing on a monthly basis. To facilitate this borrowing, a guarantee was provided by WOFE, Jing Gao and Yan Cui, the co-founders of the Company. The outstanding balance as of September 30, 2019 was RMB91,979.

In September 2019, a PRC subsidiary borrowed a loan of RMB15,000 from PICC Investment Management Co., Ltd for a term of one year and at an annual interest rate of 6%. To facilitate this borrowing, a guarantee was provided by Guangdong Join-Share Financing Guarantee Investment Co., Ltd, a third party guarantor, with an annual service fee of 0.8%.

(c)     In January 2019, a PRC VIE borrowed RMB100,000 for a term of eleven months and at an annual interest rate of 5% from Shanghai AJ Trust Co., Ltd. A restricted cash deposit of RMB102,100 deposited to the trustor, Luso International Banking Ltd, by a HK subsidiary to facilitate this borrowing. The deposit has a one year term at an annual interest of 2%.

F-71

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE UNAUDITED CONDENSED CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**9. ACCRUED EXPENSES AND OTHER CURRENT LIABILITIES**

| | As of | |
| --- | --- | --- |
| | December 31, 2018 | September 30, 2019 |
| | RMB | RMB |
| Payroll payable | 150,161 | 219,233 |
| Payable for business acquisition (Note 3) | — | 113,223 |
| Others | 64,009 | 129,744 |
| **Accrued expenses and other current liabilities** | **214,170** | **462,200** |

Others mainly include VAT payable and deposits refundable to residents upon termination.

**10. LONG-TERM BORROWINGS, EXCLUDING CURRENT PORTION**

| | As of | |
| --- | --- | --- |
| | December 31, 2018 | September 30, 2019 |
| | RMB | RMB |
| Long-term bank loans | 4,500 | 200,000 |
| Less: current portion (Note 8) | (1,250) | (9,500) |
| Rent financing | 179,396 | 3,658 |
| **Long-term borrowings, excluding current portion** | **182,646** | **194,158** |

In January 2019, a PRC VIE enter into a facility agreement with Xiamen International Bank Co., Ltd. for RMB200,000 with a term of 3 years. In January 2019, the VIE borrowed RMB200,000 under this agreement for a term of 3 years and at the interest rate of 6.5% per annum. A restricted cash deposit of US$31,000 (equivalent to RMB213,115) was deposited by a HK subsidiary to the bank for this borrowing. As of September 30, 2019, the outstanding balance was RMB196,000, among which the balance of RMB8,000 is reclassified as current portion of long-term borrowing. In June 2019, a PRC subsidiary repaid RMB500 to China Construction Bank Co., Ltd based on the agreed repayment plan. As of September 30, 2019, the outstanding balance was RMB4,000, among which the balance of RMB1,500 is reclassified as current portion of long-term borrowing.

As of September 30, 2019, the future principal payments for the Group's long-term borrowings will be due according to the following payment schedule:

| | RMB |
| --- | --- |
| Three months ending December 31, 2019 | 750 |
| 2020 | 10,000 |
| 2021 | 12,908 |
| 2022 | 180,000 |
| **Total** | **203,658** |

F-72

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE UNAUDITED CONDENSED CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**11. CONVERTIBLE PREFERRED SHARES**

The Company's Preferred Shares activities consist of the following:

| | Series A-1 Preferred Shares | Series A-2 Preferred Shares | Series A-2-1 Preferred Shares | Series A-3 Preferred Shares | Series B-1 Preferred Shares | Series B-2 Preferred Shares | Series C Preferred Shares | Series C-1 Preferred Shares | Series C-2 Preferred Shares | Total equity |
|---|---|---|---|---|---|---|---|---|---|---|
| | RMB | RMB | RMB | RMB | RMB | RMB | RMB | RMB | RMB | RMB |
| Balance as of December 31, 2018 | 1,402 | 32,156 | 6,826 | 118,316 | 440,721 | 510,802 | 1,749,409 | — | — | 2,859,632 |
| Issuance for cash | — | — | — | 3,038 | — | — | — | — | 1,500,416 | 1,503,454 |
| Issuance cost paid | — | — | — | — | — | — | — | — | (2,411) | (2,411) |
| Redesignation of redeemable convertible preferred shares | — | — | — | (11,697) | — | — | (1,755,247) | 11,697 | 1,755,247 | — |
| Accretion and modification of redeemable convertible preferred shares | — | 1,545 | 197 | 5,883 | 26,061 | 30,204 | 5,838 | 600 | 182,571 | 252,899 |
| Foreign currency translation adjustment | 43 | 1,033 | 215 | 3,442 | 14,317 | 16,594 | — | 397 | 108,962 | 145,003 |
| **Balance as of September 30, 2019** | **1,445** | **34,734** | **7,238** | **118,982** | **481,099** | **557,600** | **—** | **12,694** | **3,544,785** | **4,758,577** |

In January 2019, the Company redesignated 27,155,688 Series A-3 redeemable convertible preferred shares ("Series A-3 Preferred Shares") from Joy Capital I, L.P. to 27,155,688 Series C-1 redeemable convertible preferred shares ("Series C-1 Preferred Shares") to Success Golden Group Limited, an associated company of Joy Capital I, L.P. The key terms of Series C-1 Preferred Shares including redemption, conversion, dividend and liquidation, are the same as Series A-3 Preferred Shares.

In January 2019, the Company issued 198,222,513 Series C-2 redeemable convertible preferred shares ("Series C-2 Preferred Shares") at US$1.1047 to Antfin (Hong Kong) Holding Limited, Ducati Investment Limited, Joy Capital Opportunity, L P., CMC Downtown Holdings Limited, Banyan Partners Fund III, L.P., and Banyan Partners Fund III-A, L.P. The total proceeds from the issuance of Series C-2 Preferred Shares was US$218,985 (equivalent to RMB1,500,416). The issuance cost was RMB2,411. The Company also redesignated 226,297,396 Series C Preferred Shares to 226,297,396 Series C-2 Preferred Shares. The key terms of Series C-2 Preferred Shares including redemption, conversion, dividend and liquidation, are the same as Series C Preferred Shares.

In August 2019, the Company received cash proceeds in the amount of $431 (equivalent to RMB3,038) from a third party individual for the subscription of 8,144,384 Series A-3 preferred shares, pursuant to a Series A-3 preferred shares agreement in November 2017.

The Company classified Series C-1 Preferred Shares and Series C-2 Preferred Shares (collectively "Preferred Shares") as mezzanine equity on the unaudited condensed consolidated balance sheets since they are contingently redeemable at the option of the holders after a specified time period.

The Company evaluated the embedded conversion option in Preferred Shares to determine if the embedded conversion option require bifurcation and accounting for as a derivative. The Company concluded the embedded conversion and redemption option did not need to be bifurcated pursuant to ASC 815 because these terms do not permit net settlement, nor they can be readily settled net by a means outside the contract, nor they can provide for delivery of an asset that puts the holders in a position not substantially different from net settlement. The Company also determined that there was no beneficial conversion feature attributable to Preferred Shares because the initial effective conversion prices of Preferred Shares were higher than the fair value of the Company's ordinary shares at the relevant commitment dates. The fair value of the Company's ordinary shares on the commitment date was estimated by management with the assistance of an independent valuation firm. The Company also determined there was no other embedded features to be separated from Preferred Shares.

F-73

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE UNAUDITED CONDENSED CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**11. CONVERTIBLE PREFERRED SHARES (Continued)**

In addition, the carrying values of the Preferred Shares were accreted from the share issuance dates to the redemption value on the earliest redemption dates. The accretions were recorded against retained earnings, or in the absence of retained earnings, by charges against additional paid-in capital. Once additional paid-in capital had been exhausted, additional charges were recorded by increasing the accumulated deficit.

For the periods presented, the Company concluded that it was probable that Series A-2, A-2-I, A-3, B-1, B-2, C, C-1 and C-2 Preferred Shares will become redeemable. The total redemption amount of Series A-2, A-2-I, A-3, B-1, B-2, C-1 and C-2 Preferred Shares in each of the five years are as follows:

|  | RMB |
|---|---|
| Three month ending December 31, 2019 | — |
| 2020 | — |
| 2021 | — |
| 2022 | — |
| 2023 | 6,467,538 |

**12. ORDINARY SHARES**

In January 2019, the Company repurchased 4,000,000 and 2,210,000 ordinary shares issued to Mr. Gao Jing and Mr. Cui Yan with a consideration of RMB29,959 and RMB16,551, respectively. The repurchased ordinary shares was cancelled immediately. The excess of the purchase price over the par value of the shares of RMB46,510 was charged to accumulated deficit.

**13. SHARE-BASED COMPENSATION**

    **(a) Restricted Ordinary Shares**

The following table sets forth the restricted shares' vesting schedule for the nine-month period ended September 30, 2019:

|  | Number of shares |
|---|---|
| Unvested at December 31, 2018 | 65,885,417 |
| Vested | (53,906,250) |
| Unvested at September 30, 2019 | 11,979,167 |

The amounts of stock compensation expense in relation to the restricted ordinary shares recognized in the nine-month periods ended September 30, 2018 and 2019 was RMB4,393 and RMB4,511 respectively.

As of September 30, 2019, RMB1,035 of total unrecognized compensation expense related to non-vested restricted shares is expected to be recognized over a weighted average period of approximately 0.17 year.

F-74

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE UNAUDITED CONDENSED CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**13. SHARE-BASED COMPENSATION (Continued)**

　　**(b) Stock Option Plan**

　　In January 2019, the Company amended and restated the 2017 Stock Incentive Plan under which a maximum aggregate number of ordinary shares that may be issued pursuant to all awards granted shall be 180,849,469 shares.

　　In June, July and September 2019, the Company granted 50,650,000, 15,300,000 and 84,065,148 stock options to its employees with an exercise price of US$0.0500, respectively.

　　The options are subject to a four-year service schedule, under which an employee earns an entitlement to vest 25% of his/her option on the expiry date of a 12-month period following the grant date, and the remaining 75% shall vest in equal monthly installments over the following three years commencing from the vesting date of the first installment. Before the Company completes a Qualified IPO, all stock options granted to an employee shall be forfeited at the time the employee terminates his employment with the Group. After the Company completes a Qualified IPO, vested options not exercised by an employee shall be forfeited 90 days after termination of employment of the employee.

　　A summary of the share options activities for the nine-month period ended September 30, 2019 is presented below:

| | Number of shares | Weighted average exercise price | Weighted remaining contractual years | Aggregate intrinsic value |
|---|---|---|---|---|
| | | US$ | | US$ |
| **Outstanding at December 31, 2018** | **55,809,066** | 0.0500 | | |
| Granted | 150,015,148 | 0.0500 | | |
| Repurchased | (1,922,700) | 0.0500 | | |
| Forfeited | (25,878,600) | 0.0500 | | |
| **Outstanding at September 30, 2019** | **178,022,914** | 0.0500 | 8.38 | 177,900 |
| **Vested and expected to vest as of September 30, 2019** | **178,022,914** | 0.0500 | 8.38 | 177,900 |
| **Exercisable as of September 30, 2019** | — | 0.0500 | — | — |

　　The fair value of the share options granted at the grant date amounted to RMB1,352,714 for the nine-month period ended September 30, 2019. Since the exercisability is dependent upon the Company's IPO, and it is not probable that this performance condition can be achieved until the IPO is effective, no compensation expense relating to the options was recorded for the nine-month period ended September 30, 2019. As of September 30, 2019, the total unrecognized compensation costs associated with stock option is RMB1,276,485.

　　In January 2019, the Company repurchased 1,922,700 share options issued to employees for cash in the amount of RMB14,400. Considering the option is exercisable upon the Company's completion of a Qualified IPO, the repurchase of the unvested award is, in effect, a modification to immediately vest the award. RMB14,400 compensation cost was recorded as share-based compensation expense for the nine-month period ended September 30, 2019.

F-75

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE UNAUDITED CONDENSED CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**14. FAIR VALUE MEASUREMENT**

The carrying amounts of cash, restricted cash, accounts receivable, short-term borrowings, accounts payable, rental payable and deposits from residents as of September 30, 2019 approximate their fair values because of short maturity of these instruments.

The fair value of long-term borrowings is based on the amount of future cash flows associated with each debt instrument discounted at the Company's current borrowing rate for similar debt instruments of comparable terms. The carrying values of the long-term borrowings approximate their fair values as the long-term borrowings' interest rates approximate the rates currently offered by the Company's bankers for similar debt instruments of comparable maturities.

**15. INCOME TAX**

The statutory income tax rate for the Group is 25% for the nine-month periods ended September 30, 2018 and 2019. The effective income tax rate for the nine-month periods ended September 30, 2018 and 2019 was 0.0% and (0.1)% respectively. The effective income tax rate for the nine-month periods ended September 30, 2018 and 2019 differs from the PRC statutory income tax rate of 25% primarily due to the effect of non-deductible expenses and change in valuation allowance.

As of September 30, 2019, the Group had net operating loss carry forwards of approximately RMB3,425,090 attributable to the PRC subsidiaries, VIEs, and VIEs' subsidiaries. A valuation allowance is provided against deferred income tax assets when the Group determines that it is more likely than not that the deferred income tax assets will not be utilized in the foreseeable future.

**16. NET LOSS PER SHARE**

The following table sets forth the basic and diluted net loss per share computation and provides a reconciliation of the numerator and denominator for the periods presented:

|  | For the nine-month periods Ended September 30, | |
| --- | --- | --- |
|  | **2018** | **2019** |
|  | **RMB** | **RMB** |
| **Numerator:** | | |
| Net loss attributable to Phoenix Tree Holdings Limited | (812,996) | (2,515,026) |
| Accretion and modification of redeemable convertible preferred shares | (51,030) | (252,899) |
| **Numerator for basic and diluted net loss per share calculation** | **(864,026)** | **(2,767,925)** |
| | | |
| **Denominator:** | | |
| Weighted average number of ordinary shares | 176,692,708 | 242,698,917 |
| **Denominator for basic and diluted net loss per share calculation** | **176,692,708** | **242,698,917** |
| | | |
| **Net loss per ordinary share** | | |
| —Basic and diluted | (4.89) | (11.40) |

F-76

Table of Contents

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE UNAUDITED CONDENSED CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

**16. NET LOSS PER SHARE (Continued)**

The potentially dilutive securities that have not been included in the calculation of diluted net loss per share as their inclusion would be anti-dilutive are as follows:

|  | As of September 30, | |
| --- | --- | --- |
|  | **2018** | **2019** |
| Share options | 55,809,066 | 178,022,914 |
| Restricted shares | 101,822,917 | 11,979,167 |
| Convertible Preferred Shares | 879,367,822 | 1,312,032,115 |

**17. COMMITMENTS AND CONTINGENCIES**

The Group leases apartments and offices under non-cancelable operating lease agreements. Rental cost and rental expenses, including apartments and offices, were RMB1,300,709 and RMB4,450,199 for the nine-month periods ended September 30, 2018 and 2019, respectively.

As of September 30, 2019, future minimum lease commitments, under apartment and office non-cancelable operating lease agreements, were as follows:

|  | **Apartments** | **Offices** | **Total** |
| --- | --- | --- | --- |
| Three months ending December 31, 2019 | 1,909,401 | 10,176 | 1,919,577 |
| 2020 | 7,371,346 | 36,090 | 7,407,436 |
| 2021 | 6,365,305 | 17,369 | 6,382,674 |
| 2022 | 4,784,474 | 3,821 | 4,788,295 |
| 2023 | 3,536,860 | 54 | 3,536,914 |
| 2024 and thereafter | 2,534,381 | — | 2,534,381 |

**18. RELATED PARTY TRANSACTIONS**

In August 2019, the Group obtained a loan of RMB1,000 from a shareholder of Series A-3 Redeemable Convertible Preferred Shares. The amount were unsecured, non-interest bearing and due to demand.

F-77

**PHOENIX TREE HOLDINGS LIMITED**

**NOTES TO THE UNAUDITED CONDENSED CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**(All amounts in thousands, except for share and per share data)**

## 19. CHANGES IN SHAREHOLDERS' DEFICIT

| | Ordinary shares | | Additional paid in capital | Accumulated other comprehensive loss | Accumulated Deficit | Total deficit |
|---|---|---|---|---|---|---|
| | Shares | RMB | RMB | RMB | RMB | RMB |
| **Balance as of December 31, 2017** | **287,500,000** | **35** | **—** | **1,754** | **(368,184)** | **(366,395)** |
| Net loss | — | — | — | — | (812,996) | (812,996) |
| Share-based compensation | — | — | 4,393 | — | — | 4,393 |
| Foreign currency translation adjustment, net of nil income taxes | — | — | — | (5,695) | — | (5,695) |
| Reclassification adjustment for gain on available for sale securities, net of income taxes of RMB112 | — | — | — | (337) | — | (337) |
| Accretion and modification of redeemable convertible preferred shares | — | — | (4,393) | — | (46,637) | (51,030) |
| **Balance as of September 30, 2018** | **287,500,000** | **35** | **—** | **(4,278)** | **(1,227,817)** | **(1,232,060)** |

| | Ordinary shares | | Additional paid in capital | Accumulated other comprehensive loss | Accumulated Deficit | Shareholders' deficit attributable to Phoenix Tree Holdings Limited | Non-controlling interests | Total deficit |
|---|---|---|---|---|---|---|---|---|
| | Shares | RMB | RMB | RMB | RMB | RMB | RMB | RMB |
| **Balance as of December 31, 2018** | **287,500,000** | **35** | **—** | **(3,061)** | **(1,839,123)** | **(1,842,149)** | **(4,134)** | **(1,846,283)** |
| Net income / (loss) | — | — | — | — | (2,515,026) | (2,515,026) | (1,194) | (2,516,220) |
| Share-based compensation | — | — | 4,511 | — | — | 4,511 | — | 4,511 |
| Foreign currency translation adjustment, net of nil income taxes | — | — | — | (88,541) | — | (88,541) | — | (88,541) |
| Repurchase of shares | (6,210,000) | — | — | — | (46,510) | (46,510) | — | (46,510) |
| Business acquisition | — | — | — | — | — | — | 344 | 344 |
| Accretion of redeemable convertible preferred shares | — | — | (4,511) | — | (248,388) | (252,899) | — | (252,899) |
| **Balance as of September 30, 2019** | **281,290,000** | **35** | **—** | **(91,602)** | **(4,649,047)** | **(4,740,614)** | **(4,984)** | **(4,745,598)** |
| **Balance as of September 30, 2019—US$(Note 1(b))** | | **5** | **—** | **(12,816)** | **(650,426)** | **(663,237)** | **(697)** | **(663,934)** |

## 20. SUBSEQUENT EVENTS

Management has considered subsequent events through October 28, 2019, which was the date the unaudited condensed consolidated financial statements were issued.

(a) In October 2019, CMC Downtown II Holdings Limited and Juneberry Investment Holdings Limited entered into agreements with the Company to purchase 71,828,809 and 64,645,928 Series D redeemable convertible preferred shares, respectively, at US$1.3922 with a total consideration of US$190,000. The Company received US$100,000 in October 2019 and expected to receive the remaining US$90,000 in November 2019.

F-78

Table of Contents



**PART II**

**INFORMATION NOT REQUIRED IN PROSPECTUS**

**Item 6.**   *Indemnification of Directors and Officers*

Cayman Islands law does not limit the extent to which a company's articles of association may provide indemnification of officers and directors, except to the extent any such provision may be held by the Cayman Islands courts to be contrary to the public interest, such as providing indemnification against civil fraud or the consequences of committing a crime. The registrant's articles of association provide that each officer or director of the registrant shall be indemnified out of the assets of the registrant against any liability incurred by him or her in defending any proceedings, whether civil or criminal, in which judgment is given in his or her favor, or the proceedings are otherwise disposed of without any finding or admission of any material breach of duty on his or her part, or in which he or she is acquitted or in connection with any application in which relief is granted to him or her by the court from liability for negligence, default, breach of duty or breach of trust in relation to the affairs of the registrant.

Under the form of indemnification agreements filed as Exhibit 10.2 to this registration statement, we will agree to indemnify our directors and executive officers against certain liabilities and expenses incurred by such persons in connection with claims made by reason of their being such a director or executive officer.

The form of underwriting agreement filed as Exhibit 1.1 to this registration statement will also provide for indemnification of us and our officers and directors.

Insofar as indemnification for liabilities arising under the Securities Act may be permitted to directors, officers or persons controlling us under the foregoing provisions, we have been informed that in the opinion of the SEC such indemnification is against public policy as expressed in the Securities Act and is therefore unenforceable.

**Item 7.**   *Recent Sales of Unregistered Securities*

During the past three years, we have issued the following securities (including options to acquire our ordinary shares) without registering the securities under the Securities Act. None of these transactions involved any underwriters' underwriting discounts or commissions, or any public offering. We believe that each of the following issuances was exempt from registration under the Securities Act in reliance on Regulation S or Rule 701 under the Securities Act or pursuant to Section 4(2) of the Securities Act regarding transactions not involving a public offering. No underwriters were involved in these issuances of securities.

| Purchaser | Date of Issuance | Title and Number of Securities | Consideration in U.S. Dollars | Underwriting Discount and Commission |
|---|---|---|---|---|
| ***Ordinary Shares*** | | | | |
| YIHAN HOLDINGS LIMITED | February 28, 2017 | 50,000,000 ordinary shares | Past and future services to us | Not applicable |
| SHENGDUO HOLDINGS LIMITED | February 28, 2017 | 12,500,000 ordinary shares | Past and future services to us | Not applicable |

II-1

| Purchaser | Date of Issuance | Title and Number of Securities | Consideration in U.S. Dollars | Underwriting Discount and Commission |
| --- | --- | --- | --- | --- |
| *Preferred Shares* | | | | |
| Joy Capital I, L.P. | March 7, 2017 | 188,813,961 series A-3 redeemable convertible preferred shares | US$10,000,000 | Not applicable |
| KIT Cube Limited | March 7, 2017 | 69,043,337 series A-3 redeemable convertible preferred shares | US$3,656,686 | Not applicable |
| Ucommune International Limited | March 7, 2017 | 2,714,795 series A-3 redeemable convertible preferred shares | US$143,781 | Not applicable |
| Shaohu Luo | March 7, 2017 | 14,504,462 series A-3 redeemable convertible preferred shares and 16,967,466 series A-2-I redeemable convertible preferred shares | US$1,487,095 | Not applicable |
| CMC Downtown Holdings Limited | February 12, 2018 | 68,933,668 series B redeemable convertible preferred shares | US$22,500,000 | Not applicable |
| Banyan Partners Fund III, L.P. | February 12, 2018 | 39,062,412 series B redeemable convertible preferred shares | US$12,750,000 | Not applicable |
| Banyan Partners Fund III-A, L.P. | February 12, 2018 | 6,893,367 series B redeemable convertible preferred shares | US$2,250,000 | Not applicable |
| Joy Capital II, L.P. | February 12, 2018 | 45,955,779 series B redeemable convertible preferred shares | US$15,000,000 | Not applicable |
| Vision Plus Capital Fund II, L.P. | February 12, 2018 | 5,744,472 series B redeemable convertible preferred shares | US$1,875,000 | Not applicable |
| BAI GmbH | February 12, 2018 | 4,595,578 series B redeemable convertible preferred shares | US$1,500,000 | Not applicable |
| G&M Capital Holding Limited | February 12, 2018 | 1,148,894 series B redeemable convertible preferred shares | US$375,000 | Not applicable |
| R Capital Growth Fund LP | February 12, 2018 | 11,488,945 series B redeemable convertible preferred shares | US$3,750,000 | Not applicable |

II-2

| Purchaser | Date of Issuance | Title and Number of Securities | Consideration in U.S. Dollars | Underwriting Discount and Commission |
|---|---|---|---|---|
| CMC Downtown Holdings Limited | May 25, 2018 | 15,666,743 series B-2 redeemable convertible preferred shares[1] | US$7,500,000 | Not applicable |
| Banyan Partners Fund III, L.P. | May 25, 2018 | 8,877,821 series B-2 redeemable convertible preferred shares[1] | US$4,250,000 | Not applicable |
| Banyan Partners Fund III-A, L.P. | May 25, 2018 | 1,566,674 series B-2 redeemable convertible preferred shares[1] | US$750,000 | Not applicable |
| Joy Capital II, L.P. | May 25, 2018 | 10,444,495 series B-2 redeemable convertible preferred shares[1] | US$5,000,000 | Not applicable |
| R Capital Growth Fund LP | May 25, 2018 | 2,611,124 series B-2 redeemable convertible preferred shares[1] | US$1,250,000 | Not applicable |
| Vision Plus Capital Fund II, L.P. | May 25, 2018 | 1,305,562 series B-2 redeemable convertible preferred shares[1] | US$625,000 | Not applicable |
| BAI GmbH | May 25, 2018 | 1,044,450 series B-2 redeemable convertible preferred shares[1] | US$500,000 | Not applicable |
| G&M Capital Holding Limited | May 25, 2018 | 261,112 series B-2 redeemable convertible preferred shares[1] | US$125,000 | Not applicable |
| Internet Fund IV Pte. Ltd. | May 25, 2018 | 87,315,980 series B-2 redeemable convertible preferred shares | US$44,000,000 | Not applicable |
| Joy Capital II, L.P. | May 25, 2018 | 11,906,725 series B-2 redeemable convertible preferred shares | US$6,000,000 | Not applicable |
| Internet Fund IV Pte. Ltd. | September 30, 2018 | 226,297,396 series C redeemable convertible preferred shares | US$250,000,000 | Not applicable |
| SUCCESS GOLDEN GROUP LIMITED | January 16, 2019 | 27,155,688 series C-1 redeemable convertible preferred shares | US$30,000,000 | Not applicable |

II-3

| Purchaser | Date of Issuance | Title and Number of Securities | Consideration in U.S. Dollars | Underwriting Discount and Commission |
|---|---|---|---|---|
| Antfin (Hong Kong) Holding Limited | January 16, 2019 | 135,778,438 series C-2 redeemable convertible preferred shares | US$150,000,000 | Not applicable |
| Ducati Investment Limited | January 16, 2019 | 36,207,583 series C-2 redeemable convertible preferred shares | US$40,000,000 | Not applicable |
| Joy Capital Opportunity, L.P. | January 16, 2019 | 14,780,094 series C-2 redeemable convertible preferred shares | US$16,328,176 | Not applicable |
| CMC Downtown Holdings Limited | January 16, 2019 | 5,728,199 series C-2 redeemable convertible preferred shares | US$6,328,176 | Not applicable |
| Banyan Partners Fund III, L.P. | January 16, 2019 | 4,868,969 series C-2 redeemable convertible preferred shares | US$5,378,950 | Not applicable |
| Banyan Partners Fund III-A, L.P. | January 16, 2019 | 859,230 series C-2 redeemable convertible preferred shares | US$949,226 | Not applicable |
| Hupo Harmony Capital Management Ltd. | August 23, 2019 | 8,144,384 series A-3 redeemable convertible preferred shares | US$431,344 | Not applicable |
| Ucommune Group Holdings (Hong Kong) Limited | August 23, 2019 | 2,714,795 series A-3 redeemable convertible preferred shares | Cancellation of same shares previously issued to Ucommune lnternational Limited | Not applicable |
| CMC Downtown II Holdings Limited | October 18, 2019 | 71,828,809 series D redeemable convertible preferred shares | US$100,000,000 | Not applicable |
| Juneberry Investment Holdings Limited | October 28, 2019 | 64,645,928 series D redeemable convertible preferred shares | US$90,000,000 | Not applicable |

II-4

| Purchaser | Date of Issuance | Title and Number of Securities | Consideration in U.S. Dollars | Underwriting Discount and Commission |
|---|---|---|---|---|
| *Options* | | | | |
| Certain directors, executive officers and employees | Between April 27, 2017 and September 30, 2019 | Options to purchase 205,774,214 ordinary shares | Past and future services or future services to us | Not applicable |

(1)     Represent shares issued upon conversion of the convertible notes in aggregate principal amount of US$20 million pursuant to the convertible note agreements between the Registrant and the respective convertible noteholders dated February 12, 2018.

**Item 8.**    ***Exhibits and Financial Statement Schedules***

*(a)*     ***Exhibits***

See Exhibit Index beginning on page II-6 of this Registration Statement.

*(b)*     ***Financial Statement Schedules.***

All supplement schedules are omitted because of the absence of conditions under which they are required or because the information is shown in the financial statements or notes thereto.

**Item 9.**    ***Undertakings***

The undersigned registrant hereby undertakes to provide to the underwriters at the closing specified in the underwriting agreements, certificates in such denominations and registered in such names as required by the underwriters to permit prompt delivery to each purchaser. Insofar as indemnification for liabilities arising under the Securities Act may be permitted to directors, officers and controlling persons of the registrant under the provisions described in Item 6, or otherwise, the registrant has been advised that in the opinion of the SEC such indemnification is against public policy as expressed in the Securities Act and is therefore unenforceable. In the event that a claim for indemnification against such liabilities (other than the payment by the registrant of expenses incurred or paid by a director, officer or controlling person of the registrant in the successful defense of any action, suit or proceeding) is asserted by such director, officer or controlling person in connection with the securities being registered, the registrant will, unless in the opinion of its counsel the matter has been settled by controlling precedent, submit to a court of appropriate jurisdiction the question whether such indemnification by it is against public policy as expressed in the Securities Act and will be governed by the final adjudication of such issue.

The undersigned registrant hereby undertakes that:

(1)     For purposes of determining any liability under the Securities Act, the information omitted from the form of prospectus filed as part of this registration statement in reliance upon Rule 430A and contained in a form of prospectus filed by the registrant under Rule 424(b)(1) or (4) or 497(h) under the Securities Act shall be deemed to be part of this registration statement as of the time it was declared effective.

(2)     For the purpose of determining any liability under the Securities Act, each post-effective amendment that contains a form of prospectus shall be deemed to be a new registration statement relating to the securities offered therein, and the offering of such securities at that time shall be deemed to be the initial bona fide offering thereof.

II-5

**EXHIBIT INDEX**

| Exhibit No. | Description of Exhibit |
|---|---|
| 1.1*** | Form of Underwriting Agreement |
| 3.1*** | Tenth Amended and Restate Memorandum and Articles of Association of the Registrant, as effective on October 28, 2019 |
| 3.2*** | Form of Eleventh Amended and Restated Memorandum and Articles of Association of the Registrant |
| 4.1*** | Specimen of Ordinary Share Certificate |
| 4.2** | Form of Deposit Agreement between the Registrant and Citibank, N.A., as depositary |
| 4.3** | Form of American Depositary Receipt evidencing American Depositary Shares (included in Exhibit 4.2) |
| 4.4*** | Eighth Amended and Restated Shareholders Agreement among the Registrant, its then shareholders, subsidiaries and variable interest entities, dated October 28, 2019 |
| 5.1*** | Opinion of Maples and Calder (Hong Kong) LLP regarding the validity of the ordinary shares being registered |
| 8.1*** | Opinion of Simpson Thacher & Bartlett LLP regarding certain United States federal tax matters |
| 8.2*** | Opinion of Maples and Calder (Hong Kong) LLP regarding certain Cayman Islands tax matters (included in Exhibit 5.1) |
| 8.3*** | Opinion of Haiwen & Partners regarding certain PRC tax matters (included in Exhibit 99.2) |
| 10.1*** | Second Amended and Restated 2017 Stock Incentive Plan |
| 10.2*** | Form of Indemnification Agreement between the Registrant and its directors and executive officers |
| 10.3*** | Form of Employment Agreement between the Registrant and its executive officers |
| 10.4*** | Equity Interest Pledge Agreement, among Jing Gao, Yan Cui, Xiaofangjian (Shanghai) Internet Information Technology Co., Ltd. ("Xiaofangjian") and Zi Wutong (Beijing) Asset Management Co., Ltd. ("Zi Wutong"), dated February 12, 2018 (English Translation) |
| 10.5*** | Equity Interest Pledge Agreement, among Jing Gao, Yan Cui, Xiaofangjian and Yishui (Shanghai) Information Technology Co., Ltd. ("Yishui"), dated February 12, 2018 (English Translation) |
| 10.6*** | Power of Attorney Agreement, among Jing Gao, Xiaofangjian and Zi Wutong, dated February 12, 2018 (English Translation) |
| 10.7*** | Power of Attorney Agreement, among Yan Cui, Xiaofangjian and Zi Wutong, dated February 12, 2018 (English Translation) |
| 10.8*** | Power of Attorney Agreement, among Jing Gao, Xiaofangjian and Yishui, dated February 12, 2018 (English Translation) |
| 10.9*** | Power of Attorney Agreement, among Yan Cui, Xiaofangjian and Yishui, dated February 12, 2018 (English Translation) |
| 10.10*** | Exclusive Business Cooperation Agreement, between Xiaofangjian and Zi Wutong, dated November 24, 2015 (English Translation) |

II-6

| Exhibit No. | Description of Exhibit |
|---|---|
| 10.11*** | Exclusive Business Cooperation Agreement, between Xiaofangjian and Yishui, dated December 30, 2016 (English Translation) |
| 10.12*** | Exclusive Call Option Agreement, among Jing Gao, Yan Cui, Xiaofangjian and Zi Wutong, dated February 12, 2018 (English Translation) |
| 10.13*** | Exclusive Call Option Agreement, among Jing Gao, Yan Cui, Xiaofangjian and Yishui, dated February 12, 2018 (English Translation) |
| 10.14*** | Share Restriction Agreement, among the Registrar, its shareholders, Jing Gao, Yan Cui, YIHAN HOLDINGS LIMITED and SHENGDUO HOLDINGS LIMITED, dated October 28, 2019 |
| 10.15*** | 2019 Equity Incentive Plan |
| 21.1*** | Subsidiaries of the Registrant |
| 23.1*** | Consent of KPMG Huazhen LLP |
| 23.2*** | Consent of Maples and Calder (Hong Kong) LLP (included in Exhibit 5.1) |
| 23.3*** | Consent of Simpson Thacher & Bartlett LLP (included in Exhibit 8.1) |
| 23.4*** | Consent of Haiwen & Partners (included in Exhibit 99.2) |
| 23.5*** | Consent of iResearch |
| 23.6*** | Consent of Edwin Fung |
| 23.7*** | Consent of Jianping Ye |
| 24.1*** | Powers of Attorney (included on the signature page in Part II of this Registration Statement) |
| 99.1*** | Code of Business Conduct and Ethics of the Registrant |
| 99.2*** | Opinion of Haiwen & Partners regarding certain PRC law matters |
| 99.3*** | Representation under Item 8.A.4 of Form 20-F |

**     Incorporated by reference to our Registration Statement on Form F-6 (Registration No. 333-235850) filed with the Securities and Exchange Commission on January 8, 2020 with respect to American depositary shares representing our Class A ordinary shares.

***     Previously filed.

II-7

**SIGNATURES**

Pursuant to the requirements of the Securities Act of 1933, as amended, the registrant certifies that it has reasonable grounds to believe that it meets all of the requirements for filing on Form F-1 and has duly caused this registration statement to be signed on its behalf by the undersigned, thereunto duly authorized, in Beijing, China on January 15, 2020.

PHOENIX TREE HOLDINGS LIMITED

By:    /s/ JING GAO

Name:    Jing Gao
Title:    Director and Chief Executive Officer

Pursuant to the requirements of the Securities Act of 1933, as amended, this Registration Statement has been signed by the following persons in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ DEREK BOYANG SHEN<br>Derek Boyang Shen | Chairman | January 15, 2020 |
| /s/ JING GAO<br>Jing Gao | Director and Chief Executive Officer (principal executive officer) | January 15, 2020 |
| *<br>Yan Cui | Director and President | January 15, 2020 |
| *<br>Wenbiao Li | Director | January 15, 2020 |
| *<br>Erhai Liu | Director | January 15, 2020 |
| *<br>Xian Chen | Director | January 15, 2020 |
| *<br>Gang Ji | Director | January 15, 2020 |
| *<br>William Wang | Director | January 15, 2020 |

II-8

| Signature | Title | Date |
|---|---|---|
| /s/ JASON ZHENG ZHANG<br><br>Jason Zheng Zhang | Chief Financial Officer (principal financial and accounting officer) | January 15, 2020 |

*By: /s/ JING GAO

Name: Jing Gao
*Attorney-in-Fact*

II-9

**SIGNATURE OF AUTHORIZED REPRESENTATIVE IN THE UNITED STATES**

Pursuant to the Securities Act of 1933, as amended, the undersigned, the duly authorized representative in the United States of Phoenix Tree Holdings Limited has signed this registration statement or amendment thereto in New York on January 15, 2020.

Cogency Global Inc.

By:    /s/ RICHARD ARTHUR

      Name:      Richard Arthur
      Title:       Assistant Secretary

II-10