**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KATHERINE WANDEL, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br>     v.<br><br>JING GAO, DEREK BOYANG SHEN, YAN CUI, WENBIAO LI, ERHAI LIU, XIAN CHEN, WILLIAM WANG, GANG JI, EDWIN FUNG, JIANPING YE, JASON ZHENG ZHANG, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, J.P. MORGAN SECURITIES LLC, TIGER BROKERS (NZ) LIMITED, US TIGER SECURITIES, INC., COGENCY GLOBAL INC., RICHARD ARTHUR and PHOENIX TREE HOLDINGS LIMITED,<br><br>               Defendants, | 1:20-cv-03259-PAC<br><br><br>**NOTICE OF MOTION TO VACATE DEFAULT** |

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Wenbiao Li, dated June 2, 2021, the exhibits annexed thereto, the accompanying Memorandum of Law, and upon all prior proceedings, pleadings, and filings in this action, Defendant Wenbiao Li ("Defendant"), by his undersigned counsel, will move this Court, located at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, before the Honorable Paul A. Crotty, United States District Judge, at a date and time to be determined by the Court, for an Order granting the following relief:

    (1)     Vacating the default entered against Defendant Wenbiao Li (Dkt. No. 67);

    (2)     granting such other and further relief as the Court deems just and proper;

**PLEASE TAKE FURTER NOTICE** that the time to serve and file papers in opposition to and/or in further support of this motion shall be governed by Local Rule 6.1(b).

1

2

Dated: New York, New York
    June 4, 2021

Respectfully submitted,

FELICELLO LAW P.C.


By:  /s/ Michael James Maloney
     Michael James Maloney
366 Madison Avenue
3rd Floor
New York, NY 10017
Tel. (646) 564-3510

*Attorneys for Defendant Wenbiao Li*

2