**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

KATHERINE WANDEL, Individually and on Behalf of All Others Similarly Situated,

                     Plaintiff,

    v.

JING GAO, DEREK BOYANG SHEN, YAN CUI, WENBIAO LI, ERHAI LIU, XIAN CHEN, WILLIAM WANG, GANG JI, EDWIN FUNG, JIANPING YE, JASON ZHENG ZHANG, : CITIGROUP GLOBAL MARKETS INC., : CREDIT SUISSE SECURITIES (USA) LLC, J.P.: MORGAN SECURITIES LLC, TIGER BROKERS (NZ) LIMITED, US TIGER SECURITIES, INC., COGENCY GLOBAL INC., RICHARD ARTHUR and PHOENIX TREE HOLDINGS LIMITED,

               Defendants,

1:20-cv-03259-PAC

**DECLARATION OF WENBIAO LI IN SUPPORT OF MOTION TO VACATE DEFAULT**

---

WENBIAO LI declares, pursuant to 28 U.S.C. 1746, as follows:

1.    I am an individual defendant named in the above-captioned action (the "Action"). I am over the age of eighteen and competent to make this declaration. I make this declaration in support of the motion to vacate the default entered against me on May 24, 2021 (Dkt. No. 67).

2.    I recently learned that Ralph M. Stone, an attorney for the plaintiffs in this Action, submitted a request for entry of a "Clerk's Certificate of Default" against me.

3.    I have reviewed the Declaration of Mr. Stone filed in support of the request for entry of default (Dkt. 65) and the Affidavit of Service, dated December 29, 2020, annexed to that declaration (Dkt. 65-1).

4.    In the Affidavit of Service, a person named Tim Ault claims to have served papers related to the Action on an Asian female, of 70 years of age, at a residence located at 38810 Litchfield

Circle, Fremont, CA 94356.

5. I do not know to whom Mr. Ault served the papers. I, however, was not served with any papers in connection with this case.

6. I do not, and have not in the last 12 years, resided at 38810 Litchfield Circle, Fremont CA.

7. The last time I regularly resided at the 38810 Litchfield Circle residence was in 2007, when I was still married to Yulin Xu, my ex-wife.

8. On February 9, 2007, I obtained a judgment of divorce from Yulin Xu. Annexed hereto as **Exhibit A** is at true and correct copy of the judgment of divorce filed in Alameda County on February 9, 2007.

9. In September 2008, I moved permanently to the People's Republic of China (the "PRC"). From September 2008 to the present, I have resided only in the PRC. I have not resided at, or even visited, the residence at 38810 Litchfield Circle during this period.

10. In connection with the divorce, I executed a Grant Deed granting to Yulin Xu all of my interests in the 38810 Litchfield Circle residence. Annexed hereto as **Exhibit B** is a true and correct copy of the Grant Deed I executed on March 14, 2011. Following the execution of the Grant Deed, Yulin Xu began to make mortgage payments for this property. I have not made any mortgage payments for this property since 2013.

11. I do not maintain regular contact with my ex-wife. Also, the description of the person served does not resemble my ex-wife.

12. I do not know for certain whether or not my name continues to be listed in property records as a co-owner of the 38810 Litchfield Circle residence. She may have forgotten to file the original Grant Deed.

13.     It is my understanding that plaintiff in this Action alleges violations of the U.S. securities laws in connection with the January 2020 initial public offering of Phoenix Tree Holdings Limited, which formerly traded on the New York Stock Exchange ("NYSE") under the symbol "DNK" ("DNK").

14.     It is my understanding that certain of the other defendants have now filed motions to dismiss the complaint based on certain legal defenses regarding the disclosures that are referred to in the complaint. I am informed and believe that many, if not substantially all, of the arguments for dismissal asserted in the pending motions would apply equally towards dismissal of the claims against me personally. If plaintiffs continue to prosecute the claims against me, I expect to assert defenses similar to those asserted by the other defendants.

15.     WHEREFORE, I respectfully request that the Court enter an Order vacating the default.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed on:   June 2, 2021

_____
Wenbiao Li

3