FL-180

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address)*:<br>— TYPED BY DIVORCE ASSISTANCE     510-732-5737<br>WENBIAO LI<br>38810 LITCHFIELD CIRCLE<br>FREMONT, CA 94536<br>TELEPHONE NO.: 510-446-1836    FAX NO.*(Optional)*: 510-732-5706<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: WENBIAO LI IN PRO PER | **FOR COURT USE ONLY**<br><br>ENDORSED<br>FILED<br>ALAMEDA COUNTY<br><br>FEB - 9 2007<br><br>CLERK OF THE SUPERIOR COURT<br>By _____ L. DUNCAN _____<br>                   Deputy |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** ALAMEDA
STREET ADDRESS: 24405 AMADOR STR
MAILING ADDRESS: ROOM 104
CITY AND ZIP CODE: HAYWARD CA 94544
BRANCH NAME: HAYWARD   HALL OF JUSTICE

**MARRIAGE OF**
PETITIONER: YULIN XU

RESPONDENT: WENBIAO LI

| **JUDGMENT** | CASE NUMBER: |
|---|---|
| [X] **DISSOLUTION**    [ ] **LEGAL SEPARATION**    [ ] **NULLITY**<br>   [X] **Status only**<br>   [ ] **Reserving jurisdiction over termination of marital or domestic partnership status**<br>   [ ] **Judgment on reserved issues**<br>Date marital or domestic partnership status ends:   FEB - 9 2007 | FF04168302 |

1. [ ] This judgment [ ] contains personal conduct restraining orders [ ] modifies existing restraining orders. The restraining orders are contained on page(s) _____ of the attachment. They expire on *(date)*:

2. This proceeding was heard as follows: [ ] Default or uncontested   [X] By declaration under Family Code section 2336
   [ ] Contested
   a. Date: FEB 9, 2007    Dept.: 508    Room:
   b. Judicial officer *(name)*: Sue Alexander    [ ] Temporary judge
   c. [ ] Petitioner present in court    [ ] Attorney present in court *(name)*:
   d. [X] Respondent present in court    [ ] Attorney present in court *(name)*:
   e. [ ] Claimant present in court *(name)*:    [ ] Attorney present in court *(name)*:
   f. [ ] Other *(specify name)*:

3. The court acquired jurisdiction of the respondent on *(date)*:
   a. [X] The respondent was served with process.
   b. [X] The respondent appeared.

**THE COURT ORDERS, GOOD CAUSE APPEARING**
4. a. [X] Judgment of dissolution is entered. Marital or domestic partnership status is terminated and the parties are restored to the status of single persons
      (1) [X] on *(specify date)*: FEB - 9 2007
      (2) [ ] on a date to be determined on noticed motion of either party or on stipulation.
   b. [ ] Judgment of legal separation is entered.
   c. [ ] Judgment of nullity is entered. The parties are declared to be single persons on the ground of *(specify)*:

   d. [ ] This judgment will be entered nunc pro tunc as of *(date)*:
   e. [ ] Judgment on reserved issues.
   f. The [ ] petitioner's [ ] respondent's former name is restored *(specify)*:
   g. [ ] Jurisdiction is reserved over all other issues, and all present orders remain in effect except as provided below.
   h. [ ] This judgment contains provisions for child support or family support. Each party must complete and file with the court a *Child Support Case Registry Form* (form FL-191) within 10 days of the date of this judgment. The parents must notify the court of any change in the information submitted within 10 days of the change, by filing an updated form. The *Notice of Rights and Responsibilities-Health Care Costs and Reimbursement Procedures and Information Sheet on Changing a Child Support Order* (form FL-192) is attached.

Page 1 of 2

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>FL-180 [Rev. January 1, 2007] | **JUDGMENT**<br>**(Family Law)** | Family Code, §§ 2024, 2340,<br>2343, 2346<br>*www.courtinfo.ca.gov* |

Martin Dean's ESSENTIAL FORMS™

LI, WINBIAO

| NAME (Last name, first name of each party): WENBIAO v XU, YULIN | CASE NUMBER: FF04168302 |

(cont'd.)

i. ☐ A settlement agreement between the parties is attached.

j. ☐ A written stipulation for judgment between the parties is attached.

k. ☐ The children of this marriage or domestic partnership.

   (1) ☐ The children of this marriage or domestic partnership are:

     Name                                     Birthdate

   (2) ☐ Parentage is established for children of this relationship born prior to the marriage or domestic partnership.

l. ☐ Child custody and visitation are ordered as set forth in the attached

   (1) ☐ settlement agreement, stipulation for judgment, or other written agreement.

   (2) ☐ Child Custody and Visitation Order Attachment (form FL-341).

   (3) ☐ Stipulation and Order for Custody and/or Visitation of Children (form FL-355).

   (4) ☐ other (specify):

m. ☐ Child support is ordered as set forth in the attached

   (1) ☐ settlement agreement, stipulation for judgment, or other written agreement.

   (2) ☐ Child Support Information and Order Attachment (form FL-342).

   (3) ☐ Stipulation to Establish or Modify Child Support and Order (form FL-350).

   (4) ☐ other (specify):

n. ☐ Spousal or partner support is ordered as set forth in the attached

   (1) ☐ settlement agreement, stipulation for judgment, or other written agreement.

   (2) ☐ Spousal, Partner, or Family Support Order Attachment (form FL-343).

   (3) ☐ other (specify):

**NOTICE:** It is the goal of this state that each party will make reasonable good faith efforts to become self-supporting as provided for in Family Code section 4320. The failure to make reasonable good faith efforts may be one of the factors considered by the court as a basis for modifying or terminating spousal or partner support.

o. ☐ Property division is ordered as set forth in the attached

   (1) ☐ settlement agreement, stipulation for judgment, or other written agreement.

   (2) ☐ Property Order Attachment to Judgment (form FL-345).

   (3) ☐ other (specify):

p. ☒ Other (specify): THIS JUDGMENT IS FOR TERMINATION OF MARITAL STATUS ONLY, PURSUANT TO ALL THE TERMS AND CONDITIONS OF F.C.#2337. COURT RESERVES JURISDICTION OVER ALL OTHER ISSUES.

Each attachment to this judgment is incorporated into this judgment, and the parties are ordered to comply with each attachment's provisions.

Jurisdiction is reserved to make other orders necessary to carry out this judgment.

Date: FEB - 9 2007

SUE ALEXANDER
COMMISSIONER
                 JUDICIAL OFFICER

☐ SIGNATURE FOLLOWS LAST ATTACHMENT

5. Number of pages attached: _____

**NOTICE**

Dissolution or legal separation may automatically cancel the rights of a spouse or domestic partner under the other spouse's or domestic partner's will, trust, retirement plan, power of attorney, pay-on-death bank account, transfer-on-death vehicle registration, survivorship rights to any property owned in joint tenancy, and any other similar thing. It does not automatically cancel the rights of a spouse or domestic partner as beneficiary of the other spouse's or domestic partner's life insurance policy. You should review these matters, as well as any credit cards, other credit accounts, insurance policies, retirement plans, and credit reports, to determine whether they should be changed or whether you should take any other actions.

A debt or obligation may be assigned to one party as part of the dissolution of property and debts, but if that party does not pay the debt or obligation, the creditor may be able to collect from the other party.

An earnings assignment may be issued without additional proof if child, family, partner, or spousal support is ordered.

Any party required to pay support must pay interest on overdue amounts at the "legal rate," which is currently 10 percent.

Martin Dean's ESSENTIAL FORMS™

LI, WINBIAO

TYPED BY DIVORCE ASSISTANCE
FOR WENBIAO LI
38810 LITCHFIELD CIRCLE
FREMONT CA 94536
510-446-1836
PETITIONER IN PRO PER

### SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA

In re the Marriage of:                    )    Case #FF04168302
                                          )    STIPULATION AND ORDER
Petitioner:  WENBIAO LI                    )    FOR TERMINATION OF
                                          )    MARITAL STATUS
                                          )
Respondent: YULIN XU                       )
-----------------------------------------/

   Both parties in the above entitled action hereby declare that they wish to terminate the status of their marriage effective the date of hearing.

   Both parties further declare that they wish to retain their own pension or 401k in their own name and waive community property rights of the other.

   Both parties further declare that they have served preliminary and final declarations of disclosure on each other and waive the necessity of any further financial disclosures. Declarations of Service of Declaration of Preliminary and Final Disclosure have been filed previously with this court.

   Both parties further declare that terminating marital status will not affect the medical coverage or health insurance for either of them since neither of them has medical coverage at this moment, since both parties are currently unemployed. This is also the reason that the parties are unable to execute their previously filed marital settlement agreement at this time. It is for this reason that they desire to terminate their marital status.

Dated: _2/6/2007_

             _____
             Yulin Xu, Petitioner in pro per

Dated: _2/6/2007_

             _____
             Wenbiao Li, Respondent in pro per

**SO ORDERED:**

Date:_____

        JUDGE/COMMISSIONER OF THE SUPERIOR COURT

State of California  
County of __Alameda__ } ss.

# CALIFORNIA ALL-PURPOSE
## CERTIFICATE OF ACKNOWLEDGMENT

On __02/06/2007__ , before me, __Jessica Wade, Notary Public__ ,
<span style="font-size:smaller">Date</span> <span style="font-size:smaller">Printed Name of Notary Public</span>

personally appeared __Wenbiao Li and Yufin Xu__ ,
<span style="font-size:smaller">Printed Name(s) of Signer(s)</span>

☐ personally known to me - or -

☒ proved to me on the basis of satisfactory evidence:

   ☒ form(s) of identification __CA DL__

   ☐ credible witness(es) _____

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

JESSICA WADE  
COMM. #1683817  
NOTARY PUBLIC - CALIFORNIA  
ALAMEDA COUNTY  
My Comm. Expires July 25, 2010

TGJ1

(Seal)

_Signature of Notary Public_

---

## OPTIONAL INFORMATION

_Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this acknowledgment to an unauthorized document and may prove useful to persons relying on the attached document._

## Description of Attached Document

The preceding Certificate of Acknowledgment is attached to a document titled/for the purpose of __Stipulation and Order__ __for termination of Marital Status__ ,

containing __2__ pages, and dated __02/06/2007__ .

The signer(s) capacity or authority is/are as:

☐ Individual(s)

☐ Attorney-in-Fact

☐ Corporate Officer(s) _____
                           Title(s)

☐ Guardian/Conservator

☐ Partner - Limited/General

☐ Trustee(s)

☐ Other: _____

representing: _____
<span style="font-size:smaller">Name(s) of Person(s) or Entity(ies) Signer is Representing</span>

### Additional Information

☐ Additional Signer(s)   ☐ Signer(s) Thumbprint(s)

☐ Other

© Copyright 2004 Notary Rotary, Inc. 925 29th St., Des Moines, IA 50312-3612   Form ACK02. 02/04.   To re-order, call toll-free 1-877-349-6588 or visit us on the Internet at http://www.thenotaryshop.com