RECORDING REQUESTED BY:
Chicago Title Company
Escrow No.: 11-58116860-RW
Locate No.: CACTI7701-7701-5581-0058116860
Title No.: 11-58116860-JK

**When Recorded Mail Document and Tax Statement To:**
Wenbiao B Li
38810 Litchfield Circle
Fremont, Ca 94536

APN:

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## GRANT DEED

The undersigned grantor(s) declare(s)
Documentary transfer tax is $  O          City Transfer Tax is $  O
[  X  ]  computed on full value of property conveyed, or
[     ]  computed on full value less value of liens or encumbrances remaining at time of sale,
[     ]  Unincorporated Area    City of **Fremont,**
**"This conveyance is in dissolution of marriage by one spouse to the other, R & T 11927."**

**FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,** Wenbiao B Li and Yulin Xu, husband and wife as community property

**hereby GRANT(S) to** Yulin Xu, an unmarried woman

**the following described real property in the** City of **Fremont,** County of **Alameda,** State of **California:**

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF

DATED:  March 14, 2011

~~State~~            ~~of~~            ~~California~~                    Wenbiao B Li
)
People's Republic of China)
Municipality of Beijing )
~~County~~  Embassy of the United )  SS:    of
)      States of America )                Yulin Xu
O        2 5 MAR 2011                      n

before me,

, ~~Notary Public~~
(here insert name and title of the officer), personally appeared
Li, WenBiao & Xu, Yulin

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) ~~is~~/are subscribed to the within instrument and acknowledged to me that ~~he/she~~/they executed the same in ~~his/her~~/their authorized capacity(ies), and that by ~~his/her~~/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

~~I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.~~

WITNESS my hand and official seal.

S    i    g    n    a    t    u    r    e

(Seal)
Escrow No.: 11-58116860-RW

Ryan L. Palsrok
Consul