UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHERINE WANDEL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>JING GAO, DEREK BOYANG SHEN, YAN CUI, WENBIAO LI, ERHAI LIU, XIAN CHEN, WILLIAM WANG, GANG JI, EDWIN FUNG, JIANPING YE, JASON ZHENG ZHANG, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, J.P. MORGAN SECURITIES LLC, TIGER BROKERS (NZ) LIMITED, US TIGER SECURITIES, INC., COGENCY GLOBAL INC., RICHARD ARTHUR and PHOENIX TREE HOLDINGS LIMITED,<br><br>Defendants. | Civil Action No. 1:20-cv-03259-PAC<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF JOSEPH RUSSELLO IN OPPOSITION TO MOTION TO VACATE DEFAULT** |

Joseph Russello, pursuant to 28 U.S.C. §1746, declares as follows under penalty of perjury:

1. I am an attorney duly licensed to practice before this Court and a member of the law firm of Robbins Geller Rudman & Dowd LLP, co-lead counsel for plaintiffs in this action. I am involved in handling this litigation and have personal knowledge of the matters addressed herein. I respectfully submit this declaration in opposition to defendant Wenbiao Li's ("Li") motion to vacate his default.

2. On May 24, 2021, the Clerk of the Court issued Certificates of Default as to Li and defendant Phoenix Tree Holdings Limited, the company for which he served as a director at all times relevant to this litigation. ECF Nos. 66-67.

3. On Friday, June 4, 2021, Li appeared through counsel, Michael James Maloney, for the purpose of moving to vacate the default. ECF Nos. 68-70.

4. On Wednesday, June 9, 2021, I left a voicemail message requesting Mr. Maloney to call to discuss the motion and a potential path forward. After leaving my message, I sent an email to Mr. Maloney with plaintiffs' proposal, noting "[a]lthough we have some questions on the supporting documents that accompanied the motion," we would propose to "consent to setting aside the default" if Li would allow Mr. Maloney to "accept[] service of the complaint and amended complaint on his behalf . . . ." Not having received response to my voicemail message or email, I sent another email to Mr. Maloney on the morning of June 11, 2021, again asking him to reach out. Attached as Exhibit A is a true and correct copy of the email chain setting forth these written communications.

5. On the morning of June 16, 2021, Mr. Maloney responded, indicating that he would try to call later that day. Ultimately, on June 18, 2021, Mr. Maloney called to advise me that Li had rejected plaintiffs' proposal.

6. Attached as Exhibit B is a collection of true and correct copies of articles and press releases reporting on or otherwise publicizing the commencement or pendency of this action.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on June 18, 2021,
at Melville, New York.

*/s/ Joseph Russello*
JOSEPH RUSSELLO

**CERTIFICATE OF SERVICE**

I, Luz Lopez, hereby certify that on June 18, 2021, I caused a true and correct copy of the attached Declaration of Joseph Russello in Opposition to Motion to Vacate Default to be served electronically on all counsel registered for electronic service for this case.

*/s/ Luz Lopez*
Luz Lopez