# EXHIBIT A

**Joseph Russello**

| | |
|---|---|
| **From:** | Joseph Russello |
| **Sent:** | Friday, June 11, 2021 9:48 AM |
| **To:** | 'mmaloney@felicellolaw.com' |
| **Subject:** | RE: Phoenix Tree Securities Litigation |

Michael:

I'd still like to touch base on this when you're available (I understand that opposition to Mr. Li's motion is due on June 18).  I'm in the office today at (631) 367-7100.

Best,

Joe

**From:** Joseph Russello
**Sent:** Wednesday, June 9, 2021 9:42 AM
**To:** 'mmaloney@felicellolaw.com' <mmaloney@felicellolaw.com>
**Subject:** Phoenix Tree Securities Litigation

Michael:

I left a message for you a moment ago and am now following up by email.

As you know, my firm is co-counsel for the plaintiffs in the Phoenix Tree securities litigation, pending in the Southern District of New York.  We have reviewed Mr. Li's motion to set aside the default.  Although we have some questions on the supporting documents that accompanied the motion, we would like to propose a path forward.

Would you be amenable to accepting service of the complaint and amended complaint on his behalf if we consent to setting aside the default?  We could stipulate that the outcome of the pending motion to dismiss would apply to him and he could preserve any unique defenses, such as any defense based on lack of personal jurisdiction, with the caveat that plaintiffs would reserve their rights (including the right to seek jurisdictional discovery).

Please let me know your thoughts.  This approach may address any immediate concerns Mr. Li has while providing a workable framework for next steps.

Regards,

Joe

**Joseph Russello**

**Robbins Geller Rudman & Dowd** LLP

58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100

1