# EXHIBIT B

**BUSINESS INSURANCE.**

# Chinese real estate firm sued over IPO documents

Posted On: Apr. 27, 2020 2:06 PM CST

## Judy Greenwald

A putative class-action securities lawsuit was filed Friday against a Chinese real estate firm that had its initial public offering in January, charging it made only an oblique reference to the already raging coronavirus pandemic in its offering documents.



Beijing-based Phoenix Tree Holdings Ltd., a Cayman Islands holding company that leases and manages apartments in 13 cities in China — including Wuhan, where the pandemic originated — raised net proceeds of $128.4 million from its sale of American Depository Shares on Jan. 22, according to the lawsuit filed in U.S. District Court in New York against the company, its officers and directors, IPO underwriters and others. The lawsuit, *Katherine Wandel v. Jin Gao et al.*, was originally discussed in the *D&O Diary* blog.

Its offering materials said only that the company's business could be adversely affected by "the effects of Ebola virus disease, H1N1 flu, H7N9 flu, avian flu, Severe Acute Respiratory Syndrome, or SARS, or other epidemics" even though as of the offering materials' effective date "the coronavirus was already ravaging China — particularly Wuhan," according to the lawsuit.

The offering price for the ADS, which are traded on the New York Stock Exchange, at the time of the IPO was $13.50 per share. The price at last Friday's close was $6.97.

The suit charges also that the offering materials did not reveal that the company had received renter complaints that it had signed up tenants for bank loans without their knowledge.

"These issues presented known trends, uncertainties and risk that required disclosure in the Offering Materials," said the lawsuit, which charges violations of U.S. securities law.

A spokesman for the company could not be reached for comment.

Putative class actions securities litigation in connection with the coronavirus has been filed against Inovio Pharmaceuticals Inc., Norwegian Cruise Line Holdings Ltd. and Zoom Video Communications Inc.

*More insurance and risk management news on the coronavirus crisis here.*



**Portfolio Media. Inc.** | 111 West 19th Street, 5th floor | New York, NY 10011 | www.law360.com
Phone: +1 646 783 7100 | Fax: +1 646 783 7161 | customerservice@law360.com

# Chinese Co-Living Co. Hit With Investor Suit Over COVID-19

By **McCord Pagan**

Law360 (April 27, 2020, 5:06 PM EDT) -- A Chinese co-living company operating under the Danke and Dream Apartment brands was sued in New York federal court for allegedly misleading investors about its risks, including the threat it faced from the novel coronavirus, when the company launched its initial public offering earlier this year.

Investor Katherine Wandel launched a proposed class action Friday accusing Phoenix Tree Holdings Ltd., its executives and underwriters of misleading her and others about the risks the company faced from the deadly COVID-19 pandemic. Wandel also alleges Phoenix Tree failed to mention disputes from tenants accusing the company of enrolling them in loans without their knowledge, using the proceeds to run its business and having customers pay down the balance.

Phoenix Tree owns a Beijing-based online co-living platform that links property owners with mostly young renters willing to share living space in order to save money.

The suit targets Phoenix Tree, CEO Jing Gao and other executives, as well as its underwriters — including Citigroup Global Markets Inc., J.P. Morgan Securities LLC and Credit Suisse Securities (USA) LLC — for the company's roughly **$130 million** IPO in January.

"Because the offering materials did not disclose anything about the coronavirus, much less the impact it was then having or could have on the company, [American depositary shares] purchasers had no opportunity to consider how the worsening situation might impact the company, including the company's relationship with its renters," according to the suit.

While Phoenix Tree mentioned the risks the company could face from diseases such as Ebola, SARS or H1N1, its disclosures to investors, declared effective Jan. 16, didn't include discussion of the novel coronavirus, which the lawsuit alleges was "ravaging China" and in particular Wuhan, a significant hub for the company.

"And complications associated with the coronavirus were adversely affecting Phoenix's business, as tenants contracted the virus, lost employment, or otherwise experienced difficulty in honoring their leases and paying their rent," according to the suit.

The World Health Organization said it first learned on Dec. 31 of a virus in Wuhan that would later be identified as the novel coronavirus and that has now spread to millions of people around the world.

On March 25, Phoenix Tree announced its financial results for the end of 2019 and said it expected COVID-19 to affect its business, which hurt its price on the New York Stock

Exchange, according to the lawsuit. Details on the stock-price fall were not mentioned in the lawsuit.

In its Jan. 17 IPO debut, Phoenix Tree began trading at $13.50 per share, down from an original plan to sell shares between $14.50 and $16.50 each.

The company's share price has been on a downward trajectory since, experiencing more serious dips in price in February and then early to mid-March, which roughly matches the performance of the rest of the New York Stock Exchange since COVID-19 began spreading worldwide.

On March 25, Phoenix Tree closed at $7.65 per share, the same price where it ended trading the day before. On March 26, the company's stock closed slightly up at $7.91 per share and by the end of the week was trading at $9. On April 6, the company's share price fell to its lowest point of $5.85, before experiencing a modest recovery.

Founded in 2015, Phoenix is a Cayman Islands company operating in China and opened its first units in Beijing, according to its website. In October 2017, the company opened in its sixth city in the country, Wuhan, and is now in 13 markets, it said.

Wandel is seeking to be appointed lead plaintiff for the proposed class action and for Robbins Geller Rudman & Dowd LLP to be appointed lead and class counsel.

The lawsuit is seeking damages, prejudgment interest, and attorney fees and costs.

Counsel for the investor and a representative for Phoenix Tree did not immediately respond to requests for comment Monday.

Wandel is represented by Samuel H. Rudman and Joseph Russello of Robbins Geller Rudman & Dowd LLP and Ralph M. Stone of Johnson Fistel LLP.

Counsel information for the defendants was not immediately available.

The case is Wandel v. Gao et al., case number 1:20-cv-03259, in the U.S. District Court for the Southern District of New York.

--Additional reporting by Tom Zanki. Editing by Janice Carter Brown.

All Content © 2003-2020, Portfolio Media, Inc.

# Stanford Law School
## Securities Class Action Clearinghouse
### a collaboration with Cornerstone Research

# Phoenix Tree Holdings Limited Hit with Coronavirus Lawsuit

*Stanford - April 28, 2020*

In a COVID-related securities fraud complaint that might be a harbinger of litigation to come, plaintiffs' class action attorneys have filed a complaint against Phoenix Tree Holdings Limited ("Phoenix") that is notable for three distinct reasons. It is the first case alleging omissions of COVID-related risks, trends and uncertainties that allegedly should have been disclosed to investors. Second, it is the first COVID-related action to be filed against a foreign issuer. Finally, it is the first COVID case filed in connection with an IPO.

The securities class action against Phoenix was filed in the Southern District of New York on April 24th on behalf of all purchasers of the company's American Depositary Shares. Phoenix is a Cayman Islands holding company that leases and manages apartments in China, which it rents to tenants under the Danke Apartment and Dream Apartment brands.

The complaint alleges that offering materials prepared in connection with Phoenix's IPO on January 22, 2020 omitted or otherwise misrepresented the nature and level of renter complaints the company had received before and as of the IPO, as well as demand in the Chinese residential rental market due to the pandemic, and the company's exposure to significant adverse developments, resulting from the onset of the coronavirus in China – particularly in Wuhan – at the time of the IPO. Plaintiffs are pursuing remedies under Sections 11, 12(a)(2) and 15 of the Securities Act of 1933.

This case against Phoenix is the third COVID-related securities class action identified by the Clearinghouse. It follows on the heels of Norwegian Cruise Lines and Inovio Pharmaceuticals. The Norwegian complaint primarily alleges failure to disclose sales tactics of providing affirmatively false statements to potential customers about the safety and demand for Norwegian's products during the pandemic. The Inovio complaint alleges falsely exaggerated claims in connection with a potential COVID-19 vaccine. In contrast, the Phoenix complaint primarily alleges omissions of material risks in IPO prospectuses and registration statements of a Chinese company. This complaint may serve as a preview of future forms of COVID-related litigation.

**By Leo Cho**
**Securities Class Action Clearinghouse (SCAC)**

If you have questions about this report, please contact scac@law.stanford.edu

http://securities.stanford.edu/

**JENNER&BLOCK**

April 29, 2020



## Securities Litigation and Enforcement
# New COVID-19 Securities Developments: Class Action Omissions Theory and SEC Enforcement Actions

By: Gabriel K. Gillett, Katherine M. Funderburg, Paul B. Rietema and Howard S. Suskin

The COVID-19 pandemic has presented publicly held companies and their officers and directors with a number of legal, business and operational issues.  As discussed in a prior client alert, shareholders have already begun responding to the economic impact of COVID-19 by filing securities class actions related to the pandemic, including lawsuits against Norwegian Cruise Lines (NCL) and Inovio Pharmaceuticals (Inovio) for allegedly misrepresenting the impact of the pandemic on their business operations.  We write with an update on a recent COVID-19-related securities class action brought in connection with an initial public offering (IPO) under an omissions theory, filed against Phoenix Tree Holdings Limited (Phoenix) in the US District Court for the Southern District of New York.[1]  Additionally, we note that the SEC Enforcement Division is actively investigating COVID-19-related misrepresentations too, having brought a new enforcement action against a microcap company and its CEO, accusing them of misrepresenting that the company had a large supply of protective masks for sale.[2]

The class action case involves Phoenix, a Cayman Islands holding company that leases and manages apartments in China.  On April 24, 2020, an investor who purchased Phoenix's American Depositary Shares filed a complaint alleging that the offering materials prepared in connection with Phoenix's January 22, 2020 IPO contained a number of omissions or misrepresentations related to COVID-19.  Specifically, the plaintiff alleges that the offering materials omitted key information about the nature and level of renter complaints Phoenix had received before and as of the IPO, as well as demand in the Chinese residential rental market due to the pandemic.  Further, the plaintiff asserts that the offering materials omitted material information about Phoenix's exposure to significant adverse developments resulting from the onset of COVID-19 in China—and particularly in Wuhan, one of the cities in which Phoenix operates—at the time of the IPO.

The suit against Phoenix differs from prior COVID-19-related securities class actions in several key ways.  First, the nature of the alleged fraud at issue is different.  The *NCL* and *Inovio* lawsuits, which assert securities fraud claims under Securities Exchange Act Section 10(b) and Rule 10b-5, allege the companies made public statements misrepresenting how COVID-19 was impacting their business operations.  In the *NCL* suit, the shareholder alleges the company made statements that minimized the likely impact of COVID-19 on its operations.[3]  In the *Inovio* suit, the shareholder alleges the company misrepresented its progress on the development of a COVID-19 vaccine.[4]  The complaint against Phoenix, in contrast, asserts claims under Sections 11, 12(a)(2), and 15 of the Securities Act of 1933 and alleges omissions of material risks in IPO prospectuses and registration statements.  As such, the suit against Phoenix appears to be the first case involving alleged omissions of COVID-19-related risks, trends and uncertainties that, according to the plaintiff, should have been disclosed to investors.  It is also the first COVID-19-related securities lawsuit against a foreign issuer—which may raise issues related to the extraterritorial application of the securities laws, under *Morrison v. National Australia Bank Ltd.*, 561 U.S. 247 (2010).  Additionally, the suit against Phoenix is the first COVID-19-related

case filed in connection with an IPO, and the first to assert claims under the '33 Act.

On the SEC front, a new enforcement action was announced on April 28, 2020 against Praxsyn Corp., a microcap company based in Florida, and its CEO.  The SEC charged them under Section 10(b) of the '34 Act with making false and misleading press releases concerning the company's ability to acquire and supply large quantities of protective masks.  In fact, according to the SEC's complaint, the company had no masks in its possession, no orders for masks and no contracts to acquire masks.  In its press release, the SEC stated that it is "committed to swiftly shutting down COVID-19 investment scams, seeking trading suspensions where appropriate and pursuing fraud charges against both entities and individuals when warranted."

As companies continue to grapple with the economic impact of the pandemic, expect to see an uptick in shareholder litigation stemming from alleged omissions and misrepresentations concerning COVID-19.  This may take the form of securities class actions like *NCL*, *Inovio* and *Phoenix*, derivative lawsuits, SEC enforcement actions or combinations of all of these.  As the situation presented by the COVID-19 pandemic continues to develop, companies and their officers and directors should carefully consider the contents of public statements made in response to COVID-19, including in SEC filings, and take care to include robust discussions of risk factors presented by the pandemic.

---

*Conscious of the human, operational and financial strain that coronavirus is placing on businesses and organizations worldwide, Jenner & Block has assembled a multi-disciplinary Task Force to support clients as they navigate the legal and strategic challenges of the COVID-19 / Coronavirus situation.*

*For additional information and materials, please visit our COVID-19 / Coronavirus Resource Center.*

**Click here to visit our COVID-19 / Coronavirus Resource Center**

---

[1] *Wandel v. Gao et al.*, No. 20-CV-03259 (S.D.N.Y.).

[2] *SEC v. Praxsyn Corp.*, No. 20-CV-80706 (S.D. Fla. April 28, 2020).

[3] Compl., Dkt. No. 1, at 4–9, *Douglas v. Norwegian Cruise Lines et al.*, No. 1:20-cv-21107 (S.D. Fla.).

[4] Compl., Dkt. No. 1, at 2–8, *McDermid v. Inovio Pharmaceuticals, Inc. et al.*, No. 2:20-cv-01402 (E.D. Pa.).

## Contact Us



**Gabriel K. Gillett**

ggillett@jenner.com  |  Download V-Card



**Katherine M. Funderburg**

kfunderburg@jenner.com  |  Download V-Card



**Paul B. Rietema**

prietema@jenner.com  |  Download V-Card



**Howard S. Suskin**

hsuskin@jenner.com  |  Download V-Card

<div style="background:green">**Meet Our Team**</div>

## Practice Leaders

**Stephen L. Ascher**

Co-chair

sascher@jenner.com

Download V-Card

**Howard S. Suskin**

Co-chair

hsuskin@jenner.com

Download V-Card

© 2020 Jenner & Block LLP. **Attorney Advertising.** Jenner & Block is an Illinois Limited Liability Partnership including professional corporations. This publication is not intended to provide legal advice but to provide information on legal matters and firm news of interest to our clients and colleagues. Readers should seek specific legal advice before taking any action with respect to matters mentioned in this publication. The attorney responsible for this publication is Brent E. Kidwell, Jenner & Block LLP, 353 N. Clark Street, Chicago, IL 60654-3456. Prior results do not guarantee a similar outcome.



**Portfolio Media. Inc.** | 111 West 19th Street, 5th floor | New York, NY 10011 | www.law360.com
Phone: +1 646 783 7100 | Fax: +1 646 783 7161 | customerservice@law360.com

# Early Securities Litigation Trends Stemming From Recent IPOs

By **Christopher Davies, Robert Smith and Sierra Shear** (May 28, 2020, 4:21 PM EDT)

The spread of COVID-19 and its effect on the global economy have caused extreme market volatility and, beginning in mid-February, the largest decline in stock prices since the 2008 financial crisis.

Market volatility has historically precipitated increased securities litigation and might be expected to have an outsized impact on claims under the Securities Act, given rescissory damages and the absence of a requirement that plaintiffs plead and prove loss causation.[1]

Although it is still too early to tell whether issuers that went public just before and then amid the COVID-19 crisis will face Securities Act lawsuits in greater than average numbers, plaintiffs are poised to file suits against issuers of substantial offerings whose share prices have been impacted by the recent market decline.



Christopher Davies

The following analysis of offerings during late 2019 and early 2020, immediately prior to and during the COVID-19-induced market volatility, and the Securities Act complaints filed against some of those issuers amid the market unrest provide preliminary insights into whether, when and on what basis recent issuers — and their underwriters and auditors — are facing Securities Act litigation.

**The Issuers and the Offerings**

Initial public offerings in the U.S. remained active in late 2019 and early 2020, even as global concerns about COVID-19 grew. IPOs also continued despite COVID-19's outsized impact on market returns beginning in mid-February. Between Nov. 1, 2019, and April 24, 2020, 52 issuers conducted IPOs on U.S.-based exchanges.[2]



Robert Smith

Issuers that went public spanned the globe. Just over 60% of those issuers had their primary place of business in the U.S. Of the remaining non-U.S. issuers, the majority are headquartered or primarily operate in China.

IPOs during the review period also focused heavily on the health care, technology and financial sectors — the same sectors that represented the majority of IPO activity during 2019 as a whole.[3] Health care accounted for the greatest number of offerings — approximately 45% — during the review period.

Those health care issuers are almost exclusively based in the United States. Technology accounted for the second-largest number of offerings, with approximately 15%. Only half of those issuers are based in the U.S. And the financial sector made up the third-largest number of offerings, representing just over 10%. Like technology, only about half of the financial companies that went public are U.S.-based.



Sierra Shear

Health care issuers that went public during the review period mostly experienced positive stock price returns between the close of trading on the day after the offer date and April 24, generally consistent with the fact that health care securities have outperformed most other sectors since November 2019.[4]

Stock prices for technology companies have been harder hit; as of April 24, three-fourths of technology issuers that went public during the review period had negative returns between the close of trading on the day after the offer date and April 24.

Technology securities as a whole, however, have performed only moderately worse than health care securities over the review period. Financial issuers have been particularly hard hit during the recent market decline, with approximately 85% of financial issuers that went public during the review period experiencing negative returns between the close of trading on the day after the offer date and April 24; the industry as a whole is down almost 24% over the review period.

Finally, IPOs during the review period ranged widely in size, from approximately $5.2 million to nearly $2 billion. The largest three offerings were conducted by Brazil-based financial company XP Inc., for nearly $2 billion; North Carolina-based pharmaceutical company PPD Inc., for over $1.6 billion; and Canada-based environmental company GFL Environmental Inc. for over $1.4 billion.

**The Issuers That Have Faced Litigation**

To date, plaintiffs have filed complaints alleging violations of Sections 11, 12(a) and 15 of the Securities Act against three issuers that went public during the review period. Plaintiffs firms have announced investigations of purported securities law violations by at least one other issuer.

### Canaan

On March 4, the plaintiffs filed a suit against Canaan Inc., and its underwriters in the U.S. District Court for the District of Oregon.[5] Canaan, a China-based technology company, raised approximately $90 million during its initial public offering on Nov. 21, 2019.

The complaint alleges that Canaan's offering documents failed to fully disclose a related-party transaction with a China-based company; that Canaan's "financial health was worse than what was actually reported"; that Canaan had "recently removed numerous distributors from its website just prior to the IPO, many of which were small or suspicious businesses"; and that, contrary to Canaan's disclosures, several of the company's largest clients were not likely to be repeat customers.

The plaintiffs claim that the truth about Canaan's alleged misstatements emerged on Feb. 20, when a third party published a report "explaining Canaan's numerous false and/or misleading statements" and detailing the supposed inaccuracy of the allegedly false portions of the company's registration statement. That day, the price of Canaan's American depositary shares, or ADS, fell "over 6.8%," from $5.71 to $5.32.

Since the close of trading on the first day after its IPO, Canaan's ADS price has fallen 53%. By contrast, the technology sector had a positive return of 3%, suggesting Canaan has significantly underperformed its industry sector.

### XP

On March 21, the plaintiffs filed a suit against XP Inc., and its underwriters in the U.S. District Court for the Eastern District of New York.[6] XP, a financial services company based in Brazil, conducted a nearly $2 billion offering — the largest during the review period — on Dec. 11, 2019.

The plaintiffs allege that XP failed to fully disclose related-party transactions with a Brazil-based bank, technological issues, and risks related to relying on independent financial agents as part of the company's business strategy, and that XP "had material weaknesses ... [and] fired its previous accounting firm due [to] that firm finding and disclosing material weaknesses."

The plaintiffs state that on March 6, a third party published a report allegedly "detailing ... how XP had misled investors and failed to disclose pertinent information generally and in its Registration Statement." XP's shares allegedly "plummeted ... 25.5%" over the next two trading days.

Since the close of trading on the first day after its IPO, XP's ADS price has fallen 34%. The financial sector has also dropped 29% over the same period, suggesting XP has underperformed its industry sector by 5%.

### Phoenix Tree Holdings

On April 24, the plaintiffs filed the first Securities Act suit directly related to the COVID-19 crisis against Phoenix Tree Holdings Ltd. and its underwriters in the U.S. District Court for the Southern District of New York. Phoenix, a China-based real estate company, raised approximately $130 million during its Jan. 17 offering.

The plaintiffs allege that Phoenix failed to disclose the volume of complaints made by residents of its apartment buildings and did not warn of the potential impact of COVID-19 on its business.

The complaint asserts that at the time Phoenix went public, COVID-19 "was already ravaging China — particularly Wuhan, which was widely regarded as the epicenter of the virus and a significant hub for Phoenix," and that although the company warned that "business could ... be adversely affected by the effects of Ebola virus, H1NI flu, H7N9 flu ... or other epidemics," Phoenix did not specifically identify risks related to COVID-19.

The truth allegedly began to emerge "as Phoenix's going-public transaction was publicized, and investors began to understand that the coronavirus was significantly and adversely impacting the Company's business and operations," and then finally spilled out on March 25, when Phoenix issued a press release "caution[ing] investors that it expected the coronavirus to adversely affect its financial performance for the first quarter of 2020."

The plaintiffs do not allege a specific stock drop.

Since the close of trading on the first day after its IPO, Phoenix's ADS price has fallen 48%. The real estate sector fell 17% over the same period, suggesting Phoenix has underperformed its industry sector by roughly 31%.

### Velocity Financial

While a complaint has yet to be filed, at least four plaintiffs firms are seeking potential clients in connection with the IPO of Velocity Financial LLC, a California-based financial company that raised approximately $94 million during its Jan. 17 IPO.

Since the close of trading on the first day after its IPO, Velocity's share price has fallen 78%. That is roughly 49% worse than the financial sector's performance.

### Comparing Issuers That Have Faced Suits

There are a number of similarities among the three issuers against which Securities Act complaints have been filed.

### Offering Size

Unsurprisingly, complaints have been filed against issuers that raised a substantial amount of capital during their IPOs. Canaan, XP and Phoenix each raised around $100 million or more — a threshold that is close to the median deal size of $110 million for issuers that listed on the New York Stock Exchange or Nasdaq stock market during 2019.[7]

### Quarterly and Annual Disclosures

None of the issuers that have been sued had filed a quarterly or annual report at the time the plaintiffs filed a suit.

### Location of Issuer

So far, U.S.-based issuers that went public during the review period have not been subject to Securities Act litigation. All three issuers against which Securities Act claims have been asserted are based outside of the United States; two of them are based and primarily operating in China.

### Auditors and Underwriters

Canaan, XP and Phoenix all retain prominent Big Four auditing firms and had their IPOs underwritten by established banks. [8] Although the underwriters of each IPO have been named as defendants in the Securities Act suits filed to date, no suits have named auditors as defendants.

### Stock Performance Relative to Industry Benchmark

The securities for all four issuers that have been sued appear to have underperformed their industry sectors by more than 5% — three of the four (Canaan, Phoenix and Velocity) by substantially greater than 5%.

By contrast, several other recent issuers with significant security price declines that have outperformed their industry benchmarks have thus far avoided a suit.

For example, Fangdd Network Group Ltd., a China-based financial issuer whose share price has declined 25% since the close of trading on the day after its Nov. 1, 2019, offering of approximately $78 million, has not been sued. The financial sector fell 26% over the same period, suggesting that Fangdd has outperformed its industry sector by 1%.

And perhaps most notably, GFL Environmental Inc., a Canada-based industrial company whose share price has declined nearly 14% since the close of trading on the first day after its March 3 offering of over $1.4 billion, has also avoided litigation. The industrial sector declined 19% over the same period, suggesting that GFL has outperformed its industry sector by 5%.

## Comparing the Securities Act Complaints

There are also some similarities among the Securities Act claims filed against Canaan, XP and Phoenix.

### Plaintiffs Firms

The Rosen Law Firm PA has filed complaints against Canaan and XP, two of the three issuers that have been sued to date. This is consistent with the Rosen Law Firm's history of filing early complaints and for suing non-U.S. issuers. In 2019, Rosen Law Firm was the most active firm in first-in-court filings in securities class actions against non-U.S. issuers.[9]

Pomerantz LLP, which was the second-most active firm in 2019 in first-in-court securities class actions filings against non-U.S. issuers, also has filed a suit against Canaan and XP, and is actively seeking plaintiffs on whose behalf to file a suit against Velocity Financial.[10]

Three other firms — Robins Geller Rudman & Dowd LLP; Bronstein Gewirtz & Grossman LLC; and Bragar Eagel & Squire PC — are also actively seeking plaintiffs in multiple cases.

Robins Geller and Bronstein Gewirtz have filed a suit against Phoenix and Canaan, respectively. Johnson Fistel LLP is seeking plaintiffs in one case; the firm has also filed a state court complaint against XP.

Notably, some of the largest plaintiffs firms active in Securities Act litigation, including Bernstein Litowitz Berger & Grossmann LLP, have not filed Securities Act complaints, and do not appear to be publicly seeking plaintiffs on whose behalf to file a suit against any issuers that went public during the review period.

### Date of Suit

Not surprisingly, each of the Securities Act cases was filed after the market decline that began in mid-February, between three or four months after each IPO.

### Claims Asserted

Like most Securities Act cases, the suits filed against Canaan, XP and Phoenix each allege claims under Sections 11, 12(a) and 15 of the Securities Act. Notably, none of the cases asserts claims under Section 10(b) of the Exchange Act, which would require that the plaintiffs meet the higher burden of pleading and proving scienter and loss causation.

### Substantive Allegations

Disclosure of related-party transactions has been a focus of the plaintiffs in two of the three complaints filed to date. This is consistent with a trend in 2019 toward plaintiffs filing numerous securities claims that alleged a failure to disclose significant related-party transactions with non-U.S. parties.[11] Only the complaint against Phoenix asserts misrepresentations concerning COVID-19.

**Preliminary Observations**

While the number of Securities Act suits against issuers that went public in late 2019 or early 2020 remains limited, the following observations can be made.

First, and not surprisingly, the issuers that have been sued conducted larger offerings and have experienced sizeable share price declines. Securities Act claims thus far have targeted offerings of around $100 million or more.

Second, issuers whose securities have underperformed the industry average since the close of trading on the day after their IPO have faced a suit, while large issuers with sizeable share price declines that have outperformed their industry sectors have not. Thus, although market volatility may drive Securities Act claims, so far only IPOs that have underperformed their industry sectors have been the subject of Securities Act claims.

Third, amid the COVID-19-induced market volatility, issuers continue to be sued for alleged misstatements unrelated to the COVID-19 crisis. It is possible — perhaps even likely — that plaintiffs will file additional claims challenging COVID-19-related disclosures as IPOs nearer to the onset of the COVID-19-induced market volatility become the subject of Securities Act claims.

Finally, the sole subjects of Securities Act complaints to date have been issuers not based in the U.S. Whether that trend persists remains to be seen.

---

*Christopher Davies is a partner, Robert Kingsley Smith is counsel and Sierra Shear is a senior associate at WilmerHale.*

*Partners Michael Bongiorno and Timothy Perla contributed to this article.*

*The opinions expressed are those of the author(s) and do not necessarily reflect the views of the firm, its clients, or Portfolio Media Inc., or any of its or their respective affiliates. This article is for general information purposes and is not intended to be and should not be taken as legal advice.*

[1] Dean Seal, As Investor Suits Tick Up, Loss Causation May Be A Hard Sell, Law360 (May 4, 2020), https://www.law360.com/securities/articles/1269242/as-investor-suits-tick-up-loss-causation-may-be-a-hard-sell?nl_pk=4abaa913-5925-4c88-aca6- de18429e3f60&utm_source=newsletter&utmmedium=email&utm_.campaign=securities; Dustin Prial, Market Volatility Pushes Surge Of First-Half Class Actions, Law360 (July 25, 2018), https://www.law360.com/articles/1067017/market-volatility-pushes-surge-of-first-half-class-actions.

[2] The IPOs analyzed for this article were identified by Cornerstone Research and did not include special-purpose acquisition companies and blank-check companies.

[3] Ernst & Young, Global IPO trends: Q4 2019, at 9 (2019), https://assets.ey.com/content/dam/ey-sites/ey-com/en_gl/topics/growth/ey-global-ipo-trends-q4-2019.pdf.

[4] The securities returns cited in this article are based on an analysis by Cornerstone Research. All securities returns are calculated as of April 24, 2020.

[5] On March 6, 2020, a different set of plaintiffs filed a substantially similar complaint in New York state court. See Salmaan et al. v. Canaan et al., Case No. 651515/2020 (N.Y. Sup. Ct. Mar. 6, 2020).

[6] On March 19, a different set of plaintiffs filed a similar complaint in New York state court. See Kazi et al. v. XP Inc. et al. Case No. 65177/2020 (N.Y. Sup. Ct. Mar. 19, 2020). A third complaint alleging substantially similar claims was filed on April 16 in the Eastern District of New York.

[7] Global IPO trends: Q4 2019, supra note 3, at 9.

[8] Canaan and XP retain PricewaterhouseCoopers, and Phoenix retains KPMG. Underwriters for these offerings include Citigroup, Credit Suisse, JPMorgan, Morgan Stanley, BofA Securities, UBS Investment Bank and Goldman Sachs & Co. LLC, among others.

[9] David H. Kistenbroker, Joni S. Jacobsen and Angela M. Liu, Non-U.S. Issuers Targeted in Securities Class Action Lawsuits Filed in the United States, Harvard Law School Forum on Corporate Governance (Mar. 29, 2020), https://corpgov.law.harvard.edu/2020/03/29/non-u-s-issuers-targeted-in-securities-class-action-lawsuits-filed-in-the-united-states/.

[10] Id.

[11] Id.

All Content © 2003-2020, Portfolio Media, Inc.





## Robbins Geller Rudman & Dowd LLP Files Class Action Suit Against Phoenix Tree Holdings Limited

April 27, 2020 02:39 PM Eastern Daylight Time

NEW YORK--(BUSINESS WIRE)--Robbins Geller Rudman & Dowd LLP (https://www.rgrdlaw.com/cases-phoenix-tree-securities-class-action-lawsuit.html) today announced that it filed a class action seeking to represent purchasers of Phoenix Tree Holdings Limited (NYSE:DNK) American Depositary Shares ("ADSs") pursuant and/or traceable to prospectuses and registration statements issued in connection with the Company's January 22, 2020 initial public offering ("IPO"). This action was filed in the Southern District of New York and is captioned *Wandel v. Gao*, No. 20-3259.

The Private Securities Litigation Reform Act of 1995 permits any investor who purchased Phoenix Tree ADSs during the Class Period to seek appointment as lead plaintiff in the *Phoenix Tree* securities class action lawsuit. A lead plaintiff acts on behalf of all other class members in directing the *Phoenix Tree* securities class action lawsuit. The lead plaintiff can select a law firm of its choice to litigate the *Phoenix Tree* securities class action lawsuit. An investor's ability to share in any potential future recovery of the *Phoenix Tree* securities class action lawsuit is not dependent upon serving as lead plaintiff. If you wish to serve as lead plaintiff in the *Phoenix Tree* securities class action lawsuit, you must move the Court no later than 60 days from today. If you wish to discuss the *Phoenix Tree* securities class action lawsuit or have any questions concerning this notice or your rights or interests, please contact plaintiff's counsel, Brian E. Cochran of Robbins Geller at 800/449-4900 or 619/231-1058, or via e-mail at bcochran@rgrdlaw.com. You can view a copy of the complaint as filed at https://www.rgrdlaw.com/cases-phoenix-tree-securities-class-action-lawsuit.html.

The *Phoenix Tree* securities class action lawsuit charges Phoenix Tree, certain of its officers and directors, and the underwriters of the IPO with violations of the Securities Act of 1933. Phoenix Tree is a Cayman Islands holding company that leases and manages apartments in China, which it rents to tenants under the Danke Apartment and Dream Apartment brands. Phoenix Tree generates revenue primarily from rents and service fees. As of September 30, 2019, it operated in 13 cities in China, including Wuhan, where a portion of its 5,000-plus employees worked.

On October 28, 2019, Phoenix filed with the SEC a Registration Statement in connection with the IPO, which, after amendment, was declared effective on January 16, 2020. On January 17, 2020, Phoenix filed the Prospectus for the IPO, which incorporated and formed part of the Registration Statement (together, the "Offering Materials"). The Offering Materials were used to sell 9.6 million ADSs, representing 96 million Class A ordinary shares, at $13.50 per share. The underwriters also exercised their option to purchase an additional 304,933 ADSs. As a result, the Company received total net proceeds of approximately $128.4 million. The IPO was completed on January 22, 2020.

The complaint alleges that the Offering Materials issued in connection with the IPO omitted or otherwise misrepresented the nature and level of renter complaints the Company had received before and as of the IPO, as well as the demand in the Chinese residential rental market and the Company's exposure to significant adverse developments resulting from the onset of the coronavirus in China – particularly in Wuhan – at the time of the IPO. After the IPO, reports emerged indicating that Phoenix was experiencing ongoing problems due to the coronavirus, which was causing financial and other harm to tenants.

On March 25, 2020, when Phoenix announced its unaudited financial results for the fourth quarter and fiscal year ended December 31, 2019, it told investors that it expected the coronavirus to adversely affect its financial performance for the nearly completed first quarter of 2020. Information regarding ongoing renter complaints also reached the market after the IPO, adversely affecting the Company. As of April 24, 2020, Phoenix Tree ADSs were trading at prices below $7.00 per ADS.

The plaintiff is represented by Robbins Geller, which has extensive experience in prosecuting investor class actions including actions involving financial fraud.

Robbins Geller Rudman & Dowd LLP is one of the world's leading law firms representing investors in securities litigation. With 200 lawyers in 9 offices, Robbins Geller has obtained many of the largest securities class action recoveries in history. For seven consecutive years, ISS Securities Class Action Services has ranked the Firm in its annual SCAS Top 50 Report as one of the top law firms in the world in both amount recovered for shareholders and total number of class action settlements. Robbins Geller attorneys have helped shape the securities laws and have recovered tens of billions of dollars on behalf of aggrieved victims. Beyond securing financial recoveries for defrauded investors, Robbins Geller also specializes in implementing corporate governance reforms, helping to improve the financial markets for investors worldwide. Robbins Geller attorneys are consistently recognized by courts, professional organizations and the media as leading lawyers in the industry. Please visit http://www.rgrdlaw.com for more information.

Contacts

Robbins Geller Rudman & Dowd LLP

Brian E. Cochran, 800-449-4900

bcochran@rgrdlaw.com

https://www.linkedin.com/company/rgrdlaw

https://twitter.com/rgrdlaw

https://www.facebook.com/rgrdlaw

# Phoenix Tree (DNK) Class Action Alert: Johnson Fistel, LLP Files Class Action Suit Against Phoenix Tree Holdings Limited

NEWS PROVIDED BY
**Johnson Fistel, LLP →**
Apr 28, 2020, 08:44 ET

SAN DIEGO, April 28, 2020 /PRNewswire/ -- Johnson Fistel, LLP announced that a class action has commenced on behalf of purchasers of Phoenix Tree Holdings Limited ("Phoenix" or "the Company") (NYSE: DNK) American Depositary Shares ("ADSs") pursuant and/or traceable to prospectuses and registration statements issued in connection with the Company's January 22, 2020, initial public offering ("IPO").

If you wish to serve as lead plaintiff, you must move the Court no later than June 26, 2020. If you wish to discuss this action or have any questions concerning this notice, please contact Jim Baker **(jimb@johnsonfistel.com) at 619-814-4471. If emailing, please include a phone number.**

[**Click here to join this action**]

Phoenix leases and manages apartments in China, which it rents to tenants under the brands Danke Apartment and Dream Apartment.

The complaint alleges that the Offering Materials issued in connection with the IPO omitted or otherwise misrepresented the nature and level of renter complaints the Company had received before and as of the IPO, as well as the demand in the Chinese residential rental market and the Company's exposure to significant adverse developments resulting from the onset of the coronavirus in China – particularly in Wuhan – at the time of the IPO. After the IPO, reports emerged, indicating that Phoenix was experiencing ongoing problems due to the coronavirus, which was causing financial and other harm to tenants.

On March 25, 2020, when Phoenix announced its unaudited financial results for the fourth quarter and fiscal year ended December 31, 2019, it told investors that it expected the coronavirus to adversely affect its financial performance for the nearly-completed first quarter of 2020. Information regarding ongoing renter complaints also reached the market after the IPO, adversely affecting the Company.

**About Johnson Fistel, LLP:**
Johnson Fistel, LLP is a nationally recognized shareholder rights law firm with offices in California, New York, and Georgia. The firm represents individual and institutional investors in shareholder derivative and securities class action lawsuits. For more information about the firm and its attorneys, please visit https://www.johnsonfistel.com. Attorney advertising. Past results do not guarantee future outcomes.

**Contact:**
Johnson Fistel, LLP
Jim Baker, 619-814-4471
jimb@johnsonfistel.com

[**Click here to join this action**]

SOURCE Johnson Fistel, LLP

Related Links

http://www.johnsonfistel.com

| QQQ 344.45 (-0.26%) | AAPL 131.45 (-0.26%) | MSFT 260.59 (-0.12%) | FB 333.59 (-0.87%) | GOOGL 2,418.65 (-0.67%) | TSLA 618.06 (+0.24%) | AMZN 3,495.30 (+0.17%) | NVDA 769.00 (+3.04%) | BABA 212.50 (+0.43%) | CGC 23.62 (-1.21%) | NIO 47.72 (+0.76 |

Printed from MarketBeat.com

**NYSE:DNK**

# Phoenix Tree News Headlines

→ **The Easy Way to Power Your Financial Future** (Ad)

🔒 BUY THIS STOCK

**Notice:** This company has been marked as potentially delisted and may not be actively trading.

**$2.37** 0.00 (0.00 %)
(As of 06/16/2021 12:00 AM ET)

👁 ADD    ⇄ COMPARE    ⤴ SHARE    ›

| | | | | | |
|---|---|---|---|---|---|
| Today's Range | $2.37 ▼ | $2.37 | Volume | N/A | P/E Ratio | N/A |
| 50-Day Range | $2.20 ▼ | $2.38 | Average Volume | N/A | Dividend Yield | N/A |
| 52-Week Range | $1.27 | $13.35 | Market Capitalization | $751.29 million | Beta | 2.11 |

PROFILE    EARNINGS    INSTITUTIONAL OWNERSHIP    HEADLINES    SHORT INTEREST    SOCIAL MEDIA



**PHOENIX TREE (NYSE DNK) NEWS HEADLINES TODAY**

Source: [ Trusted Sources ▾ ]

| Source | Headline |
|---|---|
| YAHOO! FINANCE | **New York Stock Exchange to delist Chinese property company Danke for failing to report financial results, respond to exchange queries**<br>finance.yahoo.com - April 7 at 7:29 AM |
| YAHOO! FINANCE | **NYSE to Suspend Trading Immediately in Phoenix Tree Holdings Limited (DNK) and Commence Delisting Proceedings**<br>finance.yahoo.com - April 6 at 9:39 AM |
| msn | **These Are 2020's Biggest IPO Losers**<br>msn.com - December 22 at 11:27 AM |
| B | **Phoenix Tree Holdings Ltd. ADR**<br>barrons.com - December 19 at 11:17 PM |
| α | **Phoenix Tree: Unlikely To Rise From The Ashes**<br>seekingalpha.com - December 4 at 9:07 PM |
| | **Beijing city govt private equity arm will not invest in Danke - statement**<br>nasdaq.com - December 3 at 3:01 PM |
| YAHOO! | **Beijing city government's PE arm says no intention to invest in Danke - statement**<br>finance.yahoo.com - December 3 at 6:53 AM |
| YAHOO! FINANCE | **Is Phoenix Tree Holdings Limited (DNK) A Good Stock To Buy?**<br>finance.yahoo.com - November 26 at 6:58 PM |
| α | **GPRO, BLNK, MGTX and SONO among midday movers**<br>seekingalpha.com - November 20 at 10:13 PM |
| MARKETS INSIDER | **News for Phoenix Tree Holdings Ltd (A) American Depositary Share Repr 10 Shs -A-**<br>markets.businessinsider.com - November 20 at 7:09 AM |

## The Easy Way to Power Your Financial Future (Ad)

Fast-breaking, market moving news may send these stocks higher. Stay informed for free!

**CONTINUE READING**

| | |
|---|---|
| YAHOO! FINANCE | **Phoenix Tree Holdings Limited (DNK)**<br>finance.yahoo.com - October 20 at 12:32 AM |
| Bloomberg | **Phoenix Tree Holdings Ltd**<br>bloomberg.com - October 18 at 12:22 AM |
| | **Phoenix Tree Holdings Enters Oversold Territory (DNK)**<br>nasdaq.com - August 10 at 3:34 PM |
| YAHOO! | **Danke Launches New Design Standard With Apartment 5.0**<br>finance.yahoo.com - August 3 at 8:00 AM |
| YAHOO! | **Danke Joins Hands with Asian Alliance for Food and Beverage Industry to Support Employee Accommodation**<br>finance.yahoo.com - July 21 at 8:20 AM |
| α | **Phoenix Tree partners with S.F. Freight, Huolala**<br>seekingalpha.com - July 9 at 8:42 AM |
| YAHOO! FINANCE | **Danke Partners with SF.Freight, Huolala to Provide One-click Moving Service for China College Grads**<br>finance.yahoo.com - July 9 at 12:24 AM |
| YAHOO! | **Danke Rolls Out its Brand-New Live Streamed Program, Danke Roast**<br>finance.yahoo.com - June 30 at 8:58 AM |
| YAHOO! FINANCE | **The Klein Law Firm Reminds Investors of Class Actions on Behalf of Shareholders of DNK, CTMX and CSPR**<br>finance.yahoo.com - June 26 at 7:12 PM |
| YAHOO! FINANCE | **DNK FINAL DEADLINE - Bronstein, Gewirtz & Grossman, LLC Notifies Phoenix Tree Holdings Limited Shareholders of Class Action and Lead Plaintiff Deadline: June 26, 2020**<br>finance.yahoo.com - June 26 at 2:12 PM |
| YAHOO! FINANCE | **FINAL DEADLINE TODAY: ROSEN, A LEADING LAW FIRM, Encourages Phoenix Tree Holdings Limited Investors to Contact Firm BEFORE IMPORTANT DEADLINE TODAY in Suit Seeking Recovery of Investor Losses - DNK**<br>finance.yahoo.com - June 26 at 9:11 AM |
| YAHOO! FINANCE | **The Gross Law Firm Announces Class Actions on Behalf of Shareholders of DNK, WORX and HALL**<br>finance.yahoo.com - June 26 at 9:11 AM |
| YAHOO! FINANCE | **DNK DEADLINE ALERT - Bronstein, Gewirtz & Grossman, LLC Notifies Phoenix Tree Holdings Limited Shareholders of Class Action and Lead Plaintiff Deadline: June 26, 2020**<br>finance.yahoo.com - June 24 at 2:27 PM |
| YAHOO! FINANCE | **The Gross Law Firm Announces Class Actions on Behalf of Shareholders of DNK, GRPN and ENDP**<br>finance.yahoo.com - June 24 at 2:27 PM |
| YAHOO! FINANCE | **2-Day Deadline Alert: The Schall Law Firm Announces the Filing of a Class Action Lawsuit Against Phoenix Tree Holdings Limited and Encourages Investors with Losses to Contact the Firm**<br>finance.yahoo.com - June 24 at 2:27 PM |
| YAHOO! FINANCE | **The Klein Law Firm Reminds Investors of Class Actions on Behalf of Shareholders of DNK, R and ENDP**<br>finance.yahoo.com - June 24 at 2:27 PM |

## The Most Powerful Tool for Successful Trading (Ad)

Learn which micro cap stocks are best positioned for explosive growth. Sign up free now.

**CONTINUE READING**

| | |
|---|---|
| YAHOO! FINANCE | **DNK ALERT, ROSEN, A TRUSTED AND LEADING, Reminds Phoenix Tree Holdings Limited Investors of Important JUNE 26 Deadline in Securities Class Action - DNK**<br>finance.yahoo.com - June 21 at 2:37 PM |
| BusinessWire | **The Law Offices of Frank R. Cruz Reminds Investors of Looming Deadline in the Class Action Lawsuit Against Phoenix Tree Holdings Limited (DNK)**<br>www.businesswire.com - June 19 at 7:31 PM |
| α | **Danke names Yan Cui as interim CEO**<br>seekingalpha.com - June 18 at 1:56 PM |
| YAHOO! | **Danke Announces Updates to its Board and Senior Management**<br>finance.yahoo.com - June 18 at 8:55 AM |

| Source | Headline |
|--------|----------|
| YAHOO! | **SHAREHOLDER ALERT: The Schall Law Firm Announces the Filing of a Class Action Lawsuit Against Phoenix Tree Holdings Limited and Encourages Investors with Losses to Contact the Firm**<br>finance.yahoo.com - June 17 at 5:26 PM |
| YAHOO! | **The Gross Law Firm Announces Class Actions on Behalf of Shareholders of DNK, WORX and GRPN**<br>finance.yahoo.com - June 17 at 12:25 PM |
| YAHOO! | **SHAREHOLDER ALERT: DNK WORX FSCT: The Law Offices of Vincent Wong Reminds Investors of Important Class Action Deadlines**<br>finance.yahoo.com - June 15 at 8:03 AM |
| YAHOO! | **Need To Know: This Analyst Just Made A Substantial Cut To Their Phoenix Tree Holdings Limited (NYSE:DNK) Estimates**<br>finance.yahoo.com - June 12 at 9:28 AM |
| YAHOO! | **FINAL DEADLINE APPROACHING: The Schall Law Firm Announces the Filing of a Class Action Lawsuit Against Phoenix Tree Holdings Limited and Encourages Investors with Losses to Contact the Firm**<br>finance.yahoo.com - June 11 at 11:31 PM |
| YAHOO! | **The Klein Law Firm Reminds Investors of Class Actions on Behalf of Shareholders of GSX, IQ and DNK**<br>finance.yahoo.com - June 11 at 11:31 PM |
| YAHOO! | **BIDU & DNK SHAREHOLDER ALERT: Bronstein, Gewirtz & Grossman LLC Reminds Investors of Class Actions and Encourages Investors to Contact the Firm**<br>finance.yahoo.com - June 11 at 1:30 PM |
| YAHOO! | **The Gross Law Firm Announces Class Actions on Behalf of Shareholders of BIDU, DNK and WFC**<br>finance.yahoo.com - June 11 at 1:30 PM |
| YAHOO! | **Shareholder Alert: Robbins LLP Announces It Is Investigating Phoenix Tree Holdings, Ltd. (DNK) for Misleading Shareholders**<br>finance.yahoo.com - June 11 at 1:30 PM |
| YAHOO! | **Bragar Eagel & Squire, P.C. Reminds Investors That Class Action Lawsuits Have Been Filed Against Phoenix Tree, Groupon, SCWorx, and Hallmark Financial and Encourages Investors to Contact the Firm**<br>finance.yahoo.com - June 10 at 2:17 PM |
| MARKETS INSIDER | **Danke Announces Unaudited First Quarter of 2020 Financial Results**<br>markets.businessinsider.com - June 10 at 9:16 AM |
| YAHOO! | **BIDU & DNK INVESTOR ALERT: Bronstein, Gewirtz & Grossman LLC Reminds Investors of Class Actions and Encourages Investors to Contact the Firm**<br>finance.yahoo.com - June 9 at 2:24 PM |
| YAHOO! | **The Gross Law Firm Announces Class Actions on Behalf of Shareholders of DNK, LOPE and WFC**<br>finance.yahoo.com - June 9 at 2:24 PM |
| YAHOO! | **FAST-APPROACHING DEADLINE: Phoenix Tree Holdings Ltd. Sued for Securities Violations; Investors Who Lost Money Should Contact Block & Leviton LLP**<br>finance.yahoo.com - June 8 at 9:15 AM |
| YAHOO! | **ROSEN, A PROVEN AND TOP RANKED LAW FIRM, Encourages Phoenix Tree Holdings Limited to Contact Firm Before Important Deadline in Securities Class Action Seeking Recovery of Investor Losses - DNK**<br>finance.yahoo.com - June 7 at 1:38 PM |
| YAHOO! | **CLASS ACTION UPDATE for DNK, GRPN and CCL: Levi and Korsinsky, LLP Reminds Investors of Class Actions on Behalf of Shareholders**<br>finance.yahoo.com - June 5 at 8:03 AM |
| YAHOO! | **Danke to Announce First Quarter 2020 Financial Results on June 10, 2020**<br>finance.yahoo.com - June 3 at 8:29 AM |
| YAHOO! | **DEADLINE ALERT for SONG, DNK, GRPN, and WORX: The Law Offices of Frank R. Cruz Reminds Investors of Class Actions on Behalf of Shareholders**<br>finance.yahoo.com - June 2 at 7:24 PM |
| YAHOO! | **SHAREHOLDER ALERT: DNK WORX GRPN: The Law Offices of Vincent Wong Reminds Investors of Important Class Action Deadlines**<br>finance.yahoo.com - June 2 at 7:24 PM |
| YAHOO! | **ROSEN, A RESPECTED AND LEADING FIRM, Reminds Phoenix Tree Holdings Limited Investors of Important Deadline in Securities Class Action – DNK**<br>finance.yahoo.com - June 1 at 5:22 PM |

*This page was last updated on 6/18/2021 by MarketBeat.com Staff*

**From Our Partners**

**How You Could Collect an Instant $1,480 Payout**
IPM-CJB

**"3-Stock Retirement Blueprint"**
Legacy- JCF Campaigns

**Your 15 Minute Workday... (Make Extra Cash from Home)**
Oxford Club

**Bullish Silver Price Forecast**
Mining News Daily

**This May be the Biggest Gold Play of the Year**
GMTNF Management

**The Next Household Name in At Home Dining is Here**
Home Bistro

**Wall Street Legend Who Picked Bitcoin in 2016 Shares #1 Pick for the 2020s...**
Legacy Research

**Early Alert: Cannabis Investors Lining Up To Invest In New Cannabis Invention**
All Marijuana Stocks

## 30 Days of MarketBeat All Access for $1.00

Sign up for MarketBeat All Access to gain access to MarketBeat's full suite of research tools:

- **Best-in-Class Portfolio Monitoring**
  View the latest news, buy/sell ratings, SEC filings and insider transactions for your stocks. Compare your portfolio performance to leading indices and get personalized stock ideas based on your portfolio.

- **Stock Ideas and Recommendations**
  Get daily stock ideas top-performing Wall Street analysts. Get short term trading ideas from the MarketBeat Idea Engine. View which stocks are hot on social media with MarketBeat's trending stocks report.

- **Advanced Stock Screeners and Research Tools**
  Identify stocks that meet your criteria using seven unique stock screeners. See what's happening in the market right now with MarketBeat's real-time news feed. Export data to Excel for your own analysis.

**START YOUR RISK-FREE TRIAL SUBSCRIPTION HERE** >