UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

KATHERINE WANDEL, Individually and on
Behalf of All Others Similarly Situated,

                    Plaintiff,

    vs.

JING GAO, DEREK BOYANG SHEN, YAN
CUI, WENBIAO LI, ERHAI LIU, XIAN CHEN,
WILLIAM WANG, GANG JI, EDWIN FUNG,
JIANPING YE, JASON ZHENG ZHANG,
CITIGROUP GLOBAL MARKETS INC.,
CREDIT SUISSE SECURITIES (USA) LLC, J.P.
MORGAN SECURITIES LLC, TIGER
BROKERS (NZ) LIMITED, US TIGER
SECURITIES, INC., COGENCY GLOBAL INC.,
RICHARD ARTHUR and PHOENIX TREE
HOLDINGS LIMITED,

                 Defendants.

———————————————————— x

: Civil Action No. 1:20-cv-03259-PAC
:
:
: CLASS ACTION
:
:
:
:
:
:
: **DECLARATION OF**
: **JOSEPH RUSSELLO IN OPPOSITION**
: **TO THE COGENCY DEFENDANTS'**
: **JOINDER AND MOTION TO DISMISS**
:
:
:
:
:
:
:
:
:
:
:
:
:

Joseph Russello, pursuant to 28 U.S.C. §1746, declares as follows under penalty of perjury:

1.     I am an attorney duly licensed to practice before this Court and a member of the law firm of Robbins Geller Rudman & Dowd LLP, co-lead counsel for plaintiffs. I am responsible for handling aspects of this litigation and have personal knowledge of the matters addressed herein.

2.     I respectfully submit this declaration in opposition to joinder of defendants Cogency Global Inc. ("Cogency") and Richard Arthur ("Arthur") (together, the "Cogency Defendants") in the underwriter defendants' motion to dismiss. This declaration sets forth factual information on Cogency and Arthur and attaches documentary exhibits referenced in plaintiffs' accompanying memorandum of law in opposition to the Cogency Defendants' joinder.

3.      A non-exhaustive search of SEC filings indicates that Arthur has signed at least 30 registration statements as the duly authorized representative in the U.S. for foreign private issuers, including Luckin Coffee Inc. ("Luckin").  *See* https://investor.luckincoffee.com/node/6596/html.

4.      Luckin is a China-based company that conducted an initial public offering in the U.S. in May 2019.  On December 16, 2020, the SEC issued a press release announcing that Luckin had agreed to pay a $180 million penalty to resolve SEC charges that it engaged in widespread financial improprieties, including by fabricating more than $3000 million in sales and overstating revenues by as much as 45%.  *See* U.S. SEC Press Release, "Luckin Coffee Agrees to Pay $180 Million Penalty to Settle Accounting Fraud Charges," available at https://www.sec.gov/news/press-release/2020-319 (last visited June 22, 2021).  Luckin is also the subject of shareholder class action lawsuits arising out of certain of this conduct and is now involved in a provisional liquidation in the Cayman Islands.

5.      Attached as Exhibit A is a true and correct copy of an article published on page of the Cogency website authored by Colleen A. DeVries, entitled "SEC Registration Statements Requiring a U.S. Duly Authorized Representative."

6.      Attached as Exhibit B are true and correct excerpts of a section of the "Guide to Public ADR Offering in the United States," entitled "Civil Lability under the 1933 Act and the 1934 Act," published on March 21, 2016 by the law firm of Cleary Gottlieb Steen & Hamilton LLP.

7.      Attached as Exhibit C are true and correct excerpts of Federal Securities Act: Hearing on H.R. 4314 Before House Comm. on Interstate & Foreign Commerce, 73d Cong., Statement of Hunter Thompson (1933).

8.      Attached as Exhibit D is a true and correct copy of excerpts to Amendment No. 3 to the Form F-1 Registration Statement of foreign private issuer Qudian Inc., filed with the SEC on October 13, 2017.  The excerpts include page II-8, entitled "Signature of Authorized Representative in the United States," which reflects the signature of Diana Arias, with the title "Senior Manager."

-3-

9.    Attached as Exhibit E is a true and correct copy of Plaintiffs' Memorandum of Law in Opposition to Defendant Diana Arias' Joinder in the motion to dismiss by Qudian Inc. and others, filed in *In re Qudian Inc. Sec. Litig*., No. 1:17-cv-09741-RA (S.D.N.Y.), on December 7, 2018.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on July 1, 2021,
at Melville, New York.

*/s/ Joseph Russello*
JOSEPH RUSSELLO

## CERTIFICATE OF SERVICE

I, Joseph Russello, hereby certify that on July 1, 2021, I caused a true and correct copy of the attached Declaration of Joseph Russello in Opposition to Motion to Vacate Default to be served electronically on all counsel registered for electronic service for this case.

*/s/ Joseph Russello*
JOSEPH RUSSELLO
