# EXHIBIT A

PLACE AN ORDER / TRACK YOUR ORDER    LOGIN 🔒

**COGENCY GLOBAL®**

🗂 What We Do ▾     👥 Who We Help ▾     🌐 Locations     🗒 Resources ▾     ℹ About ▾     💬 Contact Us

## CORPORATE TRANSACTIONS & COMPLIANCE BLOG

# SEC REGISTRATION STATEMENTS REQUIRING A U.S. DULY AUTHORIZED REPRESENTATIVE

By: Colleen A. DeVries, COGENCY GLOBAL on Fri, Jan 03, 2020

Per the Securities Act of 1933 and the Securities Exchange Act of 1934, <u>foreign private issuers of securities in the United States' market are required to appoint a process agent in the United States</u>, a contact upon whom court papers may be served.



Another requirement for foreign private issuers under the Securities Act is to appoint a Duly Authorized Representative in the United States (USDAR) and include that representative's signature on their SEC registration statements.

## Appointment and Signature of a U.S. Duly Authorized Representative

According to Section 6(a) of the Securities Act, any securities registration statements filed with the SEC must bear the signature of the issuer, its principal executive officer(s), its principal financial officer(s), its principal accounting officer(s) and the majority of its board of directors.

Foreign private issuers (including those located in U.S. territories) filing SEC registration statements are required to affix the signature of their USDAR on the form, along with the above signature requirements. These signature obligations extend to any subsequent amendments made to the registration statement.

Note: If the issuer is a foreign government or related political subdivision, the statement need only be signed by the underwriter.[1]

The following <u>SEC registration statement forms</u> used to register foreign private issuer securities all require the designation and signature of a USDAR.

- **SEC Form F-1:** Foreign private issuers publicly selling securities for the first time in the U.S. register the securities on SEC Form F-1. This registration form requires a higher level of disclosure than some of the other SEC registration

### SIGN UP TO GET THE LATEST IN YOUR INBOX

Email*

By submitting this form, you give us permission to contact you and you agree to the terms of our <u>global privacy policy</u>.

SIGN UP

*Share this article with your network.*

### MOST POPULAR

What Address Should Be Used When Registering to Do Business in the U.S.?

What is a Process Agent and Why Do You Need One?

Which States Require Charitable Solicitation Registration for Nonprofits?

FAQs: Delaware Corporation Annual Report And Franchise Taxes

Getting Document Signatures Right: It's Not as Easy as You Think!

The Penalties and Consequences of Not Being Properly Registered as a Foreign Entity

Top 10 Reasons Why Corporate Filings Are Rejected by State Filing Offices

What a Certificate of Good Standing Does and Does Not Tell You

The Difference Between Commercial and Noncommercial Registered Agents: Why You Need to Get it Right

The Fun of Doing Business Under an Alias or Assumed Name

### POSTS BY TOPIC

forms.

- **SEC Form F-3**: Short form registration statement used by foreign private issuers that have previously completed registered offerings in the U.S.

- **SEC Form F-4**: Registration statement filed in connection with business combinations and exchange offers.

- **SEC Form F-6**: Registration of depositary shares evidenced by American Depositary Receipts.

- **SEC Form S-8**: Registration of securities issued to employees under an employee benefit plan.

## Timing is Critical for USDAR Appointments

Appointing a USDAR is both a necessary and time-sensitive step for foreign private issuers registering to issue securities in the United States. Not having the signature of a USDAR in advance of filing the registration statement via EDGAR (Electronic Data Gathering, Analysis, and Retrieval system) can cause delays with the SEC filing resulting in serious consequences, e.g. missing a target filing date may cause a change in pricing of the securities due to interest rate fluctuations that may *not* be favorable to investors.

## USDAR and Agent for Service of Process

Unlike the role of an agent for service or process agent, the point of contact upon which legal process may be served, the role of a USDAR is unclear. The Securities Act does not define it, nor has there been a court decision setting forth the responsibility or liability of a USDAR. In 2008, *Vivian Oh vs. Max Chan* brought this ambiguity before the Central District Court of California but ultimately, the court declined to offer any definition to the role of a USDAR.

This lack of clarity could lead one to assume that the role of the USDAR and process agent are distinct. In fact, a single service company can provide both USDAR and process agent services and may be a more efficient option for completing these appointments as required by the Securities Act.

Foreign private issuers that engage one service company to serve in both capacities should consider obtaining an acceptance letter for both the USDAR and process agent appointments, along with a signature from the USDAR on the registration statement, to be held in escrow while the SEC filing is pending.

---

¹Notably, one court has recognized in dicta that a foreign government might satisfy this provision by having its duly authorized representative execute the registration. See SEC v. Chinese Consol. Benevolent Ass'n, 39 F. Supp. 85, 89 (S.D.N.Y. 1940), rev'd on other grounds, 120 F.2d 738 (2d Cir. 1941), cert. denied, 314 U.S. 618 (1941).

---

*This content is provided for informational purposes only and should not be considered, or relied upon, as legal advice.*

Topics: Process Agent

---

Company Formation and Filing Considerations (110)

Nonprofit Registration and Compliance (46)

Charitable Solicitation Registration (45)

Delaware Corporate, UCC and Compliance (36)

International Corporate Services (35)

Annual Report Compliance (30)

UCC (28)

Process Agent (26)

Article 9 Filing, Searching and Due Diligence (21)

Corporate Transparency (17)

Intellectual Property Due Diligence (17)

Registered Agent (15)

Authentication / Legalization (12)

International Secured Transactions (12)

Nonprofit (10)

Assumed Name Registration and Compliance (7)

LEI (5)

Freedom of Information Act (4)

Independent Manager/Director Service (4)

Personal Property Security Act (PPSA) (3)

Special Agency Representation (2)

Cogency Global News (1)

First Name*

Last Name

Email*

Website

Comment*

protected by reCAPTCHA
Privacy · Terms

**SUBMIT COMMENT**

---

**Sign Up For COGENCY GLOBAL'S Email Updates**   **SIGN UP**

**Registered Agent Downloads**    Registered Agent Address List 📥   Registered Agent Contact Info Form 📥

**ABOUT US**

Company History

Employment

Contact Us

News and Events

Blog

**WHO WE HELP**

Law Firms

Lenders

Nonprofits

Companies

**WHAT WE DO**

Registered Agent Services

Corporate Services

International Corporate Services

Process Agent Services

Authentication, Legalization and Apostille Services

Independent Director and Manager Services

Nonprofit Services

UCC, IP and Related Due Diligence Services

Real Property Services

Court Services

Federal Agency Services

Library Services

**ONLINE TOOLS**

Entity Central® Entity Management System

UCC ProFile

Corporate Forms Library

State Links

County Lookup

State Records Central®

Delaware Annual Report Filing System

My Orders

My Invoices

**CORPORATE RESOURCES**

General Corporate Information and Resources

Authentication and Legalization Resources

Misleading Annual Report and Compliance Solicitations

Government Resources

Other Corporate Resources

**UCC RESOURCES**

Article 9 Forms

UCC Article 9 Filing and Searching Info

Article 9 Court Cases of Interest

Other Helpful UCC Links



**CORPORATE HQ**

COGENCY GLOBAL INC.

122 E. 42ND STREET, 18TH FL.
NY, NY 10168

P: 800.221.0102
F: 800.944.6607
INT'L: +1.212.947.7200
INT'L FAX: +1.212.564.6083

**EUROPEAN HQ**

COGENCY GLOBAL (UK) LIMITED

REGISTERED IN ENGLAND & WALES, REGISTRY #8010712

6 LLOYDS AVENUE, UNIT 4CL
LONDON EC3N 3AX, UK

P: +44 (0)20.3961.3080

**ASIA PACIFIC HQ**

COGENCY GLOBAL (HK) LIMITED
A HONG KONG LIMITED COMPANY

UNIT B, 1/F
LIPPO LEIGHTON TOWER
103 LEIGHTON RD.
CAUSEWAY BAY, HONG KONG

P: +852.2682.9633
F: +852.2682.9790

**CONNECT WITH US**

© Copyright 2021 COGENCY GLOBAL INC. All Rights Reserved. | Privacy Policy | Terms of Use