# EXHIBIT C

# FEDERAL SECURITIES ACT

# HEARING

**BEFORE**

## THE COMMITTEE ON
## INTERSTATE AND FOREIGN COMMERCE
## HOUSE OF REPRESENTATIVES

### SEVENTY-THIRD CONGRESS

FIRST SESSION

ON

# H.R. 4314

TO PROVIDE FOR THE FURNISHING OF INFORMATION
AND THE SUPERVISION OF TRAFFIC IN
INVESTMENT SECURITIES IN
INTERSTATE COMMERCE

MARCH 31, APRIL 1, 4, 5, 1933

Printed for the use of the
Committee on Interstate and Foreign Commerce



UNITED STATES
GOVERNMENT PRINTING OFFICE
16 465      WASHINGTON : 1933

party back in Brooklyn. That takes the jurisdictional phase of the case outside of the State of Illinois. But the punishment or the suffering is visited on the person in Illinois. Therefore in this phraseology we cover the person who is beyond a State line, but yet injures a person over in another State.

Next we have the subject of registration, section 4, on page 6. That section, you gentlemen will notice, brings home the responsibility to the persons who are signing the documents that are filed with the Federal Trade Commission and who are doing the advertising.

In other words, it makes responsibility and guilt personal. The British Corporation Act makes the guilt personal and the responsibility personal so far as all of the directors are concerned who know of the guilt. One of the most important things here is to do away with the "dummy director", who can be used to sign any kind of a document and then have it distributed. Then the corporation may say that so far as it knows, or so far as it is informed, the statements therein are correct, but does not guarantee them. It has been suggested to me that possibly there might be a sick director, and that he could not follow the circumstances with regard to the particular issue that was about to be put out. But neither can the purchaser follow it, and somebody has got to be responsible. And so it seemed to us that the directors should be made responsible.

They are presumed to profit by the acts of the corporation and are in a better position than is the man who is purchasing. The purpose of this act is to revert, modify, as has already been said, the doctrine of caveat emptor by making the seller beware as well as the buyer.

Mr. PARKER. Mr. Thompson, why could not that be covered, and prevent just what you are trying to prevent, by putting in the phrase, "a majority of the directors who represent the majority of the stock"?

Mr. THOMPSON. Well, couldn't you have a majority of dummy directors?

Mr. PARKER. But they would not control the majority of the stock. I am seeking to protect exactly what you are thinking of; but a man who did not know, a man who was in Europe or somewhere else when something was done that was crooked, and did not know anything about it, had no knowledge of it at all—it seems to me pretty hard to make him responsible.

Mr. THOMPSON. But should he, then, lend his name, Mr. Parker, do you think?

Mr. PARKER. Well, his name would not be signed. The document would be signed by a majority of the directors who represent a majority of the stock, or the voting power, whatever it happens to be. I am not trying to protect anybody.

Mr. THOMPSON. I know you are not. I think you have made a valuable suggestion, and I am thinking about it.

Mr. PARKER. I am trying to protect the innocent man who is in bad company.

Mr. MERRITT. The innocent man ought to look out and not sign his name to everything, without examination.

Mr. PARKER. That covers exactly the point that I made.

Mr. WOLVERTON. Mr. Thompson, does the responsibility arise from the fact that he is a director or from the fact that he signs the statement?