**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| KATHERINE WANDEL, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. 1:20-cv-03259-PAC |
| Plaintiff, | : | |
| vs. | : | |
| JING GAO, DEREK BOYANG SHEN, YAN CUI, WENBIAO LI, ERHAI LIU, XIAN CHEN, WILLIAM WANG, GANG JI, EDWIN FUNG, JIANPING YE, JASON ZHENG ZHANG, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, J.P. MORGAN SECURITIES LLC, TIGER BROKERS (NZ) LIMITED, US TIGER SECURITIES, INC., COGENCY GLOBAL INC., RICHARD ARTHUR and PHOENIX TREE HOLDINGS LIMITED, | : | |
| Defendants. | : | |

**SUPPLEMENTAL DECLARATION OF ADAM J. GOLDSTEIN**
**IN SUPPORT OF THE UNDERWRITERS' MOTION TO DISMISS**

I, Adam J. Goldstein, declare as follows:

1.     I am a member in good standing of the bar of the State of New York.  I am an attorney with the firm Shearman & Sterling LLP, attorneys for defendants Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, J.P. Morgan Securities LLC, Tiger Brokers (NZ) Limited, and US Tiger Securities, Inc. (collectively, the "Underwriters"), in the above-captioned action.  I have personal knowledge of the following facts and, if called upon to testify, I could and would testify competently thereto.

2.     I submit this supplemental declaration in further support of the Underwriters' Motion to Dismiss Plaintiffs' Amended Class Action Complaint (the "Motion") and

1

contemporaneously with the Reply in Support of the Underwriters' Motion to Dismiss Plaintiffs' Amended Complaint (the "Reply").

3.    Attached hereto as Exhibit A is a true and correct copy of Wenjun Wang et al., *Using WeChat, a Chinese Social Media App, for Early Detection of the COVID-19 Outbreak in December 2019: A Retrospective Study*, a paper published in JMIR MHEALTH AND UHEALTH (Oct. 5, 2020), https://mhealth.jmir.org/2020/10/e19589.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: August 2, 2021

/s/  Adam J. Goldstein
Adam J. Goldstein

2