## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHERINE WANDEL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>JING GAO, DEREK BOYANG SHEN, YAN CUI, WENBIAO LI, ERHAI LIU, XIAN CHEN, WILLIAM WANG, GANG JI, EDWIN FUNG, JIANPING YE, JASON ZHENG ZHANG, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, J.P. MORGAN SECURITIES LLC, TIGER BROKERS (NZ) LIMITED, US TIGER SECURITIES, INC., COGENCY GLOBAL INC., RICHARD ARTHUR and PHOENIX TREE HOLDINGS LIMITED,<br><br>Defendants. | Civil Action No. 1:20-cv-03259-PAC<br><br>**<u>JUDGMENT</u>** |

On March 13, 2022, the Court entered its Order and Opinion dismissing the Amended Complaint. (ECF No. 82.) In its Order, the Court stated that if Plaintiffs did not file an amended pleading by April 15, 2022, the dismissal of the Amended Complaint would be with prejudice. Plaintiffs' April 15, 2022 deadline has now passed, and Plaintiffs did not file an amended pleading. Accordingly, it is hereby,

**ORDERED, ADJUDGED, AND DECREED**: that for the reasons stated in the Court's March 13, 2022 Order and Opinion, the motions to dismiss the Amended Complaint are granted. All claims in the Amended Complaint are hereby dismissed with prejudice and the case is closed.

IT IS SO ORDERED this 21 day of April 2022.

*/s/ Paul A. Crotty*

HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE